AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-3317 |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: 12/20/2021

*Karen C. Tumlin*
*Attorney's signature*

*Printed name and bar number*

*Address*

*E-mail address*

*Telephone number*

*FAX number*