AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Haitian Bridge Alliance, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03317 |
| Biden, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                               .

Date:   12/20/2021                                             /s/ Tess Hellgren
                                                                            *Attorney's signature*

                                                                   Tess Hellgren (OR0023)
                                                                   *Printed name and bar number*

                                                                   INNOVATION LAW LAB
                                                                   333 SW Fifth Avenue #200
                                                                   Portland, OR 97204

                                                                            *Address*

                                                                   tess@innovationlawlab.org
                                                                         *E-mail address*

                                                                       (503) 922-3042
                                                                       *Telephone number*

                                                                       (503) 882-0281
                                                                          *FAX number*