AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al.<br>*Plaintiff*<br>v.<br>Joseph R. Biden, Jr., et al.<br>*Defendant* | Case No. 1:21-cv-3317 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, Mayco Celon, et al.

Date: 12/20/2021

/s/ Daniel J. Tully
*Attorney's signature*

Daniel J. Tully (CA00130)
*Printed name and bar number*

Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027
*Address*

daniel.tully@justiceactioncenter.org
*E-mail address*

(323) 450-7275
*Telephone number*

(323) 450-7276
*FAX number*