AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Haitian Bridge Alliance, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-3317 |
| Joseph R. Biden, Jr., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, Mayco Celon, et al.

Date: 12/20/2021

/s/ Jane Bentrott
*Attorney's signature*

Jane Bentrott (DC Bar No. 1029681)
*Printed name and bar number*

Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027
*Address*

jane.bentrott@justiceactioncenter.org
*E-mail address*

(323) 504-3165
*Telephone number*

(323) 450-7276
*FAX number*