IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES, *in his official capacity*, et al., <br><br> *Defendants*. | Civil Action No. 21-cv-3317 |

## **PLAINTIFFS' MOTION TO PROCEED USING PSEUDONYMS**

Plaintiffs seek permission to use pseudonyms for Doe Plaintiffs whose sensitive and highly personal information is described in the Complaint and will necessarily be described in detail in further documents filed in this matter as the case proceeds. The Doe Plaintiffs are individuals who, as described below, each fled life-threatening violence in their home country of Haiti; came to the United States/Mexico border near Del Rio, Texas in September 2021 to seek asylum and other immigration relief from the United States; were deprived of basic human necessities such as food, water, and shelter for multiple days while they followed the directives of U.S. officers to wait their turn to be processed by U.S. immigration officials; and, in some instances, were forcibly removed back to Haiti. Each Doe plaintiff reasonably fears that revealing their names would subject them and their family members to harm, either at the hands of persecutors in the countries where they currently are, or in the form of retribution from the United States government or other foreign governments, possibly in connection with their attempt to seek immigration relief from the United States. The government will not be prejudiced by allowing Plaintiffs to proceed using pseudonyms. The United States takes no position on this motion at this time.

For the reasons set forth in the attached Memorandum of Law and in the accompanying Doe Plaintiffs' declarations, Plaintiffs respectfully request the Court to grant their motion to proceed under pseudonym. A Proposed Order accompanies this motion.

DATED: December 21, 2021

Respectfully submitted,

*/s/ Karen C. Tumlin*

**Stephen Manning** (application for admission forthcoming)
stephen@innovationlawlab.org
**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

**Nicole Phillips** (*pro hac vice* forthcoming)
nphillips@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Karen C. Tumlin** (CA00129)
karen.tumlin@justiceactioncenter.org
**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Daniel J. Tully** (CA00130)
daniel.tully@justiceactioncenter.org
**Jane Bentrott** (DC Bar No. 1029681)
jane.bentrott@justiceactioncenter.org
**Lauren M. Wilfong** (application for admission pending)*
lauren.wilfong@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

*Not admitted to practice in California

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, I hand-filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia.

I further certify that a copy of the foregoing was deposited with FedEx, for delivery to the below Respondents:

| | |
|---|---|
| JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES, in his official capacity;<br>1600 Pennsylvania Avenue NW<br>Washington, DC 20500 | ALEJANDRO N. MAYORKAS, SECRETARY OF HOMELAND SECURITY, in his official capacity;<br>Department of Homeland Security<br>245 Murray Lane SW<br>Washington, DC 20528 |
| U.S. DEPARTMENT OF HOMELAND SECURITY<br>245 Murray Lane SW<br>Washington, DC 20528 | CHRIS MAGNUS, COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION, in his official capacity;<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Ave. NW<br>Washington, DC 20229 |
| WILLIAM A. FERRARA, EXECUTIVE ASSISTANT COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION'S OFFICE OF FIELD OPERATIONS, in his official capacity;<br>CBP Office of Field Operations<br>1300 Pennsylvania Ave. NW<br>Washington, DC 2022 | RAUL L. ORTIZ, CHIEF OF U.S. BORDER PATROL, in his official capacity;<br>U.S. Border Patrol<br>1300 Pennsylvania Ave. NW<br>Washington, DC 20229 |
| U.S. CUSTOMS AND BORDER PROTECTION,<br>Office of Chief Counsel<br>1300 Pennsylvania Avenue, Suite 4.4-B<br>Washington, D.C. 20229 | TAE D. JOHNSON, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, in his official capacity;<br>U.S. Immigration and Customs Enforcement,<br>500 12th Street SW<br>Washington, DC 20536 |

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,
500 12th Street SW
Washington, DC 20536

XAVIER BECERRA, SECRETARY OF
HEALTH AND HUMAN SERVICES, in his
official capacity;
U.S. Department of Health and Human
Services
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, DC 20201

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, DC 20201

CENTERS FOR DISEASE CONTROL AND
PREVENTION,
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329

ROCHELLE P. WALENSKY, DIRECTOR
OF CENTERS FOR DISEASE CONTROL
AND PREVENTION, in her official capacity;
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329

MATTHEW M. GRAVES
United States Attorney
  for the District of Columbia
555 Fourth Street, NW
Washington, DC 20001

DATED: December 21, 2021      Respectfully submitted,

*/s/ Karen C. Tumlin*

| | |
|---|---|
| **Stephen Manning** (application for admission forthcoming)<br>stephen@innovationlawlab.org<br>**Tess Hellgren** (OR0023)<br>tess@innovationlawlab.org<br>INNOVATION LAW LAB<br>333 SW Fifth Avenue #200<br>Portland, OR 97204<br>Telephone: +1 503 922-3042<br>Facsimile: +1 503 882-0281<br><br>**Nicole Phillips** (*pro hac vice* forthcoming)<br>nphillips@haitianbridge.org<br>HAITIAN BRIDGE ALLIANCE<br>4265 Fairmount Avenue, Suite 280<br>San Diego, CA 92105<br>Telephone: +1 949 603-5751 | **Karen C. Tumlin** (CA00129)<br>karen.tumlin@justiceactioncenter.org<br>**Esther H. Sung** (CA00132)<br>esther.sung@justiceactioncenter.org<br>**Daniel J. Tully** (CA00130)<br>daniel.tully@justiceactioncenter.org<br>**Jane Bentrott** (DC Bar No. 1029681)<br>jane.bentrott@justiceactioncenter.org<br>**Lauren M. Wilfong** (application for admission pending)*<br>lauren.wilfong@justiceactioncenter.org<br>JUSTICE ACTION CENTER<br>P.O. Box 27280<br>Los Angeles, CA 90027<br>Telephone: +1 323 316-0944<br>Facsimile: +1 323 450-7276<br><br>*Not admitted to practice in California |