IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES, *in his official capacity*, et al.,<br><br>*Defendants*. | Civil Action No. 21-cv-3317 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED USING PSEUDONYMS

Upon consideration of Plaintiffs' Motion for Leave to Proceed Using Pseudonyms (the "Motion"), the attached Memorandum of Law, and the accompanying declarations of Wilson Doe, Jacques Doe, Esther and Emmanuel Doe, Samuel and Samentha Doe, and Paul Doe, the Court hereby ORDERS that the Motion is GRANTED. Finding good cause therefore, Plaintiffs Wilson Doe, Jacques Doe, Esther and Emmanuel Doe, Samuel and Samentha Doe, and Paul Doe may proceed in the action using pseudonyms.

IT IS SO ORDERED.

DATE: _____          _____
                                                                    Judge