# DECLARATION OF EMMANUEL DOE

I, Emmanuel Doe, upon my personal knowledge, hereby declare as follows:

1.      I am a Haitian national and twenty-eight years old. I was born in Port-au-Prince, Haiti.

2.      My wife is Esther Doe, who is also a plaintiff in this case. We have one son, who is 18 months old.

3.      I am currently in Torreon, Coahuila, Mexico.

4.      Esther, our son, and I traveled together to Del Rio, Texas, in September 2021 to seek asylum in the United States. My wife's declaration accurately reflects why we felt compelled to leave Haiti, what happened to us since then, and what we experienced in Del Rio when we tried to seek asylum.

5.      I respectfully request the court's permission to participate in this lawsuit without publicly revealing my name. Our lives here in Mexico are already very hard because we are foreign and easier targets for discrimination, violence, and kidnapping; I have already been attacked once at knifepoint and had to run for my life. But our lives would be much harder if people around us knew that my wife and I are plaintiffs in a lawsuit against the United States and that we want to seek asylum in the United States. I am afraid that we would be singled out for kidnapping and extortion, which is common here. I am also worried that perhaps we would draw the attention of Mexican authorities and they could make life hard for us if they knew I am participating in this suit. I fear that if my name was made public through this lawsuit, that would put me and my family in danger.

6.      For these reasons, I respectfully ask the court to allow me to proceed as a plaintiff in this lawsuit under a pseudonym, to protect myself and my family.

       I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed at Torreon, Mexico on December 19, 2021.

EMMANUEL DOE

Case No. 1:21-cv-3317

DECLARATION OF EMMANUEL DOE

CERTIFICATION OF INTERPRETATION

I, Nicole Phillips, declare that on December 19, 2021, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Creole for the declarant through telephonic interpretation. I am fluent in English and Haitian Creole, and employed by Haitian Bridge Alliance. Before beginning the interpretation, I confirmed that the declarant was able to understand me. After I finished reading the foregoing declaration, the declarant verified that the contents of the declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2021, at San Francisco, California.

Nicole Phillips

Case No. 1:21-cv-3317

CERTIFICATION OF INTERPRETATION – EMMANUEL DOE DECLARATION