## **DECLARATION OF ESTHER DOE**

I, ESTHER DOE, upon my personal knowledge, hereby declare as follows:

1. I am a Haitian national. I was born in Port-au-Prince, Haiti. I am 26 years old.

2. I am married to Emmanuel Doe, who is also a plaintiff in this lawsuit. We have a son who is eighteen months old.

3. I am currently in Torreon, Coahuila, Mexico.

4. I fled Haiti in 2017 because a gang associated with the political party in power was constantly threatening me and my family. My father was affiliated with the opposition party, so our entire family was constantly under threat by the gang that worked for the rival majority party. Gang members would invade our house whenever they wanted and steal things from us, and there was nothing we could do. We were always receiving threats of violence. My father decided to send me to Chile for my safety. My now-husband came to join me in Chile in 2018.

5. My husband and I lived in Chile for almost four years, and we had a baby there. But we could not get residency papers there, and we were threatened by drug dealers who targeted and extorted us because we are Haitian. Eventually we fled to the United States because we were in danger in Chile. It is my hope that that the United States will grant us asylum so we can raise our child there, without all the insecurity we have experienced in Haiti and Chile.

6. My husband, our then fifteen-month-old baby, and I came to Del Rio, Texas, around Saturday, September 18, 2021. We found that there was an encampment under the bridge where many other people were staying. When we entered the encampment, U.S. officials gave us a ticket with a number on it. We learned that at various times during the day and night, U.S. officials would call out numbers and the people with those numbers on their tickets would identify themselves and be taken away

from the camp. I thought that when our number was called, we might be detained, but then the U.S. officials would release us.

7. The encampment in Del Rio was extremely uncomfortable. We had to sleep on the ground and my baby quickly developed a fever, a cough, and diarrhea. Although U.S. officials were handing out some food to people under the bridge, it was not very much, and most of it was nothing a baby could eat. For the first several days, I searched and asked for baby-appropriate food, but no one could help me. All I could do was give my son some milk I had brought with me from Mexico. After a couple days, we occasionally received some rice pudding that he could eat. But that was not enough for him and he was hungry. It was only when I went to wash his dirty clothes in the river that I learned that people could cross the river into Mexico to buy food.

8. Because there was no real food appropriate for a baby in the encampment, I initially asked my husband to cross the river to find some baby food. But then we heard that Mexican immigration officers were waiting on the other side of the river and would apprehend any Haitians who crossed. We debated whether one of us should cross the river because we were afraid that the Mexican authorities would arrest whichever of us went. But eventually I knew someone had to cross and find our baby some food because he was starving.

9. I decided to cross the river myself. But when I got to the other side, all I was able to buy was some popsicles for my baby. Otherwise I learned that I would have to pay for a taxi or walk a long distance, barefoot, to get into Ciudad Acuña to find food. So I paid for some popsicles and hurried to cross the river back to Del Rio before they melted.

10. But when I was in the middle of the river, I heard officers on horseback say: "Go back to Mexico!" Suddenly there were officers on horseback coming from the U.S. side of the river, yelling at me and others in the river that we were not allowed to cross, that we had to go back to Mexico, and that we could not come to the Texas side.

The men rode their horses in front of us, pushing us back across the river, grabbing some people and dragging them to the bank on the Mexican side of the river. Everywhere there were people running away from the horses and falling on the rocks in the river and getting hurt. I shouted at the officers in English, "I have a baby here!" But the officers kept yelling: "No, no, no, go back to Mexico!" I had to run back to the Mexican side of the river to avoid being trampled by the horses.

11. I knew I needed to get back to my husband and baby, so when the officers turned their horses to chase other people in the river, I ran. I was able to run past them and I scrambled over a ledge, which brought me to the Del Rio side of the river. When I was finally able to cross and make my way back to the encampment, immigration officials told me I couldn't be there. I had to sneak into the camp when they were not looking to reunite with my family.

12. My husband, baby, and I stayed in the camp for approximately a week. During that time, we slept on the ground and all I could feed my baby was the milk (which I had brought with me from Mexico when we first crossed) and the rice pudding that U.S. officials occasionally gave out, because he couldn't eat anything else they handed out. He had constant diarrhea and developed a high fever.

13. Eventually my son was so ill that I twice went to a tent where there were doctors. They gave him ice gel packs for his temperature and gave him some liquid medication, but neither the gel packs nor the medication appeared to have any effect. Apart from the fact that the treatment was ineffective, visiting the doctors was an incredibly hurtful experience for me. The doctors treated my baby like he was nothing. Instead of paying attention to and treating my son, they kept asking me when my number would be called so that I would be put in jail and then deported. Although my son's fever and diarrhea continued, after the second visit I did not go back again to ask for more medical help.

14. Approximately seven days after we arrived in Del Rio, around Friday, September 24, 2021, U.S. officers walked through the encampment at maybe four or five in the morning, waking people up and saying: "The last bus to Texas is leaving right now." It became apparent that they were trying to clear out the encampment. My husband and I were afraid that if we followed the officers' instructions and got on a bus, we would be sent back to Haiti. There are no hospitals in Haiti where we would be able to bring our son for treatment, so instead we decided to cross the river back into Mexico. No one ever called the number on our ticket and we never had the chance to ask a U.S. immigration officer to consider us for asylum.

15. The time my family spent in the Del Rio encampment is one of the worst experiences of my life. All we wanted to do was to seek asylum in the United States. But we never had enough to eat, no one cared about what happened to us, and I felt powerless because my baby was so sick and I could do nothing to get food or real medical treatment for him. I want to be a plaintiff in this lawsuit because I want to do something that will help all the people under that bridge in Del Rio find some justice.

16. If possible, I would like to participate in this lawsuit without publicly revealing my name. I don't want people here in Mexico to know that I am a plaintiff in a lawsuit against the United States and that I want to seek asylum in the United States because I am afraid that they might try to target me or my baby. I am also worried that the Mexico government could harm me here in Mexico if they knew I am participating in this suit. I want to stand up for what is right, but I am also afraid that I would endanger myself and my family if my name was publicly associated with this lawsuit.

17. For these reasons, I respectfully ask the court to allow me to proceed as a plaintiff in this lawsuit under a pseudonym, to protect myself and my family.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed at Torreon, Coahuila, Mexico on December 16, 2021.

████████████████

ESTHER DOE

CERTIFICATION OF INTERPRETATION

I, Jordan Cunnings, declare that on December 16, 2021, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Kreyol for the declarant through telephonic interpretation facilitated by a professional interpreter fluent in English and Haitian Kreyol and employed by Rapid Crisis Translation. Before beginning the interpretation, I confirmed that the declarant was able to understand the interpreter. After I finished reading the foregoing declaration via the interpreter, the declarant verified that the contents of the declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16, 2021 in Portland, Oregon.

_[signature]_

JORDAN CUNNINGS