## DECLARATION OF SAMENTHA DOE

I, SAMENTHA DOE, upon my personal knowledge, hereby declare as follows:

1. I am a Haitian national. I am 30 years old and was born in Arcahaie, Haiti.

2. My husband, Samuel Doe, is also a plaintiff in this case. We have two children, an eight-year-old son and an almost-two-year-old daughter.

3. I am currently in Ciudad Acuña, Coahuila, Mexico.

4. I traveled with my husband and our children to Del Rio, Texas, in September 2021. My husband's declaration accurately reflects what has happened to us in our journey to flee Haiti and seek asylum in the United States, including what we experienced in Del Rio, Texas and why we crossed back over the border to Mexico when we learned that the U.S. government was sending Haitian asylum-seekers back to Haiti.

5. I ask the court to allow me to participate in this lawsuit under a pseudonym. I am fearful that participating in this lawsuit against the United States President and other federal government officials could hurt my opportunity to seek immigration relief in the United States. I do not want my participation in this lawsuit to adversely affect my asylum application or prevent me from being able to seek immigration relief in the United States.

6. In addition, I do not want people in Haiti to know that I am participating in a lawsuit against the United States federal government. My family still lives there and if it became public knowledge that I am a plaintiff in a federal lawsuit in the United States, I am afraid that they could become targets for the same people who wanted to kill my husband when we were in Haiti.

7. For these reasons, I feel that my personal security and that of my family necessitates that I be allowed to proceed under a pseudonym.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed at Ciudad Acuña, Cahuila, Mexico on December 16, 2021.

███████████████

SAMENTHA DOE

CERTIFICATION OF INTERPRETATION

    I, Jordan Cunnings, declare that on December 16, 2021, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Kreyol for the declarant through telephonic interpretation facilitated by a professional interpreter fluent in English and Haitian Kreyol and employed by Rapid Crisis Translation. Before beginning the interpretation, I confirmed that the declarant was able to understand the interpreter. After I finished reading the foregoing declaration via the interpreter, the declarant verified that the contents of the declaration are true and accurate.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16, 2021 at Portland, Oregon.

*/s/ Jordan Cunnings*

JORDAN CUNNINGS

-1-      Case No. 1:21-cv-3317
CERTIFICATiON OF INTERPRETATION - SAMENTHA DOE DECLARATION