## DECLARATION OF SAMUEL DOE

I, SAMUEL DOE, upon my personal knowledge, hereby declare as follows:

1. I am a 34-year-old Haitian national. I was born in Archaie, Haiti.

2. I am married to Samentha Doe, who is also a plaintiff in this case. We have an eight-year-old son and a daughter who is almost two years old.

3. I am currently in Ciudad Acuña, Mexico.

4. When I lived in Haiti, I was a primary school teacher and an employee at a credit union. I fled Haiti in 2016 because my work for a political candidate put my life in danger. The rival political party beat me and my father on the day of the election. Around a month after the election, men wearing masks and armed with machetes also appeared at the school where I worked and demanded to see me. I only escaped by running from the school.

5. After this, I realized that it was no longer safe for me to stay in Haiti. I first passed through the Dominican Republic and then went to Chile, where I worked and saved enough money for my wife and son to join me. My wife and I were able to have another baby, a daughter, in Chile. My family and I regularly faced discrimination because of the color of our skin. We then decided to leave Chile around July 2021. My family then traveled through many countries in order to reach the United States border, where we hoped to seek asylum and build a better life for ourselves.

6. My family and I came to Del Rio, Texas, around September 16, 2021. When we arrived at the Del Rio International Bridge, U.S. immigration officials gave me a blue, numbered ticket and told me to go with the officials when my number was called.

7. My family and I remained in Del Rio for several days while we waited for our number to be called. The conditions there were terrible. The sun beat down on us and there was no shade. People had to look for tree branches to make tents to try and make some shade for themselves. I saw several pregnant women suffering in the heat who were left to lie in the dust. I've never seen anything more horrible in my life.

8. We had no food to eat. Eventually the immigration officials started handing out a bottle of water and some bread to people in the camp once a day, or twice if you were lucky. They threw the water at us like how you would throw food to chickens on the floor. I had to scramble to pick up the bottles of water on the ground. It was humiliating. And even so, it wasn't nearly enough food for my family. My children were hungry and I felt helpless because the food the officers were handing out could not sustain us.

9. My children also became very sick. My son got an eye infection and developed some kind of rash when he fell on the ground when U.S. officials on horseback began chasing the asylum seekers in the encampment. I also developed a stomach ulcer from being hungry from so long. My daughter also started suffering from diarrhea and vomiting and coughing from the dust. She was so sick that I asked for help from the officers at the encampment there, but they refused to do anything. Instead, they said I should just give my daughter water. I resigned myself to the fact that I would not be able to get any medical treatment for my daughter because I also saw officers in the camp refuse to help a man with a badly wounded leg who was constantly wailing about the pain he was suffering. I also saw one woman go into labor. She screamed for help but they only paid attention to her when her water broke. The U.S. officials took her away and came back, but the baby was nowhere to be found.

10. I finally realized that it was not safe for us to remain at the encampment in Del Rio when I took my eight-year-old son to the river to try and clean ourselves. Officers on horseback showed up and started running after people in the river. My son ran from the horses and fell and was incredibly frightened. When I saw the officers on horses moving towards people who were trying to bring food across the river to the encampment in Del Rio, I knew I had to get out of there as quickly as possible with my family.

11. I had heard from people who had their numbers called before me by U.S. officials. These asylum seekers thought that they were going to be released once their number was called, but instead they were sent back to Haiti. I also heard an officer saying that everyone in the encampment would be deported. But if my family and I were sent back to Haiti, I can say with certainty that we would die there.

12. Eventually, my number was called. I was scared that my family would be removed to Haiti, so I exchanged tickets with another man with a higher number. That man used my ticket and went with the immigration officials, as instructed. I later learned that the man who took my ticket was deported to Haiti.

13. I was unwilling to risk being sent back to Haiti with my family, so instead I brought them back across the border into Mexico. There was nothing else I could do. My daughter was very sick; my son had a terrible eye infection; we were all starving from lack of food. I simply could not keep my family there in those conditions. I don't know what would have happened to us if we had stayed. Our experience at the Del Rio encampment was really the worst event in my life.

14. While I was in the Del Rio encampment with my family, I felt like no one in the world cared about us or any of the other people there, and that's why the U.S. immigration officials were treating us the way they did. It was truly a situation that human being should have to endure. I am participating in this lawsuit because I want to do what I can to help hold the U.S. government accountable for all the suffering we experienced and saw others experiencing in Del Rio.

15. I ask the Court to allow me to participate in this lawsuit under a pseudonym. I am fearful that participating in this lawsuit against the United States President and other federal government officials could jeopardize my efforts to seek immigration relief in the United States. I do not want my participation in this lawsuit to adversely affect my asylum application or prevent me from being able to seek immigration relief in the United States.

16. In addition, I do not want people in the city in Haiti where I grew up to know that I am participating in a lawsuit against the United States federal government. My parents still live there and if it became public knowledge that I am a plaintiff in a federal lawsuit in the United States, I am afraid that my mom and dad or other members of my family at home could become targets for the same people who wanted to kill me when I was in Haiti. I also know that those people would be very happy to see me sent back to Haiti with my entire family because they would find me and attack me again.

17. For these reasons, I feel that my personal security and that of my family necessitates that I be allowed to proceed under a pseudonym.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed at Ciudad Acuña, Mexico on December 14, 2021.

SAMUEL DOE

<u>CERTIFICATION OF INTERPRETATION</u>

I, Trillium Chang, declare that on December 14, 2021, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Kreyol for the declarant through telephonic interpretation facilitated by a professional interpreter fluent in English and Haitian Kreyol and employed by Rapid Crisis Translation. Before beginning the interpretation, I confirmed that the declarant was able to understand the interpreter. After I finished reading the foregoing declaration via the interpreter, the declarant verified that the contents of the declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16 at Island of Hawai'i, Hawaii.

*/s/ Trillium Chang*

_____

Trillium Chang