# DECLARATION OF WILSON DOE

I, WILSON DOE, upon my personal knowledge, hereby declare as follows:

1. I am a Haitian national. I am thirty-one-years old and was born in Saint Louis de Sud, Haiti.

2. I am married to Wideline Doe. She is also a plaintiff in this lawsuit. Together, we have two children, a sixteen-year-old son and a four-year-old daughter.

3. I am currently in Port-au-Prince, Haiti.

4. I fled Haiti in 2016 because my wife was kidnapped for ransom in 2015. My family had to collect a lot of money to free her, and when we finally were able to pay the ransom, we knew we needed to leave the country. Initially, we escaped to the Dominican Republic in 2015, but we didn't have enough money to survive or travel any further from there, so we were forced to go back to Haiti. But as soon as we came back to Haiti, we started receiving kidnapping threats again. We left for Chile with our child as soon as we could after that.

5. My family and I lived in Chile for almost five years, and my wife and I had our second child there. But Chile was never a place where we could build a life for ourselves because neither my wife nor I could get residency papers to live and work there legally. Life without immigration status there was very difficult for us, and it was hard for me to support my family. Eventually we decided to travel to the United States to seek asylum. The journey was very challenging and, on the way, our daughter got very sick, weak, and dehydrated from lack of food. We were sent to a hospital in Panama so she could get treatment.

6. My family and I finally made it to Del Rio, Texas, around Saturday, September 11, 2021. We went under the bridge, where many other people were staying and sleeping, and remained in the encampment there for approximately four days. During that time, U.S. officials gave us only water, but no food. We were able to eat only

because a friend gave us some money on our third day in Del Rio, so I was able to cross the river to the Mexico side to buy food for my family.

7. After we arrived under the bridge, a U.S. immigration official gave me a numbered ticket. The officials explained that the tickets were to identify people who arrived and were already there under the bridge. During our time under the bridge, we saw that some people whose ticket numbers were called were let go; others were taken away and I think they were deported. It was my understanding that the ticket was a way for me and my family to seek asylum in the United States.

8. On what I think was our fourth day in Del Rio, U.S. immigration officials called our number. We did not know what would happen to us. They put us on a bus and took us to some kind of a prison, where we remained for four or five days. During the entire time we were there, we were not allowed to shower, wash our faces, or brush our teeth. I was separated from my wife and children in the prison and every time I tried to see my family, the prison guards would scream at me to step back and prevent me from doing anything.

9. Finally, after what I believe was our fourth or fifth day in the prison, officers woke us up in the middle of the night, maybe 2:00 a.m., and put many of us on a bus. I was able to reunite with my wife and children. When we and others asked where we were going, the officers said they were transferring us to another prison in Florida.

10. We drove for approximately two hours and then I realized we were arriving at an airport. Everyone on the bus kept asking the U.S. officials what they were going to do with us. All they would say in response was "I don't know," or they refused to tell us anything.

11. When the bus finally parked at the airport, no one on the bus wanted to get off because it was clear that we were supposed to get onto a plane, but no one knew where the plane would go. I tried to remain on the bus. I did not want to get on the plane if I did not know where it was going. But the officers insisted that we had to get off the

bus and eventually they called people at the airport who showed up in yellow jackets. The airport people in yellow jackets came and beat several of us up to force everyone off the bus and onto the plane. But they beat me terribly; they were so savage they ripped my clothes off and I lost my shoes, all in front of my wife and children. When I got off the bus, I ran, but they grabbed and beat me.

12. I kept asking where the officers were taking us, and finally they said they were deporting us. I said that I did not want to get on the plane and officers put me flat on the ground and one of them put a foot on my neck and held my hands behind my back. I said, "I can't breathe." The officer who had his foot on my neck only released me when another U.S. official said something like "Take your foot off his neck, this is not a thief, he is just an immigrant."

13. After that, they put handcuffs on my wrists so tightly that I was bleeding and forced me onto the plane. On the airplane, the U.S. official who told the officer to take his foot off my neck cleaned the wound and blood on my wrist from the handcuffs with alcohol. I had no shirt or shoes for the entire flight because I had lost them when the officers were beating me. It was only when the plane arrived in Haiti that the same U.S. official on the plane – the person who had told the officer to take his foot off my neck – gave me a jacket.

14. It is devastating to me that we are back in Haiti. After all that we endured to travel to the United States to seek asylum, I do not have words to express how terrible it is that the United States treated us so poorly, only to send us back to the very place we have been trying to escape for so many years. We have no money and I am afraid all the time for myself and for my family. We are staying in a relative's house because we have nowhere else to go, but the area where we are is extremely dangerous—the same place where the missionaries were kidnapped.

15. We hear bullets all the time, day and night. We try to stay inside the entire time because we are afraid that if we show ourselves outside the house, we could be

-3-     Case No. 1:21-cv-3317
DECLARATION OF WILSON DOE

attacked or kidnapped. If we ever have to leave the house, we must thank God if we survive because to go anywhere, we have to pass through the worst part of the city—the heart of the violence in Port-au-Prince. Neither my wife nor I can go out to find work because it is too dangerous. I have only left our relative's house to get my passport renewed so that we can leave Haiti again and go to Chile, where we will be a little safer.

16. What the United States government did to us is wrong. I decided to be a plaintiff in this lawsuit because I want to believe that the U.S. system of justice can make things right for people who suffered so much in Del Rio. But I am fearful that being a plaintiff in this lawsuit would make me and my family even bigger targets for kidnapping here in Haiti. If my real name and my connection with this lawsuit is publicly known, it would be very easy for gangs and others to identify me and my family and target us. We already live in so much fear that I do not want to increase our exposure and risk if I do not have to.

17. For these reasons, I respectfully ask the court to allow me to proceed as a plaintiff in this lawsuit under a pseudonym, to protect myself and my family.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed at Port-au-Prince on December 19, 2021.

WILSON DOE

-4-     Case No. 1:21-cv-3317
DECLARATION OF WILSON DOE

# CERTIFICATION OF INTERPRETATION

    I, Nicole Phillips, declare that on December 18, 2021, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Creole for the declarant through telephonic interpretation. I am fluent in English and Haitian Creole, and employed by Haitian Bridge Alliance. Before beginning the interpretation, I confirmed that the declarant was able to understand me. After I finished reading the foregoing declaration, the declarant verified that the contents of the declaration are true and accurate.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2021 at San Francisco, California.

_/s/ Phillips_

Nicole Phillips