AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) )  Civil Action No.  21-cv-03317-EGS |
| Joseph R. Biden, Jr., et al. | ) ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  XAVIER BECERRA, SECRETARY OF HEALTH AND HUMAN SERVICES
U.S. Department of Health and Human Services
200 Independence Ave. SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Haitian Bridge Alliance, et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  21-cv-03317-EGS |
| Joseph R. Biden, Jr., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES,
1600 Pennsylvania Avenue NW
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Haitian Bridge Alliance, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  21-cv-03317-EGS |
| Joseph R. Biden, Jr., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. CUSTOMS AND BORDER PROTECTION
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:  01/04/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

|  |  |  |
|---|---|---|
| Haitian Bridge Alliance, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  21-cv-03317-EGS |
| Joseph R. Biden, Jr., et al. | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CENTERS FOR DISEASE CONTROL AND PREVENTION
1600 Clifton Road
Atlanta, GA 30329

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Haitian Bridge Alliance, et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.   21-cv-03317-EGS |
| Joseph R. Biden, Jr., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. DEPARTMENT OF HOMELAND SECURITY
245 Murray Lane SW
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Joseph R. Biden, Jr., et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   21-cv-03317-EGS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  WILLIAM A. FERRARA, EXECUTIVE ASSISTANT COMMISSIONER OF FIELD
OPERATIONS
U.S. Customs and Border Protection
1300 Pennsylvania Ave. Suite 4.4-B
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

|  |  |  |
|---|---|---|
| Haitian Bridge Alliance, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   21-cv-03317-EGS |
| Joseph R. Biden, Jr., et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022                                   /s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. | ) )  ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| Joseph R. Biden, Jr., et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   **21-cv-03317-EGS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
500 12th Street SW
Washington, DC 20536


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.  21-cv-03317-EGS |
| Joseph R. Biden, Jr., et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  TAE D. JOHNSON
ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
U.S. Immigration and Customs Enforcement,
500 12th Street SW
Washington, DC 20536

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Karen Tumlin
        JUSTICE ACTION CENTER
        P.O. Box 27280
        Los Angeles, CA 90027

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  21-cv-03317-EGS |
| Joseph R. Biden, Jr., et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CHRIS MAGNUS, COMMISSIONER
U.S. Customs and Border Protection
1300 Pennsylvania Ave. Suite 4.4-B
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:  01/04/2022

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Haitian Bridge Alliance, et al. | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  21-cv-03317-EGS |
| Joseph R. Biden, Jr., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Honorable Alejandro Mayorkas
Secretary of Homeland Security
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Joseph R. Biden, Jr., et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   21-cv-03317-EGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RAUL L. ORTIZ, CHIEF OF U.S. BORDER PATROL
U.S. Border Patrol
1300 Pennsylvania Ave. NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of Columbia

| | | |
|---|---|---|
| Haitian Bridge Alliance, et al. | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   21-cv-03317-EGS |
| Joseph R. Biden, Jr., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ROCHELLE P. WALENSKY
DIRECTOR OF CENTERS FOR DISEASE CONTROL AND PREVENTION
Centers for Disease Control and Prevention
1600 Clifton Road
Atlanta, GA 30329


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Joseph R. Biden, Jr., et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   21-cv-03317-EGS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Matthew M. Graves
United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20001


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karen Tumlin
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




*ANGELA D. CAESAR, CLERK OF COURT*

Date:  01/04/2022

/s/ Natalie Guerra
*Signature of Clerk or Deputy Clerk*