AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Biden, et al. | ) |
| *Defendant* | ) |

Case No.    No. 21-cv-3317

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, Mayco Celon, et al.                  .

Date:      01/25/2022

/s/ Lauren Michel Wilfong
*Attorney's signature*

Lauren Michel Wilfong (NJ 378382021)
*Printed name and bar number*

Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027

*Address*

lauren.wilfong@justiceactioncenter.org
*E-mail address*

(323) 450-7270
*Telephone number*

(323) 450-7276
*FAX number*