CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
Plaintiff(s)

Civil Action No. 21-3317

vs.

Joseph R. Biden, Jr., et al.
Defendant(s)

## AFFIDAVIT OF MAILING

I, Karen Tumlin, hereby state that:

On the 5 day of January, 2022, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Matthew M. Graves  United States Attorney for the District of Columbia  555 Fourth Street, NW  Washington, DC 20001

I have received the receipt for the certified mail, No. 70210950000102687954 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 13 day of January, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

1/27/2022                                    /s/ Karen Tumlin
(Date)                                         (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7021 0950 0001 0268 7954

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

MATTHEW M. GRAVES
United States Attorney
for the District of Columbia
555 Fourth Street, NW
Washington, DC 20001

Postmark Here

BUNKER HILL STATION
JAN -5 2022
LOS ANGELES, CA

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# USPS Tracking®

FAQs >

## Track Another Package +

Case 1:21-cv-03331-JMC    Document 13    Filed 01/21/22    Page 3 of 3

**Tracking Number:** 70210950000102687954

Remove ✕

Your item was delivered at 4:50 am on January 13, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus™ Available ⌄

## ⓥ Delivered

January 13, 2022 at 4:50 am
WASHINGTON, DC 20530

Feedback

Get Updates ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

---

| Tracking History | ⌄ |
|---|---|

---

| USPS Tracking Plus™ | ⌄ |
|---|---|

---

| Product Information | ⌄ |
|---|---|

---

See Less ⌃

## Can't find what you're looking for?