CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
      Plaintiff(s)

                                                    Civil Action No. __21-3317_____

      vs.

Joseph R. Biden, Jr., et al.
_____
      Defendant(s)

## AFFIDAVIT OF MAILING

I, __Karen Tumlin_____, hereby state that:

On the __5_____ day of __January_____, __2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES, 1600 Pennsylvania Avenue NW Washington, DC 20500


      I have received the receipt for the certified mail, No. __70210950000102688081_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __14_____ day of __January_____, __2022___.

      I declare under penalty of perjury that the foregoing is true and correct.


      ___1/27/2022_____                    ___/s/ Karen Tumlin_____
            (Date)                                          (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
       Plaintiff(s)

Civil Action No. __21-3317_____

vs.

Joseph R. Biden, Jr., et al.
_____
       Defendant(s)

## AFFIDAVIT OF MAILING

I, __Karen Tumlin_____, hereby state that:

On the _5_____ day of _January_____, _2022___, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

XAVIER BECERRA, SECRETARY OF HEALTH AND HUMAN SERVICES U.S. Department of Health and Human Services 200 Independence Ave. SW Washington, DC 20201

I have received the receipt for the certified mail, No. _70210950000102687992_____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _11_____ day of _January_____, _2022___.

I declare under penalty of perjury that the foregoing is true and correct.

_____1/27/2022_____               _____/s/ Karen Tumlin_____
       (Date)                           (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
Plaintiff(s)

Civil Action No. __21-3317_____

vs.

Joseph R. Biden, Jr., et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, __Karen Tumlin_____, hereby state that:

On the __5_____ day of __January_____, __2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

U.S. CUSTOMS AND BORDER PROTECTION Office of Chief Counsel U.S. Customs and Border Protection 1300 Pennsylvania Avenue, Suite 4.4-B Washington, D.C. 20229

I have received the receipt for the certified mail, No. __70210950000102688029_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __10_____ day of __January_____, __2022___.

I declare under penalty of perjury that the foregoing is true and correct.

__1/27/2022_____          __/s/ Karen Tumlin_____
(Date)                                            (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
        Plaintiff(s)

                                            Civil Action No. __21-3317_____

    vs.

Joseph R. Biden, Jr., et al.
_____
        Defendant(s)

### AFFIDAVIT OF MAILING

I, __Karen Tumlin_____, hereby state that:

On the __5_____ day of __January_____, __2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


CENTERS FOR DISEASE CONTROL AND PREVENTION  1600 Clifton Road Atlanta, GA 30329


I have received the receipt for the certified mail, No. __70210950000102687978_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __13_____ day of __January_____, __2022___.

I declare under penalty of perjury that the foregoing is true and correct.


____1/27/2022_____                    ____/s/ Karen Tumlin_____
        (Date)                                      (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
        Plaintiff(s)


                                                Civil Action No. __21-3317_____

        vs.


Joseph R. Biden, Jr., et al.
_____
        Defendant(s)


## AFFIDAVIT OF MAILING

I, __Karen Tumlin_____, hereby state that:

On the _5_____ day of _January_____, _2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


U.S. DEPARTMENT OF HOMELAND SECURITY  245 Murray Lane SW Washington, DC 20528


I have received the receipt for the certified mail, No. _70210950000102688067_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the _11_____ day of _January_____, _2022___.

I declare under penalty of perjury that the foregoing is true and correct.


____1/27/2022_____                    ____/s/ Karen Tumlin_____
        (Date)                                        (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
      Plaintiff(s)

Civil Action No. __21-3317_____

vs.

Joseph R. Biden, Jr., et al.
_____
      Defendant(s)

## AFFIDAVIT OF MAILING

I, __Karen Tumlin_____, hereby state that:

On the __5_____ day of __January_____, __2022___, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

WILLIAM A. FERRARA, EXECUTIVE ASSISTANT COMMISSIONER OF FIELD OPERATIONS  U.S. Customs and Border Protection 1300 Pennsylvania Ave. Suite 4.4-B Washington, DC 20229

I have received the receipt for the certified mail, No. __70210950000102688043_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __10_____ day of __January_____, __2022___.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| __1/27/2022_____ | __/s/ Karen Tumlin_____ |
| (Date) | (Signature) |

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
Plaintiff(s)

Civil Action No.  **21-3317**

vs.

