# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, et al.,<br>        Plaintiffs,<br><br>        v.<br><br>JOSEPH R. BIDEN, JR., et al.,<br>        Defendants. | Civil Action No. 1:21-cv-03317 |

## NOTICE OF WITHDRAWAL

Please take notice that Daniel J. Tully hereby withdraws as counsel for plaintiffs in *Haitian Bridge Alliance, et al. v. Biden, et al.*, Case No. 1:21-cv-03317. Plaintiffs will continue to be represented by their remaining counsel of record, including Justice Action Center.

January 28, 2022

Respectfully submitted,

/s/ Daniel J. Tully
Daniel J. Tully (CA00130)
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: (323) 450-7275
daniel.tully@justiceactioncenter.org