AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Haitian Bridge Alliance, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| Biden, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                              .

Date:     2/10/2022

/s/Stephen W Manning
*Attorney's signature*

Stephen W Manning, OSB 013373
*Printed name and bar number*
Innovation Law Lab
333 SW Fifth Avenue Suite 200
Portland OR 97204

*Address*

stephen@innovationlawlab.org
*E-mail address*

503-241-0035
*Telephone number*

503-241-7733
*FAX number*