UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (EGS) |

**UNOPPOSED MOTION TO EXTEND DEADLINE
TO ANSWER OR RESPOND TO COMPLAINT**

Defendants, by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1), for a forty-five (45) day extension of Defendants' deadline to answer or respond to the Complaint, and as grounds for this motion, state as follows.

1. On December 20, 2021, Plaintiffs filed a Complaint. ECF No. 1. On January 13, 2022, Summons and Complaint were delivered to the U.S. Attorney's Office for the District of Columbia. *See* ECF No. 13. Assuming proper service, the deadline for Defendants to respond to the Complaint is March 14, 2022. *Id*.

2. Defendants seek an extension of forty-five (45) days to respond to the Complaint in this case. Assistant U.S. Attorneys Sean Tepe and Diana Valdivia require additional time to consult with the Defendant agencies and officials and to prepare the Government's response. In particular, both require additional time to integrate this new matter into their extremely heavy caseloads with numerous existing and conflicting deadlines. For example, this week alone, AUSA Tepe is responsible for filing two dispositive motions before the D.C. Circuit, two summary

1

judgment motions, and one motion dismiss, as well as defending one deposition. Next week, immediately before the current March 14 answer deadline, AUSA Tepe is responsible for another motion for summary judgment, deposition, and two motion to dismiss briefs. The rest of March is similarly full of filing and discovery deadlines (many of which had been moved previously), depositions, and a mediation. AUSA Valdivia is currently in the midst of preparing for an April 2022 trial in *Vick v. DeJoy*, Civ. A. No. 14-2193 (TSC), a case which she will be taking over from a departing colleague. In addition to trial preparation for this new case assignment, next week, immediately before the current March 14 answer deadline, AUSA Valdivia is responsible for a dispositive motion before the D.C. Circuit, a summary judgment motion hearing, and a motion to dismiss brief, and a variety of other non-dispositive motion filing deadlines and discovery-related tasks. The rest of March is similarly full of deadlines (many of which had also been moved previously). This requested extension will allow Government counsel to balance completing the response in this case with their obligations in other matters. Given the foregoing, Defendants respectfully proffer that good cause exists for extending the deadline to answer or respond until April 28, 2022.

3. Pursuant to Local Civil Rule 7(m), the undersigned conferred with counsel for Plaintiffs, who do not oppose this motion. If this Court grants Defendants' request for extension, in the interest of fairness to the parties, Plaintiffs intend to file a motion to similarly extend their deadline to move for class certification.

4. This is the first request for extension made by Defendants with respect to their deadline to respond to the Complaint. Plaintiffs will not be prejudiced by this extension as the case has just commenced and central issues in this case are either in the past (*e.g.*, events at the southern

border in September 2021) or will be impacted by an appeal pending before the D.C. Circuit (*e.g.*, *Huisha-Huisha v. Mayorkas*, Civ. A. No. 21-5200).

5. A proposed order is attached.

Dated: March 3, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
DIANA VALDIVIA, DC Bar #1006628
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533; (202) 252-2545
sean.tepe@usdoj.gov
diana.valdivia@usdoj.gov

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,

　　　　　Plaintiffs,

　　v.

JOSEPH R. BIDEN *et al.*,

　　　　　Defendants.

Civil Action No. 21-3317 (EGS)

### **[Proposed] ORDER**

Based upon consideration of Defendants' Unopposed Motion to Extend Deadline to Answer or Respond to Complaint, and for good cause shown, it is hereby ORDERED that:

1. Defendants' Motion is GRANTED;

2. Defendants shall answer or respond to the Complaint on or before April 28, 2022.

SO ORDERED this _____ day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge