UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (EGS) |

## NOTICE OF APPEARANCE

Defendants requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Diana V. Valdivia as counsel for all Defendants in the above-captioned case.

Dated:  March 4, 2022

Respectfully submitted,

*/s/ Diana V. Valdivia*
Diana V. Valdivia, D.C. BAR # 1006628
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 252-2545
diana.valdivia@usdoj.gov