UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,

Plaintiffs,

v.

JOSEPH R. BIDEN *et al.*,

Defendants.

Civil Action No. 21-3317 (EGS)

**[Proposed] ORDER**

Based upon consideration of Defendants' Motion to Extend Deadline to Respond to Complaint, and for good cause shown, it is hereby ORDERED that:

1. Defendants' Motion is GRANTED;

2. Plaintiffs shall inform the Court by May 27, 2022, whether they intend to amend their Complaint.

3. If Plaintiffs intend to amend the Complaint, Defendants shall respond to the amended complaint with thirty (30) days of the amended complaint's filing.

4. If Plaintiffs indicate that they will not be amending the Complaint, Defendants shall respond to the Complaint by June 10, 2022.

SO ORDERED this _____ day of April, 2022.

_____
U.S. District Court Judge