### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES, *in his official capacity*, et al.,<br><br>*Defendants*. | Civil Action No. 21-cv-3317 |

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF OPPOSITION

Plaintiffs respectfully submit this notice that they are hereby withdrawing their Opposition to Motion to Extend Deadline to Respond to Complaint (ECF No. 24).

Plaintiffs apologize to the Court for the late filing of their Opposition on Monday, April 25, 2022, which was due to inadvertence, and therefore withdraw the filing.

1

| | |
|---|---|
| DATED: April 27, 2022 | Respectfully submitted, |
| | */s/ Karen C. Tumlin* |
| **Stephen Manning** (OR0024)<br>stephen@innovationlawlab.org<br>**Tess Hellgren** (OR0023)<br>tess@innovationlawlab.org<br>INNOVATION LAW LAB<br>333 SW Fifth Avenue #200<br>Portland, OR 97204<br>Telephone: +1 503 922-3042<br>Facsimile: +1 503 882-0281<br><br>**Nicole Phillips** (*pro hac vice* forthcoming)<br>nphillips@haitianbridge.org<br>HAITIAN BRIDGE ALLIANCE<br>4265 Fairmount Avenue, Suite 280<br>San Diego, CA 92105<br>Telephone: +1 949 603-5751 | **Karen C. Tumlin** (CA00129*)*<br>karen.tumlin@justiceactioncenter.org<br>**Esther H. Sung** (CA00132)<br>esther.sung@justiceactioncenter.org<br>**Jane Bentrott** (DC Bar No. 1029681)<br>jane.bentrott@justiceactioncenter.org<br>**Lauren M. Wilfong\*** (NJ041)<br>lauren.wilfong@justiceactioncenter.org<br>JUSTICE ACTION CENTER<br>P.O. Box 27280<br>Los Angeles, CA 90027<br>Telephone: +1 323 316-0944<br>Facsimile: +1 323 450-7276<br><br>\*Not admitted to practice in California |