AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Haitian Bridge Alliance, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03317 |
| Joseph R. Biden, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amicus curiae the Immigration Reform Law Institute                                          .

Date:    06/17/2022                                             /s/ Gina M. D'Andrea
                                                                *Attorney's signature*

                                                        Gina M. D'Andrea, 1673459
                                                        *Printed name and bar number*

                                                        Immigration Reform Law Institute
                                                        25 Massachusetts Ave NW, Suite 335
                                                        Washington, DC 20001

                                                                *Address*

                                                        gdandrea@irli.org
                                                                *E-mail address*


                                                                *Telephone number*


                                                                *FAX number*