IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE, *et al.*,

    *Plaintiffs*,

v.

JOSEPH R. BIDEN, *et al.*,

    *Defendants*.

Civil Action No. 1:21-cv-03317 (JMC)

## UNOPPOSED MOTION OF IMMIGRATION REFORM LAW INSTITUTE TO FILE BRIEF AS AN *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

The Immigration Reform Law Institute ("IRLI") respectfully moves this Court for leave to file a proposed *amicus* brief in support of the federal defendants' motion to dismiss. A copy of the proposed *amicus* brief is attached to this motion as an exhibit. IRLI's counsel contacted all parties by email dated June 11, 2022. Plaintiffs stated that they consent to the motion; Defendants stated that they do not oppose the motion.

Although no rules directly govern the filing of an *amicus* brief in district courts,[1] the courts have broad discretion to permit the filing of *amicus* briefs. *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). For the reasons set forth below, IRLI

---

[1] Consistent with Fed. R. App. P. 29(a)(4)(E), counsel for movant authored this motion and the accompanying brief in whole, and no counsel for a party authored the motion or brief in whole or in part, nor did any person or entity, other than the movant and its counsel, make a monetary contribution to preparation or submission of the motion and brief.

respectfully moves this Court for leave to file an amicus brief on the important issues before this Court.

IRLI is a not for profit 501(c)(3) public interest law firm dedicated to litigating immigration-related cases on behalf of, and in the interests of, United States citizens, and also to assisting courts in understanding and accurately applying federal immigration law. For more than twenty years the Board of Immigration Appeals has solicited supplementary briefing, drafted by IRLI staff, from the Federation for American Immigration Reform, of which IRLI is a supporting organization.

Plaintiffs in this case challenge what is commonly known as the "Title 42 Policy," a public health regulation issued by the Director of the Centers for Disease Control and Prevention ("CDC") under the authority of 42 U.S.C. § 265. They allege that the Title 42 Policy violates the Administrative Procedure Act, and also as the Due Process Clause of the Fifth Amendment to the U.S. Constitution. Defendants have moved to dismiss on jurisdictional grounds under FED. R. CIV. P. 12(b)(1) and for failure to state a claim on which relief can be granted under FED. R. CIV. P. 12(b)(6). Movant IRLI respectfully submits that its proffered *amicus* brief brings relevant matters to the Court's attention with respect to the merits issues under FED. R. CIV. P. 12(b)(6):

- Plaintiffs' due process claims fail to allege facts that evidence the violation of a protected interest or fundamental right.
- Plaintiffs' fail to show the discriminatory intent necessary to allege an equal protection violation.
- The alleged "Haitian Deterrence Policy" is not reviewable under the Administrative Procedure Act because it is not an actual policy of a government agency and therefore cannot be a final agency action.

These issues being relevant to deciding the pending motion, the proposed *amicus* brief may aid the Court.

      For the foregoing reasons, movant IRLI respectfully requests that the Court grant leave to file the accompanying *amicus* brief.

June 17, 2022                                                         Respectfully submitted,

                                                                            /s/ *Gina M. D'Andrea*

                                                        Christopher J. Hajec (D.C. Bar No. 492551)
                                                        Gina M. D'Andrea (D.C. Bar No. 1673459)
                                                        Immigration Reform Law Institute
                                                        25 Massachusetts Ave NW, Suite 335
                                                        Washington, DC 20001
                                                        Telephone: (202) 232-5590
                                                        Fax: (202) 464-3590
                                                        Email: gdandrea@irli.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2022, I electronically filed the foregoing motion—together with the proffered *amicus* brief—with the Clerk of the Court using the CM/ECF system, thereby causing it to be served upon all counsel of record.

                                                                             /s/ *Gina M. D'Andrea*