UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 22-3317 (JMC) |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO OPPOSE
DEFENDANTS' MOTION TO DISMISS**

Plaintiffs, by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1), for a three-week extension of Plaintiffs' deadline to reply to Defendants' Motion to Dismiss. Defendants consent to this extension. As grounds for this Motion, Plaintiffs state as follows:

1. On December 20, 2021, Plaintiffs filed the Complaint in this action. ECF No. 1. On January 13, 2022, Summons and Complaint were delivered to the U.S. Attorney's Office for the District of Columbia. ECF No. 13.

2. On March 3, 2022, Defendants filed an unopposed Motion for Extension of Time to File Answer or Otherwise Respond, seeking a 45-day extension of their deadline to answer or otherwise respond to Plaintiffs' complaint. ECF No. 19.

3. On March 17, 2022, Judge Sullivan granted Defendants' Motion for Extension. Mar. 17, 2022 Minute Order.

4. On April 14, 2022, Defendants filed a second Motion for Extension of Time to Respond to Complaint ("Motion for Extension"). ECF No. 23. April 19, 2022 Minute Order.

1

5. On May 2, 2022, Judge Sullivan granted the Defendants' unopposed Motion for Extension. May 2, 2022 Minute Order. Judge Sullivan ordered Plaintiffs to notify the Court by no later than May 27, 2022, whether they intend to amend their Complaint, and ordered Defendants to respond to the complaint by June 10, 2022, if not amended, or within 30 days after the amended complaint was filed, if amended. *Id.*

6. On May 27, 2022, Plaintiffs notified Judge Sullivan that they did not intend to amend their complaint at this time. ECF No. 27.

7. On June 10, 2022, Defendants filed a Motion to Dismiss. ECF No. 28.

8. Pursuant to Local Civil Rule 7(b), Plaintiffs must serve and file their memorandum in opposition to Defendants' anticipated Motion to Dismiss, if filed, within 14 days of service of the motion.

9. Plaintiffs seek to extend this deadline by 21 days, to allow Plaintiffs 23 business days total to reply to Defendants' Motion to Dismiss.

10. Plaintiffs have good cause to seek this extension. First, Plaintiffs require additional time in order to adequately consult with undersigned counsel to prepare Plaintiffs' response to Defendants' anticipated Motion to Dismiss. Many Individual Plaintiffs live in unstable conditions outside the United States, following their expulsion by Defendants to Haiti and Mexico. They face severe and escalating threats to their safety, political instability, violent crime by gangs and cartels, and challenges to meeting their basic needs.

11. Individual Plaintiffs also face significant hurdles in communicating with undersigned counsel due to a language barrier, requiring counsel to hire and coordinate with professional interpreters for all Individual Plaintiff communications. Individual Plaintiffs outside the United States experience additional barriers to communication; namely inconsistent access to

necessary infrastructure for international communications with counsel, including electricity to charge phones and stable phone service and internet connection.

12. Second, Plaintiffs require additional time to respond to the Defendants' Motion to Dismiss due to scheduling constraints on Plaintiffs' counsel. An extended briefing schedule will allow Plaintiffs' counsel to accommodate other matters that also require attention during the briefing period.

13. Pursuant to Local Civil Rule 7(m), on June 16, 2022, the undersigned counsel conferred with counsel for Defendants via email about this Motion. On June 17, 2022, counsel for Defendants indicated that they consent to an extension of Plaintiffs' deadline to respond to Defendants' Motion to Dismiss to July 15, 2022.

14. Defendants will not be prejudiced by this extension as Defendants were given notice and do not oppose Plaintiffs' Motion for Extension. Furthermore, Defendants previously sought and were granted two extensions, resulting in an 88-day extension of their deadline to answer or respond to the complaint. ECF No. 19.

15. A proposed order is attached.

DATED: June 17, 2022

Respectfully submitted,

*/s/ Tess Hellgren*

**Karen C. Tumlin** (CA00129)
karen.tumlin@justiceactioncenter.org
**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Jane Bentrott** (DC Bar No. 1029681)
jane.bentrott@justiceactioncenter.org
**Lauren M. Wilfong*** (NJ041)
lauren.wilfong@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027

**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

Telephone: +1 323 316-0944  
Facsimile: +1 323 450-7276

*Not admitted to practice in California

**Nicole Phillips** (*pro hac vice* forthcoming)  
nphillips@haitianbridge.org  
HAITIAN BRIDGE ALLIANCE  
4265 Fairmount Avenue, Suite 280  
San Diego, CA 92105  
Telephone: +1 949 603-5751

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN *et al.*,<br><br>  Defendants. | Civil Action No. 22-3317 (JMC) |

### **ORDER**

Based upon consideration of Plaintiffs' Unopposed Motion to Extend Deadline to Oppose Defendants' Motion to Dismiss, and for good cause shown, it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED;

2. Plaintiffs shall file their memorandum in opposition to Defendants' Motion to Dismiss no later than July 15, 2022, 35 days after service of Defendants' Motion to Dismiss.

SO ORDERED this _____ day of June, 2022.

_____
U.S. District Court Judge

1