UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 22-3317 (JMC) |

# ORDER

Based upon consideration of Plaintiffs' Unopposed Motion to Extend Deadline to Oppose Defendants' Motion to Dismiss, and for good cause shown, it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED;

2. Plaintiffs shall file their memorandum in opposition to Defendants' Motion to Dismiss no later than July 15, 2022, 35 days after service of Defendants' Motion to Dismiss.

SO ORDERED this 21st day of June, 2022.

_____
The Honorable Jia M. Cobb
U.S. District Court Judge