AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Haitian Bridge Alliance et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| Joseph R. Biden et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs .

Date: July 8, 2022

/s/ Trillium Chang
*Attorney's signature*

Trillium Chang, NY Bar 5943022
*Printed name and bar number*
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204

*Address*

trillium@innovationlawlab.org
*E-mail address*

(503)922-3042
*Telephone number*

(503)882-0281
*FAX number*