AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Haitian Bridge Alliance, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-3317 |
| Biden, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, Mayco Celon, et al.

Date: 07/11/2022

*Alexander L. Schultz*
*Attorney's signature*

Alexander L. Schultz (DC Bar No. 1618410)
*Printed name and bar number*
Covington & Burling, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643

*Address*

aschultz@cov.com
*E-mail address*

(424) 332-4788
*Telephone number*

*FAX number*