# EXHIBIT A

## Declaration of Nicole Phillips

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,

                *Plaintiffs*,

v.

JOSEPH R. BIDEN, President of the United States, *et al.*,

                *Defendants*.

Civil Action No. 1:21-cv-03317
Hon. Judge Cobb

### DECLARATION OF NICOLE PHILLIPS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Nicole Phillips, pursuant to 28 U.S.C. § 1746, declare, under penalty of perjury, that the following statements are true and correct based upon my personal knowledge:

1. I am the Legal Director and an attorney at Haitian Bridge Alliance, and licensed to practice in the State of California. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

2. Based on Individual Plaintiffs' communications with our counsel team, I understand that seven Individual Plaintiffs in this case have recently been granted temporary humanitarian parole in the United States.

3. On or around April 23, 2022, Samuel and Samentha Doe, along with their two children, were paroled into the United States under the Immigration and Nationality Act (INA) § 212(d)(5) at Hidalgo, Texas.

4. On or around May 12, 2022, Paul Doe was paroled into the United States under INA § 212(d)(5) at Eagle Pass, Texas.

5. On or around April 24, 2022, Esther and Emmanuel Doe, along with their child, were paroled into the United States under INA § 212(d)(5) at Hidalgo, Texas.

6. On or around July 12, 2022, Mayco Celon and Veronique Cassonell, along with their two children and nephew, were paroled into the United States under INA § 212(d)(5) at Hidalgo, Texas.

7. All Individual Plaintiffs named above are currently in the United States.

8. Separately, Plaintiffs Mirard Joseph and Madeleine Prospere, Jacques Doe, and Wilson Doe and their family members are taking concrete steps to return to the United States in order to seek asylum.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED in San Francisco, California, on July 13, 2022.

_____
Nicole Phillips
Legal Director, Haitian Bridge Alliance