IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,

    *Plaintiffs*,

v.

JOSEPH R. BIDEN, President of the United States, *et al.*,

    *Defendants*.

Case No. 1:21-cv-03317 (JMC)

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion to dismiss and Plaintiffs' opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendants' motion is DENIED.

SO ORDERED:

_____                              _____
Date                                                                             Hon. Jia M. Cobb
                                                                                            United States District Judge