UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN *et al.*,<br><br>Defendants. | Civil Action No. 21-3317 (JMC) |

**MOTION TO EXTEND DEADLINE
TO FILE MOTION TO DISMISS REPLY**

Defendants, by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1), for an extension of the deadline to file their Reply in Support of Motion to Dismiss until September 2, 2022, and as grounds for this motion, state as follows.

1. On June 10, 2021, Defendants moved to dismiss Plaintiff's Complaint. *See* ECF No. 28. On June 17, 2022, Plaintiffs moved, unopposed, for an extension of their deadline to oppose Defendants' motion until July 15, 2022. *See* ECF No. 32. The Court granted that motion. *See* Order, ECF No. 33. Plaintiffs filed a 45-page opposition brief on July 15, 2022. *See* ECF No. 38.

2. Defendants seek an extension of their reply deadline, which is currently July 22, 2022, pursuant to Local Civil Rule 7(d), because of the significant pre-existing deadlines and obligations of undersigned counsel.

3. Assistant U.S. Attorney Sean Tepe is fully engaged on other matters over the next two weeks—including on significant summary judgment motions due on July 22 and 29 and three

1

answers due the week of July 25, while managing two other cases in active fact and expert discovery—followed by family leave the week of August 1. Upon return, AUSA Tepe plans to have depositions for the two cases in discovery (which is set to close on August 19 and September 2, respectively); potentially expedited briefing on a subpoena challenge; supplemental briefing on a pending summary judgment; an appellate brief (August 26), and summary judgment replies (August 26 and August 30), while managing numerous other deadlines for his docket of over 90 matters.

4. Assistant U.S. Attorney Diana Valdivia is currently preparing for a combined jury and bench trial scheduled to start August 8, 2022, and last one to two weeks. In addition to preparing for trial, AUSA Valdivia continues to manage a docket of over 100 active litigations—many with filing deadlines over the next two weeks—while also supervising and managing the overall work of the U.S. Attorney's Office's Civil Division since her June 17, 2022, promotion to Deputy Chief.

5. Given the foregoing deadlines and obligations, many of which have already been extended themselves one or more times, Defendants respectfully request an extension of their motion to dismiss reply deadline until September 2, 2022, which will greatly assist Government counsel in balancing their obligations in this case with their obligations in other matters. In addition, time is required to allow for agency review in this multiple-defendant putative class action. Defendants respectfully submit the foregoing presents good cause for an extension.

6. Pursuant to Local Civil Rule 7(m), the undersigned conferred with counsel for Plaintiffs via email, who stated that they oppose the requested extension. Counsel stated they would be "amenable to a two-week extension of the filing deadline to August 5" *after* Defendants

shared a draft of this motion with Plaintiff's counsel informing them that AUSA Tepe is on leave and AUSA Valdivia is on the eve of trial on August 5, 2022. *See* Exhibit A. Further, these were conflicts created, in part, by Plaintiff's extension of their opposition deadline, which the Government did not oppose. It is also worth noting that September 2 is roughly three weeks from when Government counsel would first be able to even consider a response to Plaintiffs opposition given their pre-existing obligations over the coming weeks.

7.  This is the first request for extension made by Defendants with respect to their motion to dismiss reply deadline. Further, Plaintiffs have not claimed prejudice from this extension, *see* Exhibit A; only that it "strikes" counsel as being too long. Indeed, Plaintiffs would not suffer prejudice at this early stage in the litigation, and especially where most Plaintiffs have been granted temporary humanitarian parole into the United States. *See* Declaration of Nicole Philips, ECF No. 38-1.

8.  A proposed order is attached.

Dated:   July 19, 2022

                                   Respectfully submitted,

                                   MATTHEW M. GRAVES, D.C. Bar. #481052
                                   United States Attorney

                                   BRIAN P. HUDAK
                                   Chief, Civil Division

By:   */s/ Sean M. Tepe*
                                   SEAN M. TEPE, DC Bar #1001323
                                   DIANA VALDIVIA, DC Bar #1006628
                                   Assistant United States Attorney
                                   601 D Street, N.W.
                                   Washington, D.C. 20530
                                   Phone: (202) 252-2533; (202) 252-2545
                                   sean.tepe@usdoj.gov
                                   diana.valdivia@usdoj.gov

# EXHIBIT A

| | |
|---|---|
| **From:** | Esther Sung |
| **To:** | Tepe, Sean (USADC); tess@innovationlawlab.org |
| **Cc:** | Valdivia, Diana (USADC) |
| **Subject:** | [EXTERNAL] RE: HBA v Biden - Reply extension request |
| **Date:** | Tuesday, July 19, 2022 2:32:48 PM |

Dear Sean—

The government's request for extension strikes Plaintiffs' counsel as unreasonable, given that you are seeking a six-week extension of what is typically a one-week deadline under the local rules.

Plaintiffs would be amenable to a two-week extension of the filing deadline to August 5, which is proportionate to the three-week extension we sought and received from you for our opposition.

If Defendants insist on requesting an extension of the reply briefing deadline to September 2, we would appreciate it if you would please indicate that Plaintiffs oppose the motion. We will plan on filing a short opposition to your motion.

Thanks,
Esther

**From:** Tepe, Sean (USADC) <Sean.Tepe@usdoj.gov>
**Sent:** Tuesday, July 19, 2022 8:38 AM
**To:** tess@innovationlawlab.org; Esther Sung <Esther.Sung@justiceactioncenter.org>
**Cc:** Valdivia, Diana (USADC) <Diana.Valdivia@usdoj.gov>
**Subject:** HBA v Biden - Reply extension request

Good morning Tess and Esther,

For the reasons indicated in the attached, Defendants plan to request today an extension of the reply deadline until Sept. 2.  Will Plaintiffs be willing to consent to that?

Sean M. Tepe
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW | Washington, D.C. 20530
(202) 252-2533 | sean.tepe@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (JMC) |

**[Proposed] ORDER**

Based upon consideration of Defendants' Motion to Extend Deadline to File Motion to Dismiss Reply, and for good cause shown, it is hereby ORDERED that:

1. Defendants' Motion is GRANTED;

2. Defendants shall file their motion to dismiss reply on or before September 2, 2022.

SO ORDERED this _____ day of July, 2022.

_____
U.S. District Court Judge