# EXHIBIT A

## Declaration of Esther Sung

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>                      *Plaintiffs*,<br><br>    v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>                      *Defendants.* | Civil Action No. 1:21-cv-03317<br>Hon. Judge Cobb |

**DECLARATION OF ESTHER SUNG IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXTEND**

I, Esther Sung, pursuant to 28 U.S.C. § 1746, declare, under penalty of perjury, that the following statements are true and correct based upon my personal knowledge:

1. I am the Legal Director and an attorney at Justice Action Center, and licensed to practice in the State of California. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Extend Deadline to File Motion to Dismiss Reply.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of correspondence between myself and Assistant U.S. Attorney Sean Tepe dated June 16-17, 2022, in which Mr. Tepe did not suggest that Plaintiffs' requested extension would create conflicts with other matters that would impact Defendants' reply.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED in Houston, Texas, on July 20, 2022.

*/s/ Esther Sung*

_____

Esther Sung
Legal Director, Justice Action Center

# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Esther Sung |
| **To:** | Tepe, Sean (USADC); Valdivia, Diana (USADC) |
| **Cc:** | tess@innovationlawlab.org |
| **Subject:** | RE: HBA v. Biden, Case No. 21-cv-3317: Motion to Dismiss/briefing schedule |
| **Date:** | Friday, June 17, 2022 3:12:15 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Thanks for your accommodation, Sean. Hope you have a good weekend.

Thanks,
Esther


-------- Original message --------
From: "Tepe, Sean (USADC)" <Sean.Tepe@usdoj.gov>
Date: 6/17/22 10:45 AM (GMT-06:00)
To: Esther Sung <Esther.Sung@justiceactioncenter.org>, "Valdivia, Diana (USADC)" <Diana.Valdivia@usdoj.gov>
Cc: tess@innovationlawlab.org
Subject: RE: HBA v. Biden, Case No. 21-cv-3317: Motion to Dismiss/briefing schedule

Esther,

The Government consents to an extension to July 15 for Plaintiffs' opposition.

Because our schedules are very fluid, we think that we will have a better sense of our extension needs around July 15.

Sean

**From:** Esther Sung <Esther.Sung@justiceactioncenter.org>
**Sent:** Thursday, June 16, 2022 5:14 PM
**To:** Tepe, Sean (USADC) <STepe@usa.doj.gov>; Valdivia, Diana (USADC) <DValdivia@usa.doj.gov>
**Cc:** tess@innovationlawlab.org
**Subject:** [EXTERNAL] RE: HBA v. Biden, Case No. 21-cv-3317: Motion to Dismiss/briefing schedule

Dear Sean—

Thank you so much for your e-mail. After Plaintiffs' counsel have conferred further, we would like to ask the court for a briefing extension until July 15. That would be a total of 3 weeks beyond the normal deadline allowed by the local rules.

Can you please let me know if Defendants would be amenable to such an extension? We intend to file our motion for extension tomorrow.

In addition, assuming that 7/15 is not objectionable to Defendants as the deadline for Plaintiffs' opposition – if Defendants have a clearer picture of when they might be able to file their Reply, would you be able to share that timeline with us now? In the interests of efficiency for the judge, we would like to explore whether we could file a joint motion setting out a briefing schedule for the court.

Please let me know if an extension to 7/15 is acceptable to Defendants and also if you have a sense of your Reply timeline that might allow us to file a joint motion.

Thank you!
Esther

**From:** Tepe, Sean (USADC) <Sean.Tepe@usdoj.gov>
**Sent:** Wednesday, June 1, 2022 3:28 PM
**To:** Esther Sung <Esther.Sung@justiceactioncenter.org>; Valdivia, Diana (USADC) <Diana.Valdivia@usdoj.gov>
**Cc:** tess@innovationlawlab.org
**Subject:** RE: HBA v. Biden, Case No. 21-cv-3317: Motion to Dismiss/briefing schedule

Hi Esther – Hope you had a nice long weekend as well.  We will be filing a motion to dismiss on June 10, the scope of which you will need to wait to see.  But we have no problem with consenting to a two-week extension of your opposition deadline.  As for the reply, my guess is that we may need more than two weeks just to fit that filing into our ever changing packed schedules.  So instead of asking for an extra week for our reply, we would prefer to wait until we are closer to that time to figure out how much time defendants would need.

Sean

**From:** Esther Sung <Esther.Sung@justiceactioncenter.org>
**Sent:** Wednesday, June 1, 2022 2:21 PM
**To:** Tepe, Sean (USADC) <STepe@usa.doj.gov>; Valdivia, Diana (USADC) <DValdivia@usa.doj.gov>
**Cc:** tess@innovationlawlab.org
**Subject:** [EXTERNAL] RE: HBA v. Biden, Case No. 21-cv-3317: Motion to Dismiss/briefing schedule

Hi, Sean and Diana—

I hope you had a restful Memorial Day weekend. I just wanted to follow up on my e-mail from last Friday – we'd be grateful to hear back from you when you have a chance.

Thank you!
Esther

**From:** Esther Sung

**Sent:** Friday, May 27, 2022 4:16 PM
**To:** Tepe, Sean (USADC) <Sean.Tepe@usdoj.gov>; Valdivia, Diana (USADC) <Diana.Valdivia@usdoj.gov>
**Cc:** tess@innovationlawlab.org
**Subject:** HBA v. Biden, Case No. 21-cv-3317: Motion to Dismiss/briefing schedule

Dear Sean and Diana—

As you may already have seen, Plaintiffs filed a notice earlier today indicating that we do not intend to amend our complaint in HBA v. Biden at this time. Given that a responsive pleading is due from Defendants on June 10, we wanted to reach out well in advance with a few questions to raise with you.

First, in light of the district court injunction from Judge Summerhays preventing the termination of Title 42, we were wondering if Defendants still intend to move to dismiss any of Plaintiffs' claims relating to Title 42.

Second, assuming that Defendants still intend to file a motion to dismiss, we were wondering if Defendants might be amenable to moving the court for a slightly extended briefing schedule for all the parties. We would suggest doubling the normal briefing time allowed by the rules so that Plaintiffs have four weeks to file an opposition and Defendants have two weeks to file a reply.

Any position you could provide from Defendants on these two points would be much appreciated. Please also feel free to let us know if you would prefer to get on the phone to meet and confer and, if so, when might be good for you to connect.

Thank you,
Esther




**Esther Sung** (she/her)
*Legal Director*

Justice Action Center
323-450-7272
esther.sung@justiceactioncenter.org

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender and delete this message and its attachments, if any.*