## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,

                   *Plaintiffs*,

    v.

JOSEPH R. BIDEN, President of the United States, *et al.*,

                   *Defendants*.

Case No. 1:21-cv-03317  (JMC)

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion to extend deadline to file motion to dismiss reply and Plaintiffs' opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendants' motion is DENIED.

SO ORDERED:

_____

Date

_____

Hon. Jia M. Cobb
United States District Judge