# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,
   Plaintiffs,

v.

JOSEPH R. BIDEN *et al.*,

   Defendants,

Case No. 1:21-cv-03317-JMC

**MOTION OF THE DISTRICT OF COLUMBIA AND THE STATES OF ILLINOIS, CONNECTICUT, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, OREGON, RHODE ISLAND, VERMONT AND WASHINGTON FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**

The District of Columbia and the States of Illinois, Connecticut, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington ("Amici States") request leave to file a brief as amici curiae in support of plaintiffs' opposition to defendants' motion to dismiss. Pursuant to Local Civil Rule 7(o)(1), Amici States are not required to obtain the consent of the parties or leave of the Court to file an amicus brief. The filing of this brief is timely because it comes one week after plaintiffs' opposition to defendants' motion to dismiss.

## CONCLUSION

The Court should grant leave to file the attached brief as amici curiae.

Respectfully submitted,

| | |
|---|---|
| KWAME RAOUL<br>Attorney General for the<br>State of Illinois | KARL A. RACINE<br>Attorney General for the<br>District of Columbia |
| KATHRYN HUNT MUSE<br>Deputy Chief<br>Public Interest Division | CAROLINE S. VAN ZILE<br>Solicitor General<br><br>ASHWIN P. PHATAK<br>Principal Deputy Solicitor General |
| /s/ Aaron P. Wenzloff<br>AARON P. WENZLOFF<br>Senior Assistant Attorney General | /s/ Caroline W. Tan<br>CAROLINE W. TAN[*]<br>Assistant Attorney General |
| Office of the Attorney General for<br>the State of Illinois<br>100 West Randolph Street<br>Chicago, Illinois 60601<br>(773) 590-6964<br>aaron.wenzloff@ilag.gov | Office of the Solicitor General<br>Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 735-7579<br>caroline.tan@dc.gov |

July 2022

---

[*] Admitted to practice only in California. Practicing in the District of Columbia under the direct supervision of Solicitor General Caroline S. Van Zile, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c).

On behalf of:

WILLIAM TONG
*Attorney General*
State of Connecticut

BRIAN E. FROSH
*Attorney General*
State of Maryland

MAURA HEALEY
*Attorney General*
Commonwealth of Massachusetts

DANA NESSEL
*Attorney General*
State of Michigan

KEITH ELLISON
*Attorney General*
State of Minnesota

AARON D. FORD
*Attorney General*
State of Nevada

MATTHEW J. PLATKIN
*Acting Attorney General*
State of New Jersey

HECTOR BALDERAS
*Attorney General*
State of New Mexico

LETITIA JAMES
*Attorney General*
State of New York

ELLEN F. ROSENBLUM
*Attorney General*
State of Oregon

PETER F. NERONHA
*Attorney General*
State of Rhode Island

SUSANNE R. YOUNG
*Attorney General*
State of Vermont

ROBERT W. FERGUSON
*Attorney General*
State of Washington

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, a true and accurate copy of the foregoing motion was filed electronically with the Court using the CM/ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

/s/ Caroline W. Tan
CAROLINE W. TAN