IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,

       *Plaintiffs*,

v.

JOSEPH R. BIDEN, President of the United States, *et al.*,

       *Defendants*.

Case No. 1:21-cv-03317 (JMC)

**MOTION FOR ADMISSION *PRO HAC VICE* OF
MATTHEW E. DELGADO**

    I, Stanley Young, one of the counsel for Haitian Bridge Alliance, *et al.*, hereby move the Court, pursuant to Local Civil Rule 83.2(c), for the admission and appearance of attorney Matthew E. Delgado *pro hac vice* in the above-entitled action.

    1.    I am a partner with the firm of Covington & Burling, LLP, in its office located at 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA, 94306, Phone: 650-632-4700. I am admitted to the bar of the District of Columbia and have been admitted to practice in this court Since March 22, 2022.

    2.    Mr. Delgado is an associate at Covington & Burling, LLP, also in the office located at 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA, 94306, Phone: 650-632-4700. As reflected in the attached Declaration, Mr. Delgado is a member of the California Bar (CA Bar No. 306999).

    3.    Mr. Delgado is familiar with the facts and the law relating to this case and, upon

admission *pro hac vice*, will assist in the litigation of this action.

| | |
|---|---|
| DATED: July 29, 2022 | Respectfully submitted, |
| | /s/ *Stanley Young* |
| **Stephen Manning** (OR0024) | **Stanley Young** (CA00146) |
| stephen@innovationlawlab.org | syoung@cov.com |
| **Tess Hellgren** (OR0023) | COVINGTON & BURLING, LLP |
| tess@innovationlawlab.org | 3000 El Camino Real |
| **Trillium Chang** (NY0483) | 5 Palo Alto Square, 10th Floor |
| trillium@innovationlawlab.org | Palo Alto, CA 94306-2112 |
| INNOVATION LAW LAB | Telephone: +1 650 632-4700 |
| 333 SW Fifth Avenue #200 | |
| Portland, OR 97204 | **Matthew E. Delgado** (CA Bar No. 306999) (*pro hac vice* submitted) |
| Telephone: +1 503 922-3042 | mdelgado@cov.com |
| Facsimile: +1 503-882-0281 | COVINGTON & BURLING, LLP |
| | 3000 El Camino Real |
| | 5 Palo Alto Square, 10th Floor |
| | Palo Alto, CA 94306-2112 |
| | Telephone: +1 650 632-4700 |
| | |
| | **Alexander L. Schultz** (DC Bar No. 1618410) |
| | aschultz@cov.com |
| | COVINGTON & BURLING, LLP |
| | 1999 Avenue of the Stars |
| | Los Angeles, CA 90067-4643 |
| | Telephone: +1 424 332-4788 |
| | |
| **Nicole Phillips** (*pro hac vice* forthcoming) | **Lauren M. Wilfong** (NJ0014)* |
| nphillips@haitianbridge.org | lauren.wilfong@justiceactioncenter.org |
| HAITIAN BRIDGE ALLIANCE | **Esther H. Sung** (CA00132) |
| 4265 Fairmount Avenue, Suite 280 | esther.sung@justiceactioncenter.org |
| San Diego, CA 92105 | **Jane Bentrott** (DC Bar No. 1029681) |
| Telephone: +1 949 603-5751 | jane.bentrott@justiceactioncenter.org |
| | **Karen C. Tumlin** (CA00129) |
| | karen.tumlin@justiceactioncenter.org |
| | JUSTICE ACTION CENTER |
| | P.O. Box 27280 |
| | Los Angeles, CA 90027 |
| | Telephone: +1 323 316-0944 |
| | Facsimile: +1 323 450-7276 |
| | |
| | **Not admitted to practice law in California* |

| | |
|---|---|
| MOTION FOR ADMISSION *PRO HAC VICE* | Case No. 1:21-cv-03317 (JMC) |
| OF MATTHEW E. DELGADO | |