IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>*Defendants*. | Case No. 1:21-cv-03317 (JMC) |

**DECLARATION OF MATTHEW E. DELGADO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Matthew E. Delgado, hereby declare:

1. My name, office address, and telephone number are as follows:
   Matthew E. Delgado
   COVINGTON & BURLING, LLP
   3000 El Camino Real
   5 Palo Alto Square, 10th Floor
   Palo Alto, CA 94306-2112
   Telephone: +1 650 632-4704

2. I have been admitted to the following courts and bars:
   Supreme Court of California (December 2, 2015) (Cal. Bar No. 306999)
   U.S. Court Of Appeals, Ninth Circuit (February 6, 2017)
   U.S. District Court for the Central District of California (April 5, 2016)
   U.S. District Court for the Northern District of California (December 3, 2021)

3. I am currently in good standing with all states, courts, and bars in which I am admitted. *See* Exhibit A (Certificate of Standing).

4. I have not previously been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Palo Alto, California, this 29th day of July 2022.

DATED: July 29, 2022

Respectfully submitted,

_____

**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
**Trillium Chang** (NY0483)
trillium@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503-882-0281

**Matthew E. Delgado** (CA Bar No. 306999) (*pro hac vice* forthcoming)
mdelgado@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4700

**Stanley Young** (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4700

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Nicole Phillips** (*pro hac vice* forthcoming)
nphillips@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Lauren M. Wilfong** (NJ0014)*
lauren.wilfong@justiceactioncenter.org
**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Jane Bentrott** (DC Bar No. 1029681)
jane.bentrott@justiceactioncenter.org
**Karen C. Tumlin** (CA00129)
karen.tumlin@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

*Not admitted to practice law in California*

DECL. OF MATTHEW E. DELGADO
ISO MOTION FOR ADMISSION *PRO HAC VICE*

Case No. 1:21-cv-03317 (JMC)

- 3 -