# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, et al., <br>                                    Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., et al., <br>                                    Defendants. | Civil Action No. 1:21-cv-03317(JMC) |

## NOTICE OF WITHDRAWAL

Please take notice that Trillium Chang hereby withdraws as counsel for plaintiffs in *Haitian Bridge Alliance, et al. v. Biden, et al.*, Case No. 1:21-cv-03317(JMC). Plaintiffs will continue to be represented by their remaining counsel of record, including Innovation Law Lab.

August 11, 2022

Respectfully submitted,

/s/ Trillium Chang
Trillium Chang (NY0483)
trillium@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503-882-0281