# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN *et al.*,<br><br>    Defendants, | Case No. 1:21-cv-03317-JMC |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Caroline W. Tan is leaving the Office of the Attorney General for the District of Columbia and hereby withdraws as counsel for proposed *amici curiae* the District of Columbia and the States of Illinois, Connecticut, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington ("Amici States"). Please substitute Solicitor General Caroline S. Van Zile as counsel of record for the Amici States.

Respectfully submitted,

| | |
|---|---|
| KWAME RAOUL<br>Attorney General for the<br>State of Illinois | KARL A. RACINE<br>Attorney General for the<br>District of Columbia |
| KATHRYN HUNT MUSE<br>Deputy Chief<br>Public Interest Division | CAROLINE S. VAN ZILE<br>Solicitor General |
| AARON P. WENZLOFF<br>Senior Assistant Attorney General | ASHWIN P. PHATAK<br>Principal Deputy Solicitor General |
| | /s/ Caroline W. Tan<br>CAROLINE W. TAN[*]<br>Assistant Attorney General |
| Office of the Attorney General for<br>the State of Illinois<br>100 West Randolph Street<br>Chicago, Illinois 60601<br>(773) 590-6964<br>aaron.wenzloff@ilag.gov | Office of the Solicitor General<br>Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 735-7579<br>caroline.tan@dc.gov |
| August 2022 | |

---

[*]   Admitted to practice only in California.  Practicing in the District of Columbia under the direct supervision of Solicitor General Caroline S. Van Zile, a member of the D.C. Bar, pursuant to D.C. Court of Appeals Rule 49(c).

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, a true and accurate copy of the foregoing notice was filed electronically with the Court using the CM/ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

/s/ Caroline W. Tan
CAROLINE W. TAN