IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,
    Plaintiffs,

v.

JOSEPH R. BIDEN *et al.*,

    Defendants,

Case No. 1:21-cv-03317-JMC

**NOTICE OF APPEARANCE OF COUNSEL**

Caroline S. Van Zile enters her appearance in the above-captioned matter as counsel for *amici curiae* the District of Columbia and the States of Illinois, Connecticut, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington.

                                              Respectfully submitted,

| | |
|---|---|
| KWAME RAOUL<br>Attorney General for the<br>State of Illinois | KARL A. RACINE<br>Attorney General for the<br>District of Columbia |
| KATHRYN HUNT MUSE<br>Deputy Chief<br>Public Interest Division | /s/ Caroline S. Van Zile<br>CAROLINE S. VAN ZILE<br>Solicitor General |
| AARON P. WENZLOFF<br>Senior Assistant Attorney General | ASHWIN P. PHATAK<br>Principal Deputy Solicitor General<br>Office of the Solicitor General |
| Office of the Attorney General for<br>the State of Illinois<br>100 West Randolph Street<br>Chicago, Illinois 60601<br>(773) 590-6964<br>aaron.wenzloff@ilag.gov | Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 724-6609<br>caroline.vanzile@dc.gov |

August 2022

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, a true and accurate copy of the foregoing notice was filed electronically with the Court using the CM/ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

/s/ Caroline S. Van Zile
CAROLINE S. VAN ZILE