AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Haitian Bridge Alliance, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-3317-JMC |
| Biden, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, Mayco Celon, et al.

Date: 08/23/2022

/s/Matthew E. Delgado
*Attorney's signature*

Matthew E. Delgado (CA Bar No. 306999)
*Printed name and bar number*

Covington & Burling, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
*Address*

mdelgado@cov.com
*E-mail address*

(650) 632-4700
*Telephone number*

*FAX number*