UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,

Plaintiffs,

v.                                                   Civil Action No. 21-3317 (JMC)

JOSEPH R. BIDEN *et al.*,

Defendants.

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants respectfully file this motion for permission to exceed the page limit set by Local Civil Rule 7(e) for their Reply in Support of Defendants' Motion to Dismiss. Specifically, Defendants seek to file a reply brief that exceeds the 25-page limit by eight additional pages. Pursuant to Local Civil Rule 7(m), the undersigned contacted counsel for Plaintiffs, who stated that Plaintiffs do not oppose this motion to exceed the page limit.

Defendants seek these additional pages to ensure complete briefing of the six administrative and constitutional claims asserted in Plaintiffs' approximately 90-page putative class action Complaint that are the subject of Defendants' Motion to Dismiss, as well as threshold issues of individual and organizational standing and the ability to sue the President of the United States of America for alleged actions of the Executive Branch. A modest enlargement of the page limit is also intended to provide the Court with a sufficient response to Plaintiffs' 45-page Opposition. For these reasons, Defendants respectfully submit that there is good cause to exceed the page limit.

Dated:  September 2, 2022            Respectfully submitted,

                             MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
DIANA V. VALDIVIA, DC Bar #1006628
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533; (202) 252-2545
sean.tepe@usdoj.gov
diana.valdivia@usdoj.go

- 2 -