UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (JMC) |

## **Proposed Order**

Upon consideration of Defendants' Unopposed Motion for Leave to Exceed Page Limit and finding good cause therefore, it is ORDERED that the Defendants may exceed the page limit set forth in Local Civil Rule 7(e) by eight additional pages for their Reply in Support of Motion to Dismiss.

_____            _____
DATE                                UNITED STATES DISTRICT COURT JUDGE