## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, <br><br> MIRARD JOSEPH AND MADELEINE PROSPERE, <br><br> MAYCO CELON AND VERONIQUE CASSONELL, <br><br> WILSON DOE, <br><br> JACQUES DOE, <br><br> ESTHER AND EMMANUEL DOE, <br><br> SAMUEL AND SAMENTHA DOE, <br><br> and <br><br> PAUL DOE <br><br>                Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES OF AMERICA, <br><br> ALEJANDRO N. MAYORKAS, SECRETARY OF HOMELAND SECURITY, <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> CHRIS MAGNUS, COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION, <br><br> WILLIAM A. FERRARA, EXECUTIVE ASSISTANT COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION'S OFFICE OF FIELD OPERATIONS, <br><br> RAUL L. ORTIZ, CHIEF OF U.S. BORDER PROTECTION, | Civil Action No. 1:21-cv-03317 |

U.S. CUSTOMS AND BORDER PROTECTION,

TAE D. JOHNSON, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

XAVIER BECERRA, SECRETARY OF HEALTH AND HUMAN SERVICES,

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,

ROCHELLE P. WALENSKY, DIRECTOR OF CENTERS FOR DISEASE CONTROL AND PREVENTION,

and

CENTERS FOR DISEASE CONTROL AND PREVENTION,

Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE* OF NICOLE MAILE PHILLIPS

Pursuant to Local Civil Rule 83.2(c), Jane P. Bentrott, a member of the bar of this Court and counsel for Plaintiffs, hereby moves for the admission *pro hac vice* of Nicole Maile Phillips in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Nicole Maile Phillips is the Legal Director of Haitian Bridge Alliance, a 501(c)(3) non-profit organization incorporated in California with a business address of 4265 Fairmount Avenue #280, San Diego, California 92105. As set forth in the attached declaration, Ms. Phillips is an active member in good standing of the California Bar.

3. Ms. Phillips has not been disciplined by any bar.

4. Ms. Phillips has not been admitted *pro hac vice* in this Court within the last two years.

5. Ms. Phillips is representing Plaintiffs in this case without compensation from Plaintiffs.

6. Pursuant to Local Civil Rule 83.2(c), Ms. Phillips wishes to be admitted for purposes of this case.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Nicole Maile Phillips to appear *pro hac vice* in the above-captioned case.

Date:  October 19, 2022

_/s/ Jane P. Bentrott_____
Jane P. Bentrott
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323-504-3165
jane.bentrott@justiceactioncenter.org

*Attorney for Plaintiffs*