IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE,<br><br>MIRARD JOSEPH AND MADELEINE PROSPERE,<br><br>MAYCO CELON AND VERONIQUE CASSONELL,<br><br>WILSON DOE,<br><br>JACQUES DOE,<br><br>ESTHER AND EMMANUEL DOE,<br><br>SAMUEL AND SAMENTHA DOE,<br><br>and<br><br>PAUL DOE<br><br>                    Plaintiffs,<br><br> v.<br><br>JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>ALEJANDRO N. MAYORKAS, SECRETARY OF HOMELAND SECURITY,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>CHRIS MAGNUS, COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION,<br><br>WILLIAM A. FERRARA, EXECUTIVE ASSISTANT COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION'S OFFICE OF FIELD OPERATIONS,<br><br>RAUL L. ORTIZ, CHIEF OF U.S. CUSTOMS AND BORDER PROTECTION, | Civil Action No. 1:21-cv-03317 |

| |
|---|
| U.S. CUSTOMS AND BORDER PROTECTION, |
| TAE D. JOHNSON, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, |
| XAVIER BECERRA, SECRETARY OF HEALTH AND HUMAN SERVICES, |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, |
| ROCHELLE P. WALENSKY, DIRECTOR OF CENTERS FOR DISEASE CONTROL AND PREVENTION, |
| and |
| CENTERS FOR DISEASE CONTROL AND PREVENTION, |
| Defendants. |

## DECLARATION OF NICOLE MAILE PHILLIPS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Nicole Maile Phillips, declare under penalty of perjury as follows:

1. I submit this Declaration in support of Jane P. Bentrott's Motion for my admission *pro hac vice* to serve as counsel in the above-captioned matter on behalf of Haitian Bridge Alliance.

2. I am over 18 years of age and competent to testify as to the matters stated herein.

3. I am the Legal Director at Haitian Bridge Alliance, a 501(c)(3) non-profit organization incorporated in California with a business address of 4265 Fairmount Avenue #280, San Diego, California 92105. I am a member in good standing with

the California Bar and am admitted to practice law in California and the United States District Court for the Northern, Central, Eastern, and Southern Districts of California, and the Ninth Circuit Court of Appeals. My telephone number is (949) 603-5751.

4. I represent Plaintiffs Haitian Bridge Alliance; Mirard Joseph and Madeleine Prospere; Mayco Celon and Veronique Cassonell; Wilson Doe; Jacques Doe; Esther and Emmanuel Doe; Samuel and Samentha Doe; and Paul Doe in this matter without compensation.

5. I have not been disciplined by any bar, and I have not been admitted *pro hac vice* in this Court within the last two years.

6. I certify that I have reviewed and am familiar with the Local Rules of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Date:   October 17, 2022

Nicole Maile Phillips
**HAITIAN BRIDGE ALLIANCE**
4265 Fairmount Avenue #280
San Diego, California 92105
Telephone: (949) 603-5751
nphillips@haitianbridge.org

*Attorney for Plaintiffs*



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

September 21, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, NICOLE MAILE PHILLIPS, #203786 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 1999 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records