IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE,<br><br>MIRARD JOSEPH AND MADELEINE PROSPERE,<br><br>MAYCO CELON AND VERONIQUE CASSONELL,<br><br>WILSON DOE,<br><br>JACQUES DOE,<br><br>ESTHER AND EMMANUEL DOE,<br><br>SAMUEL AND SAMENTHA DOE,<br><br>and<br><br>PAUL DOE<br><br>              Plaintiffs,<br><br> v.<br><br>JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>ALEJANDRO N. MAYORKAS, SECRETARY OF HOMELAND SECURITY,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>CHRIS MAGNUS, COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTION,<br><br>WILLIAM A. FERRARA, EXECUTIVE ASSISTANT COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION'S OFFICE OF FIELD OPERATIONS,<br><br>RAUL L. ORTIZ, CHIEF OF U.S. CUSTOMS AND BORDER PROTECTION,<br><br>U.S. CUSTOMS AND BORDER PROTECTION, | Civil Action No. 1:21-cv-03317 |

| |
|---|
| TAE D. JOHNSON, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> XAVIER BECERRA, SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> ROCHELLE P. WALENSKY, DIRECTOR OF CENTERS FOR DISEASE CONTROL AND PREVENTION, <br><br> and <br><br> CENTERS FOR DISEASE CONTROL AND PREVENTION, <br><br>                              Defendants. |

## [PROPOSED] ORDER

Upon consideration of Petitioner's Motion for Admission *Pro Hac Vice* of Nicole Maile Phillips, it is hereby ORDERED that the Motion is GRANTED. Nicole Maile Phillips is admitted *pro hac vice* and may appear on behalf of Plaintiffs in the above-captioned case.

Dated: _____    _____
                                    Hon. Jia M. Cobb
                                    United States District Judge