IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-03317(JMC) |

## NOTICE OF CORRECTED MEMORANDUM AND EXHIBITS

Plaintiffs recently discovered that, due to a clerical error, two of the declarations filed with their Motion for Leave to Proceed Using Pseudonyms had their pseudonyms switched in both the titles and the texts of the declarations. Specifically, the pseudonymous names of Paul and Jacques Doe were switched with each other in the titles and in the text of their declarations, *see* Dkt. Entries 8-6 and 8-5, and that labeling error was perpetuated in citations to the declarations on three pages of the associated Memorandum of Law, *see* Dkt. Entry 8-1 at 3 n.3, 4 n.5, and 7. The pseudonym for Jacques Doe was also erroneously spelled as "Jaques Doe" in Dkt. Entry 8-5. These errors do not substantively affect the declarations nor the Memorandum, and Plaintiffs believe that the errors are immaterial to the merits of Plaintiffs' motion. Nonetheless, to correct the record and avoid any potential future confusion, Plaintiffs are hereby providing a redlined version of the Memorandum of Law as Exhibit A; a clean, corrected version of the Memorandum of Law as Exhibit B (to take the place of Dkt. Entry 8-1); a redlined version of the Declaration of Paul Doe as Exhibit C; a clean, corrected version of the Declaration of Paul Doe as Exhibit D (to take the place of Dkt. Entry 8-5, which was entitled the Declaration of Jaques Doe); a redlined version of the Declaration of Jacques Doe as Exhibit E; and a clean,

corrected version of the Declaration of Jacques Doe as Exhibit F (to take the place of Dkt. Entry 8-6, which was entitled the Declaration of Paul Doe).

Plaintiffs deeply regret their error and apologize to the Court and to Defendants for any inconvenience.

DATED: January 31, 2023                              Respectfully submitted,

                                                     /s/ Esther H. Sung

**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503-882-0281

**Nicole Phillips** (*pro hac vice*)
nphillips@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Lauren M. Wilfong** (NJ0014)*
lauren.wilfong@justiceactioncenter.org
**Jane Bentrott** (DC Bar No. 1029681)
jane.bentrott@justiceactioncenter.org
**Karen C. Tumlin** (CA00129*)*
karen.tumlin@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276
*Not admitted to practice law in California*

**Stanley Young** (CA00146)
syoung@cov.com
**Matthew E. Delgado** (CA Bar No. 306999) (*pro hac vice*)
mdelgado@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788