# EXHIBIT D

## DECLARATION OF PAUL DOE

I, PAUL DOE, upon my personal knowledge, hereby declare as follows:

1. I am a Haitian national. I was born in Fort-Liberté, Haiti. I am 23 years old.

2. I am currently in Torreon, Mexico.

3. I fled Haiti in 2017 in fear for my life. Unfortunately, my uncle owed money to a gang affiliated with the dominant political party in Haiti, and when he could not pay them, they killed him. Then they started pressuring me to work for them because of the money my uncle had owed. They began threatening me and my family if I did not work for them. Ultimately my aunt and I agreed that unless I left the country, I would probably end up dead. I fled because I had two choices: to join the gang, or die.

4. I escaped to Chile and then made my way through many other countries to come to the United States. It was, and remains, my hope that the United States will grant me asylum so that I can live in a place where I am safe from the gang that targets me; where I won't have to worry constantly about whether my family or I might be attacked.

5. I came to Del Rio, Texas, around Friday, September 17, 2021. A U.S. officer gave me a ticket with a number on it and told me to wait under the bridge for my number to be called. Other people under the bridge who had also received tickets explained to me that when officers called the number on my ticket, I would need to show up and identify myself to officials, and I would be taken to a detention center.

6. I stayed in the encampment under the Del Rio bridge for approximately seven days while waiting for my number to be called. The living conditions in the encampment were some of the hardest I have ever endured. People had to sleep on the bare ground, with dust everywhere. The U.S. officials in charge of the encampment did not provide enough food for people to survive on, usually only a bottle of water and tortilla once per day. Starting around the fifth day they also gave us rice and beans once a

day and sometimes a box of juice. Oftentimes the water was undrinkable because it had been left sitting out in the blazing sun and was too hot to drink.

7.      Even though there was not enough food and water to go around in the camp, the officials surrounding the encampment were very strict about who would be allowed in and out of the camp. The only place you could get more food was on the Mexico side of the border, and only then if U.S. officials in the camp allowed you to leave. Otherwise, the only food people in the encampment ever got was what the U.S. officials handed out, which was not enough for anyone to live on. Everyone I saw in the camp was starving.

8.      The food that I did get in the camp caused my stomach to bloat and gave me diarrhea, so I sought medical care in the camp and was given a pill to take. The person who gave me the pill did not explain what it was or what it would do. Although I took the pill, it had no effect, and eventually I learned that the U.S. officials were giving the same pill to everyone, regardless of the symptoms they were describing. Even though I continued to feel ill, I did not attempt to go back to the officials to seek further medical attention, because they were treating everyone the same and giving them the same pill.

9.      Eventually I became so hungry that I asked for permission to cross the river and go get food on the Mexican side of the river. I also hoped to get medicine for the baby of a family I had befriended in the Encampment who was very sick. When I came back to the river with food, however, I saw officers beating up people who were trying to come back into the United States. They said: "No, you aren't allowed to come back." Some people who were trying to carry food back to the encampment fell into the water because the officers were hitting them and pushing people away from the U.S. side of the border.

10.     There was a rope strung across the river to help people cross safely. But when I tried to use this rope to return to the U.S. side of the river, the officers on the U.S. side cut the rope so that no one could continue through the river's current to get to the

other side. I was forced to walk and swim downstream to cross the river at a shallower point and eventually did make it back to the Del Rio bridge.

11. While I was in the encampment, however, I started seeing people being taken away on buses and heard they were being deported. For the first several days the officials had called people one by one by their numbers, but then on the fourth or fifth day they started taking everyone, saying *you have to go, you can't stay here*. Many people did not want to leave the encampment because they feared they would be deported, but the officials forced them to get on buses anyway.

12. I knew that if I were to be sent back to Haiti, I was a dead man. I did not want to be forced onto a bus and deported, because I knew the gang would kill me if I showed my face in Haiti again. I had no choice but to go back to Mexico and wait there for a better opportunity to come to the United States. I feel like U.S. officials pushed me and many other Haitians out of the country through the way they treated us in their encampment.

13. Surviving in Mexico is very hard. I tried to rent a room and was turned down by probably ten people advertising rooms for rent before I found someone willing to rent to me. I have also had trouble finding work. I applied to approximately six workplaces that advertised they were hiring, but when I applied, they told me they no longer hiring. I have also been stopped by the police multiple times. They question me about who I am and where I am going. I now avoid going out as much as possible, but I don't know how I can survive if I can't find a job to earn some money.

14. What troubles me most about my experience in trying to seek asylum in Del Rio is that a country I have dreamed about since I was a child has absolutely humiliated me and so many other Haitians. I feel like President Biden has abandoned me and all the other Haitian people who have come to the United States to seek asylum. By deporting so many Haitians back to Haiti, President Biden has condemned them to death.

I want to participate in this lawsuit because if there is any justice in the United States, what happened to me and other people in Del Rio should never happen again.

15. I would like to participate in this lawsuit without revealing my name. I fear that the fact that I would like to seek asylum in the United States could get out to people in Haiti, especially the gang members who threatened my life, and they will find ways to harm my family to retaliate against me for trying to escape their reach.

16. My family in Haiti is still at risk by gangs. The problem with these gangs is that they are really powerful. They will never go to jail. They are heavily armed with heavy guns, but also a lot of them work for politicians, so they never face any consequences. They are extremely powerful and are not afraid to kill people. The gangs have become a lot more powerful, and they strongly oppose us disobeying their power by seeking asylum in the United States.  I definitely don't want to risk that my family might suffer from retaliation back at home in Haiti due to my participation in this lawsuit.

17. I want to speak freely in this lawsuit about what happened to me, and I want to advocate for myself and others who were also abandoned by the U.S. government, but I am afraid for myself and my family if my name was publicly associated with this lawsuit.

18. For these reasons, I respectfully ask the court to allow me to proceed as a plaintiff in this lawsuit under a pseudonym, to protect myself and my family.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed at Torreon, Mexico on December 14, 2021.



PAUL DOE

## CERTIFICATION OF INTERPRETATION

I, Lauren Michel Wilfong, declare that on December 14, 2021, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Kreyol for the declarant through telephonic interpretation facilitated by a professional interpreter fluent in English and Haitian Kreyol and employed by Rapid Crisis Translation. Before beginning the interpretation, I confirmed that the declarant was able to understand the interpreter. After I finished reading the foregoing declaration via the interpreter, the declarant verified that the contents of the declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2021 at North Bergen, New Jersey.

_____
Lauren Michel Wilfong