# EXHIBIT F

## **DECLARATION OF JACQUES DOE**

I, JACQUES DOE, upon my personal knowledge, hereby declare as follows:

1. I am a 25-year old Haitian national. I was born in Gonaives, Haiti.

2. I am currently in hiding in a town on the northern coast of Haiti, in fear for my life.

3. I fled Haiti in 2019 because a gang threatened my life after I called the police on them. The gang had been pressuring me to join them, but I refused. When I called the police, they arrested several gang members, but a neighbor told the gang what I had done and the gang started following me and threatening my life. I even moved out of the city, into the countryside, but they followed me and the death threats continued. I was a student in a trade school and was working in construction, but I was living in constant fear for my life, so finally I fled to Brazil.

4. Life in Brazil was difficult. In the summer of 2021, I finally decided to travel to the United States and seek asylum there. I dreamed of a place where I would be safe and could build a new life. The journey to the U.S./Mexico border was really difficult. At some points I walked 40 miles a day, wading through rivers and trying to avoid bandits. It was a painful trip.

5. I came to Del Rio, Texas in September 2021. A U.S. officer gave me a ticket with a number on it. I had to ask other people under the bridge to explain the ticket. They told me that when they called the number, I would need to show up and identify myself to officials, and that we would get transported from there to a prison. I thought that after being taken to prison, I would be able to ask for a lawyer and get an interview with an immigration official, and that during the interview the official would ask me why I left Haiti and decide whether I can stay in the United States or not.

6. I stayed in the encampment under the Del Rio bridge for approximately one week while I waited for the number on my card to be called. While I remained in the camp, people had no choice but to sleep on the bare ground in the dust. The portable

toilets were very dirty and some people bathed in the river because there was no other option, but the water gave a lot of people infections. A lot of people got sick in the camp. People had flu symptoms and were coughing.

7. There was not enough food or water for the people there. I was already weak from my long journey to arrive at the border and I believe many others were in the same situation. In the encampment they gave me two small sandwiches and two small bottles of water, for the whole day. We were starving there. The bottles of water that the U.S. officials distributed were left out in the hot sun, so that when U.S. officials handed out the bottles, the water was so hot that it burned my mouth. But I had to drink it because there was no other water.

8. Even though people were starving and dehydrated in the hot sun, the officials surrounding the encampment would not allow us to go buy food anywhere else. They were very strict about who would be allowed in and out of the camp. Most people were not allowed to leave at all, not even to buy food. People were forced to cross the river to get food on the Mexican side of the border whenever U.S. officials in the camp allowed them to leave, because there wasn't enough food in the camp, and there was nowhere on the U.S. side of the border to buy food.

9. Even though my hunger and thirst were incredible, I did not try to cross the river because the U.S. officials were not allowing it. I was also afraid of being detained by Mexican police if I did succeed in crossing, and I saw how dangerous it was to cross the river. One day, for example, while I was on the bank of the river I witnessed someone almost die when the water rose—thankfully another person in the water who was a strong swimmer rescued them.

10. The officials would call ticket numbers at all times of the day and night, so I could never really sleep in case I missed my number. After about one week my number was finally called. It was called in the middle of the night. I had to wait about an hour and a half before they put me on a bus and took me to a detention center. I was so relieved to

finally have my number called because I thought we were finally getting our chance to apply for asylum. Instead, I was sent to two different detention centers, where I remained for approximately seven days—it was hard to tell, because I was always kept indoors and never saw the sun.

11. In the first detention center, I was given a small bottle of water and sandwich and placed in a cell with 20 other people. I think I was in the first detention center for around three days; then I was taken to another detention center.

12. I think I was in the second detention center for about four days. I was put in a cell with about 30 other people. We did not even have mattresses to sleep on; we had to sleep on the floor. There was nowhere to bathe, shower, or brush our teeth. I had to wear the same clothes the whole time I was there. They gave us around two small pieces of bread and two small water bottles each day, so we were constantly hungry and weak. Sometimes they would also give us an apple.

13. After about four days in the second detention center, I was put on a bus with other Haitians. We kept asking the officials where they were taking us, and whether we were being deported. They told us we weren't being deported. In fact, when one person complained about how cold it was on the bus and asked the officials to turn the AC down, an official said, where you're going is even colder, so we thought there was no way it could be Haiti, because Haiti is always hot.

14. When we got on the airplane, they put us all in chains. We were handcuffed and chained across our hands, ankles, and even our thighs. We were chained almost everywhere on our bodies. It was a terrible feeling to be chained up like that, unable to move. I couldn't understand why they would do that to us, it felt like a punishment. It was absolutely terrible; I couldn't do anything. The situation made me cry.

15. At no point before getting on the plane did I have an opportunity to explain that I wished to seek asylum in the United States and that my life would be in

danger if I were returned to Haiti. The officials in the camp and detention centers wanted nothing to do with us. No one ever asked me whether I was afraid to return to Haiti.

16. When I realized we were being deported, I told the officials on the plane that I could not return to Haiti because I faced danger there. They told me they had nothing to do with that decision, that there are too many Haitians, and so they have to send us back to Haiti. When I landed in Haiti, I was terrified that the gang would find out I was back and carry out their death threats. I went immediately into hiding, where I have been ever since. I got very sick with a bad flu soon after arriving back in Haiti, but I knew being sick was better than coming out from hiding to see a doctor.

17. I would like to participate in this lawsuit without revealing my name. I am currently in hiding in Haiti, and I fear that the fact that I would like to seek asylum in the United States could get out to people in Haiti, especially the gang members who have issued death threats against me, and they would find ways to locate me and retaliate against me for trying to escape their reach. I want to speak freely and truthfully about what happened to me, without putting myself in further danger while I am living in hiding from my persecutors. I want to participate in this lawsuit and be an advocate for myself and others who are similarly situated. But if people in Haiti know that I wish to seek asylum in the United States, that I am a plaintiff in a lawsuit against the U.S. federal government, and that I am back in Haiti after being expelled from the United States, I believe my life will be in danger.

18. For these reasons, I respectfully ask the court to allow me to proceed as a plaintiff in this lawsuit under a pseudonym, to protect myself and my family.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed in Haiti on December 13, 2021.



JACQUES DOE

<u>CERTIFICATION OF INTERPRETATION</u>

I, Trillium Chang, declare that on December 13, 2021, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Kreyol for the declarant through telephonic interpretation facilitated by a professional interpreter fluent in English and Haitian Kreyol and employed by Rapid Crisis Translation. Before beginning the interpretation, I confirmed that the declarant was able to understand the interpreter. After I finished reading the foregoing declaration via the interpreter, the declarant verified that the contents of the declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16 at Island of Hawai'i, Hawaii.

*[signature]*

_____

Trillium Chang

-1-   Case No. 1:21-cv-3317
CERTIFICATON OF INTERPRETATION - JACQUES DOE