AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Haitian Bridge Alliance, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-3317 |
| Biden, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, Mayco Celon, et al.

Date: 05/25/2023

*Maura A. Sokol*
*Attorney's signature*

Maura A. Sokol (DC Bar No. 1672674)
*Printed name and bar number*

Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
*Address*

msokol@cov.com
*E-mail address*

202-662-5528
*Telephone number*

*FAX number*