IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et al.*, <br> *Defendants*. | Civil Action No. 1:21-cv-03317 |

**NOTICE OF WITHDRAWAL OF ATTORNEY MATTHEW ERIK DELGADO**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Matthew Erik Delgado hereby withdraws his appearance in the above-captioned matters as counsel of record on behalf of all Plaintiffs, Haitian Bridge Alliance, Mirard Joseph, Madeline Prospere, Mayco Celon, Veronique Cassonell, Wilson Doe, Jacques Doe, Esther Doe, Emmanuel Doe, Samuel Doe, Samentha Doe, and Paul Doe. All other counsel at Covington & Burling LLP, Innovation Law Lab, Justice Action Center, and Hatian Bridge Alliance, who have appeared in this matter shall remain as counsel of record for Plaintiffs.

DATED: June 14, 2023               Respectfully submitted,

*/s/  Alexander L. Schultz*

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Matthew E. Delgado** (CA Bar No. 306999)
(*pro hac vice*)
mdelgado@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

*Counsel for Plaintiffs*

2