## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,
        *Plaintiffs*,

v.

JOSEPH R. BIDEN, President of the United States, *et al.*,
        *Defendants*.

Civil Action No. 1:21-cv-03317 (JMC)

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

Upon consideration of the parties' submissions and applicable law, the Court hereby GRANTS Plaintiffs' Motion for Leave to File a Supplemental Complaint.

It is so ordered.

Signed this ___ day of _____, 2023

_____
HONORABLE JIA M. COBB
UNITED STATES DISTRICT COURT JUDGE