UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN *et al.*,<br><br>Defendants. | Civil Action No. 21-3317 (JMC) |

## JOINT MOTION TO SET BRIEFING SCHEDULE

Plaintiffs and Defendants, by and through undersigned counsel, hereby move to set a briefing schedule regarding Plaintiffs' response to the Court's Order to Show Cause and their Motion for Leave to File a Supplemental Complaint, and state as follows.

1. On May 12, 2023, the Court ordered Plaintiffs to show cause why "the case is not moot" subsequent to the expiration of the "Title 42 policy" on May 11, 2023. *See* May 12, 2023, Minute Order. Plaintiffs' current deadline to respond to the Order is June 16, 2023. *See* June 6, 2023, Minute Order.

2. In addition to responding to the Order, Plaintiffs also intend to file on June 16, 2023, a motion for leave to file a supplemental complaint.

3. Defendants oppose Plaintiff's motion for leave to file a supplemental complaint and also move this Court for an opportunity to respond to Plaintiffs' Order to Show Cause response. Plaintiffs do not oppose Defendants' request for leave to file a response to Plaintiffs' Show Cause Order response on the condition that Plaintiffs may a file a reply to Defendants' response.

4. Pursuant to Local Civil Rule 7(m), the Parties met and conferred on June 15 regarding the foregoing submissions of Plaintiffs and Defendants' planned responses. The Parties

believe that briefing will assist the Court in considering the issues raised by both the Order to Show Cause and Plaintiff's motion for leave to file a supplemental complaint. Therefore, the Parties jointly move for leave to file the following briefs according to the suggested briefing schedule:

    a. Defendants may file a combined response to: [1] Plaintiffs' Order to Show Cause response; and [2] Plaintiffs' motion for leave to file a supplemental complaint by July 7, 2023; and

    b. Plaintiffs may file a combined reply in further support of their: [1] Order to Show Cause response; and [2] motion for leave to file a supplemental complaint by July 28.

5. A proposed order is enclosed.

Dated: June 16, 2023                Respectfully submitted,

MATTHEW M. GRAVES, DC Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
DIANA V. VALDIVIA, DC Bar #1006628
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2533; (202) 252-2545
sean.tepe@usdoj.gov
diana.valdivia@usdoj.gov

*Counsel for the United States of America*

<div style="column-count:2">

**Stanley Young** (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Maura A. Soko**l (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

/s/ *Tess Hellgren*
Tess Hellgren
**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

**Nicole Phillips** (*pro hac vice*)
nphillips@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Lauren M. Wilfong** (NJ0014)*
lauren.wilfong@justiceactioncenter.org
**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Jane Bentrott** (DC Bar No. 1029681)
jane.bentrott@justiceactioncenter.org
**Karen C. Tumlin** (CA00129*)*
karen.tumlin@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

*\*Not admitted to practice law in California*

*Counsel for Plaintiffs*

</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (JMC) |

**Proposed Order**

Upon consideration of the Joint Motion to Set Briefing Schedule and finding good cause therefore, it is ORDERED that:

1. Defendants may file a combined response to Plaintiff's Order to Show Cause response and Plaintiffs' motion for leave to file a supplemental complaint by July 7, 2023; and

2. Plaintiffs may file a combined reply in further support of their Order to Show Cause response and motion for leave to file a supplemental complaint by July 28.

DATE

UNITED STATES DISTRICT COURT JUDGE