IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,
        *Plaintiffs*,

v.

JOSEPH R. BIDEN, President of the United States, *et al.*,

        *Defendants*.

### NOTICE OF WITHDRAWAL OF ATTORNEY LAUREN MICHEL WILFONG TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that attorney Lauren Michel Wilfong hereby withdraws their appearance in the above-captioned matters as counsel of record on behalf of all Plaintiffs, Haitian Bridge Alliance, Mirard Joseph, Madeline Prospere, Mayco Celon, Veronique Cassonell, Wilson Doe, Jacques Doe, Esther Doe, Emmanuel Doe, Samuel Doe, Samentha Doe, and Paul Doe. All other counsel at Justice Action Center, Covington & Burling LLP, Innovation Law Lab, and Haitian Bridge Alliance, who have appeared in this matter shall remain as counsel of record for Plaintiffs.

DATED: August 29, 2023        Respectfully submitted,

                 */s/ Lauren Michel Wilfong*
                 Lauren Michel Wilfong*
                 lauren.wilfong@justiceactioncenter.org
                 Telephone: (323) 536-3850
                 Facsimile: (323) 450-7276
                 **JUSTICE ACTION CENTER**
                 P.O. Box 27280
                 Los Angeles, CA 90027
                 * *Not admitted to practice law in California*

                 *Counsel for Plaintiffs*