UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, <br>President of the Unites States, *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (JMC) |

## **<u>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendants, by and through undersigned counsel, hereby provide notice to the Court that the Court of Appeals for the District of Columbia Circuit issued the attached per curium Order in *Huisha-Huisha v. Mayorkas*, No. 22-5325 (D.C. Cir.) on September 7, 2023.  This Order is in response to the Supreme Court's judgment in *Arizona v. Mayorkas*, 143 S. Ct. 1312 (2023), and the Government's motion in *Huisha-Huisha* to vacate the district court's judgment and remand with instruction to dismiss the case as moot.  *See Huisha-Huisha v. Mayorkas*, No. 22-5325, Mot. to Vacate (June 16, 2023).  Both were referenced in Defendants' Combined Response to Plaintiffs' Response to the Court's Order to Show Cause and Opposition to Plaintiffs' Motion for Leave to File Supplemental Complaint.  *See* ECF No. 58 at 4.  Defendants submit that the enclosed Order is further authority in support of Defendants' position that the instant case is moot.

*      *      *

Dated:  September 8, 2023                    Respectfully submitted,

                                             MATTHEW M. GRAVES, D.C. Bar. #481052
                                             United States Attorney

                                             BRIAN P. HUDAK
                                             Chief, Civil Division

                             By:      /s/ Sean M. Tepe
                                      SEAN M. TEPE, DC Bar #1001323
                                      DIANA V. VALDIVIA, DC Bar #1006628
                                      Assistant United States Attorneys
                                      601 D Street, N.W.
                                      Washington, D.C. 20530
                                      Phone: (202) 252-2533; (202) 252-2545
                                      sean.tepe@usdoj.gov
                                      diana.valdivia@usdoj.gov

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5325**                              **September Term, 2023**

**1:21-cv-00100-EGS**

**Filed On:** September 7, 2023

Nancy Gimena Huisha-Huisha, and her minor
child, et al.,

        Appellees

      v.

Alejandro N. Mayorkas, Secretary of
Homeland Security, in his official capacity, et
al.,

        Appellants


**BEFORE:**    Henderson, Childs, and Pan, Circuit Judges


# O R D E R

Upon consideration of the Supreme Court's judgment filed June 20, 2023, vacating this court's order filed December 16, 2022, and remanding with instructions to dismiss as moot the motion for leave to intervene filed December 9, 2022; and the motion to vacate the district court's judgment and remand with instructions to dismiss as moot, the opposition thereto, and the reply, it is

**ORDERED** that the motion for leave to intervene filed December 9, 2022, be dismissed as moot.  It is

**FURTHER ORDERED** that the motion to vacate the district court's judgment and remand with instructions to dismiss as moot be granted.  The district court's order entered on November 15, 2022, is hereby vacated, <u>see, e.g.,</u> <u>Louisiana v. CDC</u>, No. 22-30303, unpublished order at 2 (5th Cir. June 13, 2023); <u>Spell v. Edwards</u>, 962 F.3d 175, 179-80 (5th Cir. 2020), and the case remanded with instructions to dismiss the case as moot.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 22-5325**                              **September Term, 2023**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**