IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:21-cv-03317 (JMC) |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs, by and through undersigned counsel, hereby respond to Defendants' Notice of Supplemental Authority filed in the above-captioned action on September 8, 2023 (Dkt. 61). Plaintiffs respectfully refer the Court to Plaintiffs' Combined Reply to Defendants' Combined Response (Dkt. 59) ("Pls.' Combined Reply") filed on July 28, 2023, which distinguishes both *Huisha-Huisha v. Mayorkas*, 560 F. Supp. 3d 146 (D.D.C. 2021), and *Louisiana v. CDC*, 603 F. Supp. 3d 406 (W.D. La. 2022). *See* Pls.' Combined Reply 5–6 (noting that both cases sought forward-looking injunctions and "were *not* seeking to remediate the consequences of past transactions" as Plaintiffs do here (internal quotations omitted)). Plaintiffs' Combined Reply also distinguishes *Arizona v. Mayorkas*, 143 S. Ct. 1312 (2023), a decision that addressed only the mootness of a motion to intervene. *See* Pls.' Combined Reply 6. Defendants' Notice of Supplemental Authority also attaches an order citing *Spell v. Edwards*, 962 F.3d 175 (5th Cir. 2020), yet another inapposite case that involved a forward-looking injunction of an already expired policy, *id.* at 179, rather than (as here) an injunction to remedy the ongoing, adverse *effects* of

- 1 -

- 2 -

defendants' past unlawful behavior.  *See* Pls.' Combined Reply 22–24; *see also* Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. 38) (filed July 15, 2022) at 9–10.

Plaintiffs here seek more than just an order stating that Defendants' past conduct was unlawful or preventing Defendants from re-implementing an expired policy; Plaintiffs also seek mandatory injunctive relief to remedy the ongoing harms of Defendants' conduct, including an order granting Plaintiffs access to asylum and requiring Defendants to facilitate the return of Plaintiffs who remain outside the United States.  *See* Complaint (Dkt. 1) (prayer) 84 ¶¶ h, i.  In short, none of the cases invoked by Defendants' Notice of Supplemental Authority support a finding that the instant case is moot.

DATED: September 15, 2023                    Respectfully submitted,

/s/ *Alexander L. Schultz*
Alexander L. Schultz

**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503-882-0281

**Nicole Phillips** (*pro hac vice*)
nphillips@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Jane Bentrott** (DC Bar No. 1029681)
jane.bentrott@justiceactioncenter.org
**Karen C. Tumlin** (CA00129*)
karen.tumlin@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

*\*Not admitted to practice law in California*

**Stanley Young** (CA00146)
syoung@cov.com
mdelgado@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Maura A. Soko**l (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

*Counsel for Plaintiffs*