IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>        *Defendants*. | Civil Action No. 1:21-cv-03317 (JMC) |

## PROOF OF SERVICE

I, Tess Hellgren, counsel of record for Plaintiffs Haitian Bridge Alliance *et al.*, hereby certify that on September 20, 2023, I served a copy of the Notice of Corrected Declaration of Karen C. Tumlin and accompanying exhibits (filed under seal on September 19, 2023) via email on counsel for Defendants Joseph R. Biden *et al.*. Defendants' counsel consented to service by such electronic means pursuant to Fed. R. Civ. P. 5(b)(2)(E).

1

DATED: September 25, 2023               Respectfully submitted,

/s/ *Tess Hellgren*
Tess Hellgren

**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503-882-0281

*Counsel for Plaintiffs*