IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,
        *Plaintiffs*,

v.

JOSEPH R. BIDEN, President of the United States, *et al.*,
        *Defendants*.

Civil Action No. 1:21-cv-03317 (JMC)

**PLAINTIFFS' NOTICE REGARDING PLAINTIFF STATUS**

Plaintiffs, by and through undersigned counsel, hereby submit this notice regarding the status of the named Plaintiffs in this case. In briefing currently pending before this Court, Plaintiffs stated that three Individual Plaintiffs remained outside the United States. *See* Plaintiffs' Motion for Leave to File a Supplemental Complaint at 6 (Dkt. 55) (June 16, 2023); Plaintiffs' Response to the Court's May 12, 2023 Order to Show Cause at 3 (Dkt. 56) (June 16, 2023); Plaintiffs' Combined Reply to Defendants' Combined Response at 22 (Dkt. 59) (July 28, 2023). As of October 27, 2023, all named Plaintiffs, including Mirard Joseph, Madeleine Prospere, and Jacques Doe, are now present inside the United States. Plaintiffs maintain that, for the reasons outlined in the above-cited briefing, the Court should still find that this case is not moot and grant Plaintiffs leave to file a Supplemental Complaint (to be further revised and/or amended to take into account the updated facts stated above and possibly to add as plaintiffs additional class members who are still located outside the United States).

- 2 -

DATED: November 13, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Alexander L. Schultz*
　　　　　　　　　　　　　　　　　　　　　　Alexander L. Schultz

**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503-882-0281

**Nicole Phillips** (*pro hac vice*)
nphillips@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Jane Bentrott** (DC Bar No. 1029681)
jane.bentrott@justiceactioncenter.org
**Karen C. Tumlin** (CA00129*)
karen.tumlin@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

**Stanley Young** (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Maura A. Sokol** (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

*Not admitted to practice law in California　　　　*Counsel for Plaintiffs*