**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HAITIAN BRIDGE ALLIANCE, *et al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>          *Defendants*. | Civil Action No. 1:21-cv-03317 (JMC) |

**PLAINTIFFS' NOTICE REGARDING INTENTION TO ADD
ADDITIONAL PLAINTIFFS AND TO UPDATE NAMED DEFENDANTS**

Plaintiffs, by and through undersigned counsel, hereby submit this Notice regarding intended updates to the named Plaintiffs and Defendants.  In briefing currently pending before this Court, Plaintiffs have requested leave to file a Supplemental Complaint. Dkt. 55 (June 16, 2023). Plaintiffs previously notified the Court and Defendants that all current named Plaintiffs are now located in the United States and that they might request leave to amend their proposed Supplemental Complaint to add as named plaintiffs one or more additional members of the proposed class who remain outside the United States.  Dkt. 65 (November 13, 2023).

Plaintiffs now provide notice that they plan to seek leave to add additional plaintiffs who remain outside of the United States and to add allegations relevant to each additional plaintiff to the proposed Supplemental Complaint.

Plaintiffs will also seek to substitute Defendants sued in their official capacities who have been replaced in their posts since the original Complaint was filed.  Plaintiffs will request to

remove the following named Defendants: Chris Magnus, former Commissioner for U.S. Customs and Border Protection; William A. Ferrara, former Executive Assistant Commissioner of U.S. Customs and Border Protection's Office of Field Operations; Raul L. Ortiz, former Chief of U.S. Border Patrol; Tae D. Johnson, former Acting Director of U.S. Immigration and Customs Enforcement; and Rochelle Walensky, former Director of Centers for Disease Control and Prevention.  In their place, Plaintiffs will request leave to substitute the respective successors of the above-listed original named Defendants: Troy A. Miller, Acting Commissioner for U.S. Customs and Border Protection; Diane J. Sabatino, Acting Executive Assistant Commissioner of U.S. Customs and Border Protection's Office of Field Operations; Jason Owens, Chief of U.S. Border Patrol; Patrick Lechleitner, Deputy Director & Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; and Mandy Cohen, Director of Centers for Disease Control and Prevention.

DATED: January 26, 2024

Respectfully submitted,

/s/ *Alexander L. Schultz*
Alexander L. Schultz

**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503-882-0281

**Nicole Phillips** (*pro hac vice*)
nphillips@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Jane Bentrott** (DC Bar No. 1029681)
jane.bentrott@justiceactioncenter.org
**Karen C. Tumlin** (CA00129)
karen.tumlin@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

**Stanley Young** (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Maura A. Sokol** (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

*Counsel for Plaintiffs*