IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,
    *Plaintiffs*,

v.

JOSEPH R. BIDEN, President of the United States, *et al.*,
    *Defendants*.

Civil Action No. 1:21-cv-03317 (JMC)

**MOTION FOR ADMISSION *PRO HAC VICE* OF RACHEL LANDRY**

I, Tess Hellgren, one of the counsel for Haitian Bridge Alliance, *et al.*, hereby move the Court, pursuant to Local Civil Rule 83.2(c), for the admission and appearance of attorney Rachel Landry *pro hac vice* in the above-entitled action.

1. I am an attorney and Director of Legal Advocacy at the nonprofit organization Innovation Law Lab, located at 333 SW Fifth Avenue #200, Portland, OR 97204. I am a member in good standing of the bar of the District of Columbia and have been admitted to practice in this court since December 6, 2021.

2. Ms. Landry is an attorney and *Harvard Law Review* Fellow at Innovation Law Lab. As reflected in the attached Declaration, Ms. Landry is a member of the Massachusetts Bar (MA Bar No. 713320).

3. Ms. Landry is familiar with the facts and the law relating to this case and, upon admission *pro hac vice*, will assist in the litigation of this action.

DATED: February 16, 2024                    Respectfully submitted,

/s/ *Tess Hellgren*
**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503-882-0281


*Counsel for Plaintiffs*

MOTION FOR ADMISSION *PRO HAC VICE*            Civil Action No. 1:21-cv-03317 (JMC)
OF RACHEL LANDRY