IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,
        *Plaintiffs*,

v.

JOSEPH R. BIDEN, President of the United States, *et al.*,
        *Defendants*.

Civil Action No. 1:21-cv-03317 (JMC)

## MOTION FOR ADMISSION *PRO HAC VICE* OF ERIK CREW

I, Alexander Schultz, one of the counsel for Haitian Bridge Alliance, *et al.*, hereby move the Court, pursuant to Local Civil Rule 83.2(c), for the admission and appearance of attorney Erik Crew *pro hac vice* in the above-entitled action.

1. I am an attorney at the law firm Covington & Burling LLP, located at 1999 Avenue of the Stars, Los Angeles, CA 90067-4643. I am a member in good standing of the bar of the District of Columbia (admitted on January 8, 2019) and have been admitted to practice in this court since May 2, 2022.

2. Mr. Crew is an attorney at Haitian Bridge Alliance. As reflected in the attached Declaration, Mr. Crew is a member of the New York Bar (NY Bar No. 5879911).

3. Mr. Crew is familiar with the facts and the law relating to this case and, upon admission *pro hac vice*, will assist in the litigation of this action.

DATED: February 16, 2024               Respectfully submitted,

/s/ *Alexander Schultz*
**Alexander Schultz** (D.C. Bar No. 1618410)
ASchultz@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332 4788


*Counsel for Plaintiffs*

MOTION FOR ADMISSION *PRO HAC VICE*           Civil Action No. 1:21-cv-03317 (JMC)
OF ERIK CREW