IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-03317 (JMC) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
VANESSA RIVAS-BERNARDY**

I, Esther H. Sung, counsel for Haitian Bridge Alliance, *et al.*, hereby move the Court, pursuant to Local Civil Rule 83.2(c), for the admission and appearance of attorney Vanessa Rivas-Bernardy *pro hac vice* in the above-entitled action.

1. I am an attorney and Legal Director of Justice Action Center (Mailing address: P.O. Box 27280, Los Angeles, CA 90027; Phone: 323-450-7272). I am admitted to the State Bar of California and I have been admitted to practice in this court since December 6, 2021.

2. Ms. Rivas-Bernardy is counsel at Justice Action Center (Mailing address: P.O. Box 27280, Los Angeles, CA 90027; Phone: 323-542-6403). As reflected in the attached Declaration, Ms. Rivas-Bernardy is a member of the State Bar of California (CA Bar No. 341464).

3. Ms. Rivas-Bernardy is familiar with the facts and the law relating to this case and, upon admission pro hac vice, will assist in the litigation of this action.

DATED: February 21, 2024                    Respectfully submitted,

*[signature: Esther H. Sung]*
Esther H. Sung

| | |
|---|---|
| **Stephen Manning** (OR0024)<br>stephen@innovationlawlab.org<br>**Tess Hellgren** (OR0023)<br>tess@innovationlawlab.org<br>INNOVATION LAW LAB<br>333 SW Fifth Avenue #200<br>Portland, OR 97204<br>Telephone: +1 503 922-3042<br>Facsimile: +1 503-882-0281 | **Karen C. Tumlin** (CA00129)<br>karen.tumlin@justiceactioncenter.org<br>**Esther H. Sung** (CA00132)<br>esther.sung@justiceactioncenter.org<br>JUSTICE ACTION CENTER<br>P.O. Box 27280<br>Los Angeles, CA 90027<br>Telephone: +1 323 315-0944<br>Facsimile: +1 323 450-7276 |
| **Nicole Phillips** (*pro hac vice*)<br>nphillips@haitianbridge.org<br>HAITIAN BRIDGE ALLIANCE<br>4265 Fairmount Avenue, Suite 280<br>San Diego, CA 92105<br>Telephone: +1 949 603-5751 | **Stanley Young** (CA00146)<br>syoung@cov.com<br>COVINGTON & BURLING, LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Telephone: +1 650 632-4704 |
| | **Alexander L. Schultz** (DC Bar No. 1618410)<br>aschultz@cov.com<br>COVINGTON & BURLING, LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643<br>Telephone: +1 424 332-4788 |
| | **Maura A. Sokol** (DC Bar No. 1672674)<br>msokol@cov.com<br>COVINGTON & BURLING, LLP<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: +1 202 662-5528 |