AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, et al. ) | |
| *Plaintiff* ) | |
| v.  ) | Case No.  1:21-cv-03317 (JMC) |
| JOSEPH R. BIDEN, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, et al.   .

Date:   02/27/2024

/s/ Rachel Landry
*Attorney's signature*

Rachel Landry (MA713320)
*Printed name and bar number*

Innovation Law Lab
333 SW Fifth Avenue #200
Portland, OR 97204

*Address*

rachel@innovationlawlab.org
*E-mail address*

(971) 512-6543
*Telephone number*

(503) 882-0281
*FAX number*