AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-03317 |
| Joseph R. Biden, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, et al.   .

Date: 02/27/2024

/s/ Vanessa Rivas-Bernardy
*Attorney's signature*

Vanessa Rivas-Bernardy (CA Bar No. 341464)
*Printed name and bar number*

Justice Action Center
P.O. Box 27280
Los Angeles, CA 90027
*Address*

vanessa.rivas-bernardy@justiceactioncenter.org
*E-mail address*

(323) 542-6403
*Telephone number*

*FAX number*