AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| HAITIAN BRIDGE ALLIANCE, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03317 (JMC) |
| JOSEPH R. BIDEN, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, et al.

Date: 02/29/2024

/s/ Erik Crew
*Attorney's signature*

Erik Crew (NY 5879911)
*Printed name and bar number*

HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Rd
Suite H
San Diego, CA 92120
*Address*

ecrew@haitianbridge.org
*E-mail address*

(949) 603-7411
*Telephone number*

*FAX number*