UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (JMC) |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT**

Plaintiffs, by and through undersigned counsel, move pursuant to Federal Rule of Civil Procedure 6(b)(1), for a ten-day extension of Plaintiffs' deadline to file an Amended Complaint. Defendants do not oppose this request for an extension. As grounds for this Motion, Plaintiffs state as follows:

1. On February 22, 2024, this Court ordered Plaintiffs to file an Amended Complaint by March 8, 2024.

2. Plaintiffs' counsel have worked diligently to prepare the Amended Complaint and to secure the necessary approval from both the existing Plaintiffs in this case and new plaintiffs located outside the United States, including four new plaintiffs in Haiti, whom counsel wishes to add to the Amended Complaint.

3. In the past few days, however, there has been a significant increase in violence in Haiti. The Haitian government declared a state of emergency on March 3, 2024, after gangs overran two of the largest prisons in the country and released thousands of inmates. The gangs have expressed their intent to overthrow the Haitian government and have coordinated attacks on

1

state institutions in Port-au-Prince, including shooting at airplanes at Port-au-Prince's international airport. Due to this violence, the State Department has temporarily paused consular appointments at the U.S. Embassy in Haiti, halted all official travel to Haiti, and urged all American citizens to depart as soon as possible.

4. For the residents of Haiti, the recent upsurge in violence has exacerbated already existing problems with internet connectivity, as the gang attacks have damaged critical communications infrastructure. The recent violence has also heightened threats to residents' overall safety due to gunfire in the streets of the capitol.

5. The poor internet connectivity and unsafe circumstances resulting from the recent turmoil in Haiti have made it extremely difficult for Plaintiffs' counsel to communicate with new plaintiffs, several of whom are in Haiti, have signed retainer agreements, and have committed to participating in this lawsuit. Multiple attempts to contact these new plaintiffs to review the amended complaint for their final approval have been unsuccessful this week.

6. Without an extension of time to file the Amended Complaint, it is unlikely that all the intended new plaintiffs will be able to adequately consult with undersigned counsel to review and approve the Amended Complaint before filing. Plaintiffs' counsel will work diligently to contact all the intended new plaintiffs and file an Amended Complaint by March 15, 2024, but out of an abundance of caution, counsel respectfully request a ten-day extension to allow, at the very latest, an Amended Complaint filed by March 18, 2024.

7. Should the Court grant the requested extension, Plaintiffs intend to meet and confer with Defendants within seven (7) days of the filing of the Amended Complaint in order to propose a briefing schedule and a suggested hearing date in connection with Defendants' anticipated motion to dismiss.

8.      Pursuant to Local Civil Rule 7(m), on March 5, 2024, the undersigned counsel conferred with counsel for Defendants via email about this Motion. Counsel for Defendants stated that they did not oppose the requested ten-day extension of Plaintiffs' deadline to file an Amended Complaint, and asked that Plaintiffs include in their motion the following language articulating Defendants' full position: Without prejudice to the government's previously articulated position that the Court lacks subject matter jurisdiction in this matter, and that dismissal of the case, rather than leave for Plaintiffs to file an amended complaint, is the only appropriate outcome, *see Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) ("[C]ourts, including this Court, have an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party."); *Fontaine v. JPMorgan Chase Bank, N.A.*, 42 F. Supp. 3d 102, 106 (D.D.C. 2014) (K.B. Jackson, J.) ("[U]nder Federal Rule of Civil Procedure 12(h)(3), '[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.'"), the government does not object to the requested ten-day extension for the reasons articulated by Plaintiffs' counsel.

9.      Defendants will not be prejudiced by this extension as Defendants were given notice and do not oppose Plaintiffs' Motion for Extension.

10.     A proposed order is attached.

DATED: March 6, 2024                                Respectfully submitted,

                                                    */s/ Esther H. Sung*

**Stanley Young** (CA00146)                         **Esther H. Sung** (CA00132)
syoung@cov.com                                      esther.sung@justiceactioncenter.org
COVINGTON & BURLING, LLP                            **Karen C. Tumlin** (CA00129*)*
3000 El Camino Real                                 karen.tumlin@justiceactioncenter.org
5 Palo Alto Square, 10th Floor                      **Vanessa Rivas Bernardy***
Palo Alto, CA 94306-2112                            vanessa.rivas-bernardy@justiceactioncenter.org
Telephone: +1 650 632-4704                          Los Angeles, CA 90027

3

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Maura A. Sokol** (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Rachel Landry***
rachel@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

**Nicole Phillips***
nphillips@haitianbridge.org
**Erik Crew***
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN *et al.*,<br><br>Defendants. | Civil Action No. 21-3317 (JMC) |

## **ORDER**

Based upon consideration of Plaintiffs' Unopposed Motion to Extend Deadline to file an Amended Complaint, it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED;

2. Plaintiffs shall file an Amended Complaint no later than March 18, 2024.

3. Plaintiffs shall meet and confer with Defendants within seven days of filing the Amended Complaint to propose a new briefing schedule and hearing date on Defendants' anticipated motion to dismiss.

SO ORDERED this _____ day of March, 2024.

_____
U.S. District Court Judge

1