IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES, *in his official capacity*, et al.,<br><br>*Defendants*. | Civil Action No. 21-cv-03317 (JMC) |

### PLAINTIFFS' UNOPPOSED MOTION FOR NEWLY ADDED PLAINTIFFS TO PROCEED USING PSEUDONYMS AND FOR LEAVE TO FILE DECLARATION UNDER SEAL

Plaintiffs move the Court for permission to use pseudonyms for newly added Doe Plaintiffs, who were named as Plaintiffs for the first time in the First Amended Complaint (Dkt. 75), and whose sensitive and highly personal information is described in that Complaint and will necessarily be described in detail in further documents filed in this matter as the case proceeds. Plaintiffs also seek permission, consistent with the Court's prior Order (Dkt. 9), for leave to file a declaration, under seal, containing the real identities of the new Doe Plaintiffs within ten days of its order on the instant Motion.

New Doe Plaintiffs are individuals who, as described below, each fled life-threatening violence in their home country of Haiti; came to the United States–Mexico border near Del Rio, Texas, in September 2021 to seek asylum and other immigration relief from the United States government; were deprived of basic human necessities such as food, water, shelter, and sanitation facilities for multiple days, while they followed the directives of U.S. officers to wait their turn to be processed by U.S. immigration officials; and were forcibly removed back to Haiti or compelled by U.S. officials' actions to return to Mexico. Each new Doe Plaintiff

reasonably fears that revealing their name would destroy their privacy and subject them and their family members to harm, either at the hands of persecutors in the countries where they currently are, or in the form of retaliation from the United States government or other foreign governments (such as state actors in Haiti), possibly in connection with their attempt to seek immigration relief from the United States. Defendants will not be prejudiced by allowing the new Doe Plaintiffs to proceed using pseudonyms. Defendants do not oppose Plaintiffs' Motion, on the condition that Plaintiffs' sealed disclosure of Doe Plaintiffs' identities includes any immigration identification numbers issued by DHS.

      For the reasons set forth in the attached Memorandum of Law and in the accompanying new Doe Plaintiff declarations, Plaintiffs respectfully request the Court to grant the instant Motion and allow the new Doe Plaintiffs to proceed under pseudonym and, consistent with the Court's prior Order (Dkt. 9), grant Plaintiffs leave to file a declaration, under seal, containing the real names, residential addresses, and, to the extent they exist and are known, DHS-issued immigration identification numbers of the new Doe Plaintiffs within ten days of its order on the instant Motion. A Proposed Order accompanies this motion.

DATED: March 18, 2024

Respectfully submitted,

*/s/ Alexander L. Schultz*

**Nicole Phillips\***
nphillips@haitianbridge.org
**Erik Crew\***
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Stanley Young** (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Maura A. Sokol** (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

**Karen C. Tumlin** (CA00129*)*
karen.tumlin@justiceactioncenter.org
**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Vanessa Rivas-Bernardy\***
vanessa.rivas-bernardy@justiceactioncenter.org
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Rachel Landry\***
rachel@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

\*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

3