IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, et al.,<br><br>    *Plaintiffs*,<br><br>                v.<br><br>JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES, *in his official capacity*, et al.,<br><br>    *Defendants*. | Civil Action No. 21-cv-03317 (JMC) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR NEWLY ADDED PLAINTIFFS TO PROCEED USING PSEUDONYMS AND FOR LEAVE TO FILE DECLARATION UNDER SEAL

Upon consideration of Plaintiffs' Motion for Newly Added Plaintiffs to Proceed Using Pseudonyms and for Leave to File Declaration Under Seal (the "Motion"), the attached Memorandum of Law, and the accompanying declarations of Eric and Florence Doe, Pierre and Ginette Doe, James Doe, and Delgado Doe, the Court hereby ORDERS that the Motion is GRANTED.

Finding good cause therefore, and for substantially the same reasons stated in the Court's prior Memorandum and Order granting Plaintiffs' December 21, 2021, Motion to Proceed Using Pseudonyms (Dkt. 9), Plaintiffs Eric and Florence Doe, Pierre and Ginette Doe, James Doe, and Delgado Doe may proceed in the action using pseudonyms, and the Court hereby ORDERS that Plaintiffs file, under seal, within ten days of this Order, a declaration containing the real names, residential addresses, and, to the extent they exist and are known, DHS-issued immigration identification numbers of these Doe Plaintiffs.

IT IS SO ORDERED.

DATE: _____    _____
                                    Judge