# **DECLARATION OF PIERRE DOE**

I, Pierre Doe, upon my personal knowledge, hereby declare as follows:

1. I am a 36-year-old Haitian national. I was born in Arcahaie, Haiti.

2. I am married to Ginette Doe and we have two children. Our children were born in October 2017 and July 2022.

3. I currently live in Santiago, Chile with my older child. My wife and my younger child live together in the south of Chile, about a 5-hour bus ride from me. Our family used to live together in Santiago, but my wife is now afraid to live in urban areas in Chile because a neighbor previously physically attacked my wife when we lived in Santiago together. She and my younger child now live in the countryside because they feel safer there.

4. I lived in Arcahaie, Haiti until July 2015. I was a plumber. Life was difficult because there was not much work. In 2014, I became involved in the political party, Fanmi Lavalas, as a delegate for the countryside region. I was a messenger and delivered the party's communications.

5. I fled Haiti to go to the Dominican Republic in July 2015 because I received death threats from opposing political parties for my role in Fanmi Lavalas, and I feared that I would be killed. I had received text messages, phone calls, and threats in person. I was told to stop my political activities, or I would be beaten and killed with a machete. My brother was also targeted because of my affiliation, even though my brother was not involved with the political party. My brother went missing at about the same time as I fled Haiti in 2015, and he is now presumed dead.

6. I left the Dominican Republic after two weeks because I had a temporary visitor visa that was going to expire in two months. If I stayed past my visa, I could be stopped on the street and be deported to Haiti. I was afraid to go back to Haiti, so I went to Santiago, Chile.

7.  In Chile, I met my wife Ginette who is also a citizen of Haiti. I had a job and life was okay until a neighbor started to threaten my wife. One day, while I was at church, the neighbor came to my apartment and tried to attack my wife with a knife. The neighbor threw a knife at my wife who was carrying our child in her arms. My wife saved herself and our child by locking herself in a room and calling the police. The police came and arrested the neighbor, but when she was released two days later, she continued making threats. Later, the neighbor's son also threatened me multiple times with a gun. The police did not help us, so we no longer felt safe. We decided to leave Chile in July 2021 because we lived in fear of being attacked.

8.  I left Chile to go to the United States with my wife and child who was almost four years old at the time. We risked our lives for over a month traveling from Chile to the United States on foot and on busses. I was very afraid due to the dangerous conditions across the countries, but I thought it was worth it to try to get protection in the United States. I thought the United States government would hear my story and give us refuge, but no one did.

9.  My family arrived in Del Rio around September 2021. When we crossed the border into the United States, an immigration officer handed us a ticket with a number, but we were not told anything else. We tried to take shelter under the Del Rio Bridge while we waited to be helped. For the first three nights after we crossed the border, we slept on the ground. I laid my shirt on the ground so that my child could sleep there instead of on the sand. U.S. officials did not give us any food or water, so during these three days, I crossed the river back into Mexico to get food because my child was crying from hunger. When I crossed the river to get food, I took many precautions because I had heard that a man and child had drowned.

10. After spending approximately three days under the bridge, the number on our ticket was called. We were put on a bus and taken to a detention center. We were not allowed to leave that place. We did not have the freedom to brush our teeth or take a

shower and were given a limited amount of food. For breakfast and dinner, the officers gave us two slices of bread. We were also given lunch, but it was not enough. I gave my child my lunch and only ate the two slices of bread and drank water so I would not die of hunger. Since we were not allowed to leave, we depended on the officers to provide food for us. Whatever food they gave us, that is all we had, but it was not enough. This was a very difficult time.

11. Even though we were sleeping indoors, the evenings were very cold and windy because a fan was turned on, and we were only given foil with which to cover ourselves. We slept on the floor because there were no mattresses. My time in the detention center was one of the worst things I have ever experienced.

12. After approximately seven days in the detention center, my family and I were put on a bus late in the evening. With no warning, we were taken to an airport in San Antonio, Texas. Early the next morning, I was handcuffed, and we were put on a flight back to Haiti. I had not done anything wrong; I had not hurt or threatened anyone. I had just come to ask for refuge for me and my family.

13. My child understood what was happening as I was handcuffed, and he was traumatized after watching the way we were treated. To this day, my child is afraid of the police. If he sees a police car, he runs, and I comfort him. He lives in fear.

14. I never had the chance to ask for protection in the United States, and I still want this opportunity. No one asked me any questions; I was just handcuffed and sent to Haiti.

15. When my family and I were deported back to Haiti on or about September 19, 2021, I did not return to my hometown because I was afraid that the same people that previously threatened to harm me would do so again. My family had to seek medical care once we arrived in Haiti. My child had to be treated for bronchitis due to the conditions at the detention center. My wife was also treated for an infection she developed during that time because we were not allowed to take care of our personal hygiene. I, too, could not

eat for several days after arriving in Haiti because my lips had peeled from not being allowed to brush my teeth or take care of my personal hygiene needs for several days.

16. Because I was afraid of what would happen to me and my family if we stayed in Haiti, we left for Chile again as soon as I could.

17. I have been living in Chile since December 2021 and I am constantly fearful for the safety of myself and my family. Because of the attack my wife previously faced in Chile, she is still afraid to live in Santiago, where I live, and instead lives in a different part of Chile. I have suffered discrimination at work because of my race.

18. I ask the Court to allow me to participate in this lawsuit without making my name public. I am fearful that participating in this lawsuit could jeopardize my efforts to seek immigration relief in the United States. I do not want my participation in this lawsuit to adversely affect my immigration applications or prevent me from being able to seek immigration relief in the United States. I am also afraid that if my name were revealed publicly, it could endanger me and my family. I fear what would happen if the Haitian government or gangs found out that I am participating in this lawsuit. The same political party that threatened me is still in power, and I fear that I would be targeted again if I made my name public. I am also afraid of exposing my family to more threats in Chile since we have been targeted before.

19. I believe that joining this lawsuit is the right thing to do because I was treated unlawfully, but I would like to request that the Court permit me to proceed under pseudonym in this lawsuit for my protection and the protection of my family.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed at Santiago, Chile on March 6, 2024.



PIERRE DOE

## CERTIFICATION OF INTERPRETATION

I, Donirud Jean, declare that on March 6, 2024, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Creole for the declarant through telephonic interpretation. I am fluent in English and Haitian Creole, and employed by Respond Crisis Translation. Before beginning the interpretation, I confirmed that the declarant was able to understand me. After I finished reading the foregoing declaration, the declarant verified that the contents of the declaration are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 6, 2024 in Batchelder St., Brooklyn, NY, USA.

_Jean Bonirud_
Donirud Jean