**DECLARATION OF FLORENCE DOE**

I, FLORENCE DOE, upon my personal knowledge, hereby declare as follows:

1. I am a 32-year-old Haitian national. I was born in Saint-Michel de l'Atalaye, a town in the countryside of Haiti.

2. My husband, Eric Doe, is also a plaintiff in this case. We have three children: a fifteen-year-old daughter, a ten-year-old son, and an infant son who was born on January 10, 2024.

3. I currently live in Saint-Michel de l'Atalaye with our children.

4. Until 2016, I lived in Gonaïves with my husband, and I took care of our children and our home. My husband began receiving threats and was attacked because of his affiliation with the political party Unité. As his wife, I became a target as well, and I felt my safety was at risk, too.

5. In 2016, Eric fled to Chile. About five months later, we decided I would join him, and he sent money for my flight. I left our children in my mother's care, because we thought that would be best for them. Life in Chile was very difficult. I was never able to find work. I applied for jobs, but I was never hired—instead, they would hire a Chilean or someone from another country besides Haiti. People on the street would often yell at me and tell me to go back to my country.

6. After several months together in Chile, my husband and I decided we needed to leave. It was a very challenging journey north. For several days, we traveled through the jungle in Panama without food, and I witnessed animals eating dead human bodies.

7. We lived in Mexico for a few years, but life there was very difficult, too. In September 2021, we arrived at the U.S.-Mexico border and crossed the river. I almost drowned; luckily my husband can swim and he saved me. When we reached the other side, we found ourselves in very poor conditions. I thought that after so much suffering, we would finally have some relief when

we arrived in the United States. But I was shocked at how bad the conditions were in Del Rio. There was not enough to eat or drink. I saw women deliver babies under the bridge. The most horrific thing I saw was law enforcement officers on horses dragging people.

8. After waiting at the bridge in Del Rio for several days, my husband and I were taken to a detention facility where we were separated. It was terrible to be apart from him and to not be able to see or speak to him. The facility was very cold and we had no other option but to drink water from the faucet next to the toilet.

9. In the detention facility, I did not understand what was going on. I hoped that I would be able to explain my situation, but I never had the opportunity and no official ever explained what was happening. One day, they shackled us and took us to a plane. Only when the plane landed did I realize we had been returned to Haiti. I was shocked. I had never been told I would be deported and I never expected that would happen. I did not have the chance to explain my situation or ask for protection and still want the opportunity to seek asylum in the United States.

10. After we were deported to Haiti, my husband and I went from the airport to Gonaïves, where we were reunited with our children. We lived in hiding from the very danger we had fled Haiti to escape. In January 2024, three men with guns came looking for my husband at our home. When they discovered my husband was not there, they threatened to burn the house down and burn me alive. My mother and children were home at the time, and I was just a few days away from giving birth to our youngest child.

11. This experience was so frightening to me that we decided I would move away from Gonaïves to the countryside with our children in order to keep myself and our children safe. It is very difficult to live in hiding and to be away from my husband.

12. I have read the declaration of my husband, Eric Doe, and it accurately reflects what has

happened to us in our journey to flee Haiti and seek asylum in the United States, including what we experienced in Del Rio, Texas and our expulsion to Haiti.

13. I ask the Court to allow me to participate in this lawsuit without making my name public. I already live in fear, and I would be even more afraid for my safety and the safety of my family if people in Haiti learned I was involved in this lawsuit. I believe that joining this lawsuit is the right thing to do because I was treated unlawfully by U.S. government officials in Del Rio in 2021, but I would like to request that the Court permit me to proceed under pseudonym in this lawsuit for my protection and the protection of my family.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct. Executed at Saint-Michel de l'Atalaye, Haiti on March 5, 2024.



FLORENCE DOE

## CERTIFICATION OF INTERPRETATION

I, Soleya Cherubin, declare that on March 5, 2024, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Creole for the declarant through telephonic interpretation. I am fluent in English and Haitian Creole and am employed by Respond Crisis Translation. Before beginning the interpretation, I confirmed that the declarant was able to understand me. After I finished reading the foregoing declaration, the declarant verified that the contents of the declaration are true and accurate. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3-7-24 at GA, USA.

_____
Soleya Cherubin