## DECLARATION OF ERIC DOE

I, Eric Doe, upon my personal knowledge, hereby declare as follows:

1. I am a 32-year-old Haitian national. I was born in Gonaïves, Haiti.

2. My wife, Florence Doe, is also a plaintiff in this case. We have three children: a fifteen-year-old daughter, a ten-year-old son, and an infant son who was born on January 10, 2024. I also have a twelve-year-old son with another partner.

3. I am currently in Gonaïves, Haiti.

4. Since 2006, I have been involved in Haitian politics, working for several political figures and parties in various roles. Over the years, my country has experienced cycles of political crisis, and I periodically was forced to flee to the Dominican Republic for a while to escape threats by the political opposition. However, there's a lot of discrimination against Haitians in the Dominican Republic. Once, a Dominican stabbed me in the ribs with a knife; I believe he did this because I am Haitian. I still have scars on my side. I have heard Dominicans say Haitians make the Dominican Republic dirty and that we should go back to Haiti. I felt unsafe there as a Black Haitian man.

5. In approximately 2010, my two brothers and I joined the National Unity Party ("Unité"), which ran the local government where we lived, and in 2011, Unité appointed us to jobs at the public hospital in Gonaïves. I became an ambulance driver, one brother delivered medication, and the other—a physician—became the medical director at the hospital.

6. Around that time, members of the rival political Haitian Tèt Kale Party ("PHTK"), which ran the national government, began aggressively targeting members of Unité to take control of the local government. In approximately 2012, PHTK members shot me in the leg. It took me a long time to recover, and I still have a scar on my leg. Then, about three years

later in 2015, PHTK members attempted to burn down my house. Luckily, I was not inside my house at the time, and my neighbors quickly put out the fire before it consumed my house. It did, however, burn my fence and destroy my motorcycle. I knew PHTK was responsible because they had previously threatened to burn down my house, and I knew that they had burned down houses of other government employees nearby. I attempted to hide in Saint-Michel de l'Atalaye, where my wife is from, but the political instability continued to escalate. One of my brothers fled Haiti, and around May 2016, I fled Haiti as well because my life was in danger from PHTK.

7. I fled briefly to the Dominican Republic, and a few days later, I fled to Chile. Life in Chile was very hard. I had no immigration status there, and, as a result, I could not find an employer that would give me a job. Moreover, I experienced a lot of discrimination there for being a Black Haitian man. Chileans cursed our mothers, called us faggots, made us get off public transportation, and fought us. A few months after I arrived in Chile, my wife joined me. She left our children in her mother's care, as we thought it would be best for them, given the discrimination I had been experiencing in Chile and given how much time and effort we would have to devote to looking for work. We tried to get by, but we eventually decided that we had to leave Chile.

8. My wife and I left Chile for Mexico in 2017. It was a difficult journey that took us through the Darién Gap, where we were attacked by men who raped many of the women and young girls in our group. It was very difficult for me to witness.

9. Once we got to Mexico, our situation continued to be difficult. We passed through different cities, struggling to find safe work conditions and a stable place to live. We could not get an asylum interview with the Mexican Commission for Refugee Assistance ("COMAR"). After several challenging years, we decided to seek protection in the United States instead.

10. Around September 2021, my wife and I crossed the river from Mexico to Del Rio, Texas. It was a terrible situation. The water level was low when we began to cross, but it rose rapidly and picked up speed as we were crossing, and approximately five people near us were swept away and drowned right in front of me. My wife almost died as well, but thank God I was able to rescue her from the strong currents. Our clothes got ripped, and I lost the bag carrying our important documents.

11. On the other side of the river, I didn't understand what was going on. U.S. officials did not explain what was happening or how to apply for asylum. I saw people getting picked up by a little van, which I thought was how we were getting processed, and how I could explain why I could not go back to Haiti. So, my wife and I waited for it to be our turn.

12. We waited for approximately six days with many other Haitians. It wasn't a good situation. There wasn't adequate drinking water or food. Sometimes U.S. officials passed out juice and crackers, but there wasn't enough to feed all of us. I was often hungry and thirsty. There were no facilities that I could see for us to bathe or relieve ourselves. I could not even brush my teeth. There was also nothing for us to sleep on, and we were exposed to mosquitos and the desert animals. Moreover, we could not cross back and forth across the river because government officials with batons prevented us from doing so. I felt like my wife and I were trapped at the Del Rio International Bridge.

13. After these six miserable days, U.S. officials put us and many others in a van. They never told us where we were going. We arrived at a detention facility, where officials separated us as they were placing women with women and men with men. Florence wasn't feeling well and started crying. We were at this detention facility, separated and confused about what was happening, for about two weeks.

14. I expected officials at the detention facility would provide me with a translator so that I could explain why I could not go back to Haiti. Instead, one day without any explanation, officials chained my legs, waist, and arms. They placed some of us, including my wife, in a van and drove us to an airport. They never told us where we were going. It was not until the plane landed in Haiti that I realized I had been deported. It was such a shock. I never had an opportunity to express my fear of returning to Haiti or my intention to seek refuge in the United States, or to seek any other form of immigration relief, and I still want this opportunity.

15. Upon being expelled to Haiti, my wife and I returned to Gonaïves, where my mother-in-law brought our children to reunite with us. However, Haiti is in political crisis, and the party in power is always trying to shut down any opposition parties. Members of PHTK continued to target me and my brothers. In August 2022, PHTK members went so far as to violently assault one of my brothers and break his leg. In January 2024, armed men came to our house looking for me. My wife, who was pregnant at the time, was home with her mother and our children. When the men discovered I was not there, they threatened to burn the house down. After that incident, my wife fled to the countryside to protect herself and the children. I cannot join them because there are no job opportunities there. I continue to live in hiding, constantly fearful for my safety and that of my family.

16. I ask the Court to allow me to participate in this lawsuit without making my name public. I continue to live in fear from threats and ongoing violence from the political opposition. I worry that if my name were revealed publicly in connection with this lawsuit, my physical safety would be at risk, as well as the safety of my family. I believe that joining this lawsuit is the right thing to do because I was treated unlawfully by U.S. government officials in Del Rio in

2021, but I would like to request that the Court permit me to proceed under pseudonym in this lawsuit for my protection and the protection of my family.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct. Executed at Gonaives, Haiti on March 11, 2024.

███████████████

ERIC DOE

## CERTIFICATE OF INTERPRETATION

I, Billy Pinera Elve, declare that on March 11, 2024, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Creole for the declarant through telephonic interpretation. I am fluent in English and Haitian Creole and employed by Respond Crisis Translation. Before beginning the interpretation, I confirmed that the declarant was able to understand me. After I finished reading the foregoing declaration, the declarant verified that the contents of the declaration are true and accurate. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2024, at Orlando, Florida.

_Billy Pinera Elve_ (signature)

Billy Pinera Elve