Joseph R. Biden, Jr., et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, Karen Tumlin _____, hereby state that:

On the 5 _____ day of January _____, 2022 ____, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

Matthew M. Graves  United States Attorney for the District of Columbia  555 Fourth Street, NW  Washington, DC 20001

I have received the receipt for the certified mail, No. 70210950000102687954 _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the 13 _____ day of January _____, 2022 ____.

I declare under penalty of perjury that the foregoing is true and correct.


**1/27/2022**
_____
(Date)

/s/ Karen Tumlin
_____
(Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
Plaintiff(s)

Civil Action No. _21-3317_____

vs.

Joseph R. Biden, Jr., et al.
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, _Karen Tumlin_____, hereby state that:

On the _5_____ day of _January_____, _2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,  Hubert H. Humphrey Building 200 Independence Ave. SW Washington, DC 20201

I have received the receipt for the certified mail, No. _70210950000102687985_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the _10_____ day of _January_____, _2022___.

I declare under penalty of perjury that the foregoing is true and correct.

_____1/27/2022_____            _____/s/ Karen Tumlin_____
(Date)                                   (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
      Plaintiff(s)

                                       Civil Action No. _21-3317_____

vs.

Joseph R. Biden, Jr., et al.
_____
      Defendant(s)

### AFFIDAVIT OF MAILING

I, _Karen Tumlin_____, hereby state that:

On the _5_____ day of _January_____, _2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,  500 12th Street SW Washington, DC 20536

I have received the receipt for the certified mail, No. _70210950000102688005_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the _10_____ day of _January_____, _2022___ .

I declare under penalty of perjury that the foregoing is true and correct.

     _1/27/2022_____                    _/s/ Karen Tumlin_____

           (Date)                                       (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
        Plaintiff(s)

                                                    Civil Action No. __21-3317_____

        vs.

Joseph R. Biden, Jr., et al.
_____
        Defendant(s)

## AFFIDAVIT OF MAILING

I, __Karen Tumlin_____, hereby state that:

On the __5_____ day of __January_____, __2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

CHRIS MAGNUS, COMMISSIONER  U.S. Customs and Border Protection 1300 Pennsylvania Ave. Suite 4.4-B Washington, DC 20229

I have received the receipt for the certified mail, No. __70210950000102688050_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __10_____ day of __January_____, __2022___.

I declare under penalty of perjury that the foregoing is true and correct.

_____1/27/2022_____                    _____/s/ Karen Tumlin_____
        (Date)                                        (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
          Plaintiff(s)

                                                    Civil Action No. __21-3317_____

          vs.

Joseph R. Biden, Jr., et al.
_____
          Defendant(s)

## AFFIDAVIT OF MAILING

I, __Karen Tumlin_____, hereby state that:

On the __5_____ day of __January_____, __2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:


The Honorable Alejandro Mayorkas Secretary of Homeland Security Washington, DC 20528


I have received the receipt for the certified mail, No. __70210950000102688074_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __10_____ day of __January_____, __2022___.

I declare under penalty of perjury that the foregoing is true and correct.


        __1/27/2022_____                    ____/s/ Karen Tumlin_____
              (Date)                                        (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
Plaintiff(s)

Civil Action No. __21-3317_____

vs.

Joseph R. Biden, Jr., et al.
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, __Karen Tumlin_____, hereby state that:

On the __5_____ day of __January_____, __2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

RAUL L. ORTIZ, CHIEF OF U.S. BORDER PATROL U.S. Border Patrol 1300 Pennsylvania Ave. NW Washington, DC 20229

I have received the receipt for the certified mail, No. __70210950000102688036_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __10_____ day of __January_____, __2022___.

I declare under penalty of perjury that the foregoing is true and correct.

___1/27/2022_____          ___/s/ Karen Tumlin_____
(Date)                                    (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
     Plaintiff(s)

Civil Action No. _21-3317_____

vs.

Joseph R. Biden, Jr., et al.
_____
     Defendant(s)

## AFFIDAVIT OF MAILING

I, _Karen Tumlin_____, hereby state that:

On the _5_____ day of _January_____, _2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

TAE D. JOHNSON ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT U.S. Immigration and Customs Enforcement, 500 12th Street SW Washington, DC 20536

I have received the receipt for the certified mail, No. _70210950000102688012_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the _10_____ day of _January_____, _2022___.

I declare under penalty of perjury that the foregoing is true and correct.

_____1/27/2022_____
     (Date)

_____/s/ Karen Tumlin_____
     (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Haitian Bridge Alliance, et al.
_____
　　　　Plaintiff(s)

　　　　　　　　　　　　　　　　　　　　Civil Action No. __21-3317_____

vs.

Joseph R. Biden, Jr., et al.
_____
　　　　Defendant(s)

### AFFIDAVIT OF MAILING

I, __Karen Tumlin_____, hereby state that:

On the __5_____ day of __January_____, __2022___, I caused to be deposited in the

United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid,

return receipt requested, restricted delivery, addressed to the following defendant:

ROCHELLE P. WALENSKY DIRECTOR OF CENTERS FOR DISEASE CONTROL AND PREVENTION  Centers for Disease Control and Prevention 1600 Clifton Road Atlanta, GA 30329

I have received the receipt for the certified mail, No. __70210950000102687961_____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant

on the __10_____ day of __January_____, __2022___ .

I declare under penalty of perjury that the foregoing is true and correct.

　　　__1/27/2022_____　　　　　　　　　　　　__/s/ Karen Tumlin_____
　　　　　　(Date)　　　　　　　　　　　　　　　　　　　　　　(Signature)

Twelve U.S. Postal Service CERTIFIED MAIL RECEIPT forms (Domestic Mail Only), marked "OFFICIAL USE", each postmarked "BUNKER HILL STATION, LOS ANGELES, CA 90071 USPS, JAN -5 2022".

Tracking numbers and addressees:

- 7021 0950 0001 0268 7978 — CENTERS FOR DISEASE CONTROL AND PREVENTION, 1600 Clifton Road, Atlanta, GA 30329
- 7021 0950 0001 0268 7961 — ROCHELLE P. WALENSKY, DIRECTOR OF CENTERS FOR DISEASE CONTROL AND PREVENTION, 1600 Clifton Road, Atlanta, GA 30329
- 7021 0950 0001 0268 7954 — MATTHEW M. GRAVES, United States Attorney for the District of Columbia, 555 Fourth Street, NW, Washington, DC 20001
- 7021 0950 0001 0268 8005 — U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 500 12th Street SW, Washington, DC 20536
- 7021 0950 0001 0268 8036 — RAUL L. ORTIZ, CHIEF OF U.S. BORDER PATROL, in his official capacity, U.S. Border Patrol 1300 Pennsylvania Ave. NW Washington, DC 20229
- 7021 0950 0001 0268 8067 — U.S. DEPARTMENT OF HOMELAND SECURITY, 245 Murray Lane SW, Washington, DC 20528
- 7021 0950 0001 0268 8012 — TAE D. JOHNSON, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, in his official capacity, U.S. Immigration and Customs Enforcement, 500 12th Street SW Washington, DC 20536
- 7021 0950 0001 0268 8043 — WILLIAM A. FERRARA, EXECUTIVE ASSISTANT COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION'S OFFICE OF FIELD OPERATIONS, in his official capacity, CBP Office of Field Operations 1300 Pennsylvania Ave. NW Washington, DC 20229
- 7021 0950 0001 0268 8074 — ALEJANDRO N. MAYORKAS, SECRETARY OF HOMELAND SECURITY, in his official capacity, Department of Homeland Security 245 Murray Lane SW Washington, DC 20528
- 7021 0950 0001 0268 8029 — U.S. CUSTOMS AND BORDER PROTECTION, 1300 Pennsylvania Avenue, Suite 4.4-B Washington, D.C. 20229
- 7021 0950 0001 0268 8050 — CHRIS MAGNUS, COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION, in his official capacity, U.S. Customs and Border Protection 1300 Pennsylvania Ave. NW Washington, DC 20229
- 7021 0950 0001 0268 8081 — JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES, in his official capacity, 1600 Pennsylvania Avenue NW Washington, DC 20500

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

**Total Postage and Fees**
$

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0001 0268 7985

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

**Total Postage and Fees**
$

XAVIER BECERRA, SECRETARY OF
HEALTH AND HUMAN SERVICES,
U.S. Department of Health and Human
Services
Hubert H. Humphrey Building
200 Independence Ave. SW
Washington, DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0001 0268 7992

# USPS Tracking®

## Track Another Package  +

CMR-212-H-0001/SRC     DMFMAN-29     bMR-0.01LG1     bdfR-11-N-58

**Tracking Number:** 70210950000102688081

Remove ✕

Your item was delivered at 3:52 am on January 14, 2022 in WASHINGTON, DC 20500.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered

January 14, 2022 at 3:52 am
WASHINGTON, DC 20500

Feedback

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus™** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

# Can't find what you're looking for?

# USPS Tracking®

FAQs >

## Track Another Package +

CRN 7.12 tr-0101/ SRC       DHYHAN4.79       bJM1.07.0.U21       bJ49r 70 N 58

## Tracking Number: 70210950000102687961

Remove ✕

Your item was picked up at a postal facility at 10:14 am on January 10, 2022 in ATLANTA, GA 30329.

USPS Tracking Plus™ Available ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

January 10, 2022 at 10:14 am
ATLANTA, GA 30329

Feedback

## Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| USPS Tracking Plus™ | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

## See Less ⌃

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70210950000102687978

Remove ✕

Your item was picked up at a postal facility at 9:59 am on January 13, 2022 in ATLANTA, GA 30329.

**USPS Tracking Plus™ Available** ⌄

## ✔ Delivered, Individual Picked Up at Postal Facility

January 13, 2022 at 9:59 am
ATLANTA, GA 30329

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                                      ⌄

---

**Tracking History**                                                                              ⌄

---

**USPS Tracking Plus™**                                                                      ⌄

---

**Product Information**                                                                          ⌄

---

See Less ⌃

## Can't find what you're looking for?

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70210950000102687985                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 7:59 am on January 10, 2022 in WASHINGTON, DC 20201.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, Front Desk/Reception/Mail Room

January 10, 2022 at 7:59 am
WASHINGTON, DC 20201

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                    ⌄

---

**Tracking History**                                        ⌄

---

**USPS Tracking Plus™**                                     ⌄

---

**Product Information**                                     ⌄

---

**See Less** ⌃

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70210950000102687992

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 12:07 pm on January 11, 2022 in WASHINGTON, DC 20201.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, Front Desk/Reception/Mail Room

January 11, 2022 at 12:07 pm
WASHINGTON, DC 20201

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                         ⌄

---

**USPS Tracking Plus™**                                                      ⌄

---

**Product Information**                                                      ⌄

---

**See Less** ⌃

# USPS Tracking®

FAQs ❯

## Track Another Package ✛

CMN 7:12 tt-03351/SRC    DRYFNMHA 29    krM9 07/31/21    kdTR 15 N 58

**Tracking Number:** 70210950000102688005

Remove ✕

Your item was delivered to an individual at the address at 7:15 am on January 10, 2022 in
WASHINGTON, DC 20536.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, Left with Individual

January 10, 2022 at 7:15 am
WASHINGTON, DC 20536

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                  ⌄

---

**USPS Tracking Plus™**                                               ⌄

---

**Product Information**                                               ⌄

---

**See Less** ⌃

# USPS Tracking®

FAQs >

Track Another Package  **+**

**Tracking Number:** 70210950000102688012                                    Remove ✕

Your item was delivered to an individual at the address at 7:15 am on January 10, 2022 in WASHINGTON, DC 20536.

**USPS Tracking Plus™ Available** ⌄

## ⊘ **Delivered, Left with Individual**

January 10, 2022 at 7:15 am
WASHINGTON, DC 20536

**Get Updates** ⌄

---

**Text & Email Updates**                                                                    ⌄

---

**Tracking History**                                                                        ⌄

---

**USPS Tracking Plus™**                                                                      ⌄

---

**Product Information**                                                                      ⌄

---

**See Less** ⌃

# USPS Tracking®

FAQs >

## Track Another Package  **+**

CMR 2 12 0 0101/ SRC    DRFNMA 29    LMR1 02 11 U3    LMFH 24 N 18

**Tracking Number:** 70210950000102688029

Remove ✕

Your item was delivered to an individual at the address at 7:11 am on January 10, 2022 in WASHINGTON, DC 20229.

**USPS Tracking Plus™ Available**  ⌄

## ⊘ Delivered, Left with Individual

January 10, 2022 at 7:11 am
WASHINGTON, DC 20229

Feedback

**Get Updates**  ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                        ⌄

---

**USPS Tracking Plus™**                                                     ⌄

---

**Product Information**                                                      ⌄

---

**See Less** ⌃

# USPS Tracking®

FAQs ›

Track Another Package  +

**Tracking Number:** 70210950000102688036

Remove ✕

Your item was delivered to an individual at the address at 7:11 am on January 10, 2022 in WASHINGTON, DC 20229.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, Left with Individual

January 10, 2022 at 7:11 am
WASHINGTON, DC 20229

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus™** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

Feedback

# USPS Tracking®

## Track Another Package +

CMN-2120-0101-SKC    DKFMMA-29    bAMS-07JLU11    bdFN-16-N-18

**Tracking Number:** 70210950000102688043

Remove ✕

Your item was delivered to an individual at the address at 12:03 pm on January 10, 2022 in WASHINGTON, DC 20229.

**USPS Tracking Plus™ Available** ⌄

## ✓ Delivered, Left with Individual

January 10, 2022 at 12:03 pm
WASHINGTON, DC 20229

Feedback

## Get Updates ⌄

---

**Text & Email Updates**                                                          ⌄

---

**Tracking History**                                                              ⌄

---

**USPS Tracking Plus™**                                                           ⌄

---

**Product Information**                                                           ⌄

---

**See Less** ⌃

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70210950000102688050                    Remove ✕

Your item was delivered to an individual at the address at 7:11 am on January 10, 2022 in WASHINGTON, DC 20229.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, Left with Individual

January 10, 2022 at 7:11 am
WASHINGTON, DC 20229

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                         ⌄

---

**USPS Tracking Plus™**                                                       ⌄

---

**Product Information**                                                       ⌄

---

**See Less** ⌃

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70210950000102688067

Remove ✕

Your item was delivered to an individual at the address at 12:16 pm on January 11, 2022 in WASHINGTON, DC 20528.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, Left with Individual

January 11, 2022 at 12:16 pm
WASHINGTON, DC 20528

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                            ⌄

---

**Tracking History**                                                ⌄

---

**USPS Tracking Plus™**                                             ⌄

---

**Product Information**                                             ⌄

---

**See Less** ⌃

# USPS Tracking®

FAQs >

## Track Another Package ✛

**Tracking Number:** 70210950000102688074                                    Remove ✕

Your item was delivered to an individual at the address at 7:12 am on January 10, 2022 in
WASHINGTON, DC 20528.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered, Left with Individual

January 10, 2022 at 7:12 am
WASHINGTON, DC 20528

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                              ⌄

---

**Tracking History**                                                                      ⌄

---

**USPS Tracking Plus™**                                                               ⌄

---

**Product Information**                                                                ⌄

---

**See Less** ⌃