## **DECLARATION OF DELGADO DOE**

I, DELGADO DOE, upon my personal knowledge, hereby declare as follows:

1. I am a 38-year-old Haitian national. I was born in Marmelade, Haiti.

2. I am married, and my wife and I have a young son who is less than one year old.

3. I am currently in Port-au-Prince, Haiti.

4. Up until 2016, I lived in my hometown of Marmelade, Haiti. I was self-employed and ran a small barber shop and beauty salon. I also worked as my cousin's right-hand man in his campaign for Deputy in the 2015 elections. Haiti's House of Deputies are members of the National Assembly (or Parliament) along with senators. I tried to attend all campaign meetings with my cousin; wherever my cousin went, I went with him. Because of my work supporting my cousin's campaign, I received threats on the phone, and, on one occasion, a bullet was fired at me. In approximately 2016, I fled Marmelade for Port-au-Prince and have not felt safe to go back to my hometown since then due to the threats against me.

5. From approximately 2017 to 2018, I lived in the Dominican Republic. I left the Dominican Republic because I had to be in hiding there because I had no immigration status permitting me to lawfully reside or work in that country. I returned to Port-au-Prince in approximately 2018 because I did not feel safe to return to Marmelade. I lived in Port-au-Prince until I fled to Chile in approximately 2020. I continued to feel unsafe in Haiti, including because gangs had become so powerful and were killing people near me in my neighborhood. In Chile, my life was difficult. I could not get a job, and I think people treated and looked at me differently because I am a Black man.

6. I left Chile for the United States in approximately August 2021. I crossed the river into Del Rio, Texas, in September 2021. When I crossed the river, I saw that other people were having problems crossing the river and were almost getting swept

away in the water. Many of us in the water, including me, would reach out to help the people struggling to get across safely.

7. U.S. officials at the border gave me a colored card with a number on it. I spent quite a bit of time under the Del Rio International Bridge, maybe nine or ten days, but my number was never called.

8. The conditions under the bridge were horrible. The dust was everywhere, and the wind was really strong. Sometimes I had to bend over to walk because the wind was so strong. I slept on the ground with no protection from the dust. I had no tent or blanket. I only had a small bag to put under my head to use as a pillow. I developed a cough from the dust. There were some bathrooms but not enough for everyone. There were no showers, so I had to wash in the river.

9. You could get water and some food from U.S. officials, but there were so many people waiting in line that there was not enough for everyone. I received no food or water from U.S. officials. I had to rely on other people under the bridge for food, and sometimes I went hungry. I would give money to people who would cross the river back into Mexico and buy me food. I did not attempt to cross the river myself to get food because I had friends tell me that U.S. officials on horseback said they were not supposed to cross back into Mexico. While I was under the bridge, I saw officers on horseback chasing people, and I believe this is because those people were trying to cross back to Mexico to buy food. If a U.S. official said not do to something, I would not do it.

10. I became afraid under the bridge because I started to learn from friends whose numbers had been called by the U.S. officials that they were deported back to Haiti. I was really scared to be sent back to Haiti. When I realized that people whose numbers were called were being deported without the chance to ask for asylum, I felt I had no choice but to cross the river back into Mexico. I never had a chance to explain my fear of return to Haiti or to ask for asylum. I was going to tell the U.S. immigration officials, but there was never an opportunity.

11. I returned to the United States and tried to ask for protection there a second time in February 2022. I was detained by U.S. officials for approximately one week. An immigration officer just asked me if I was Haitian and did not give me an opportunity to talk about my fear of being returned to Haiti. I wanted to ask for asylum but did not have the chance. The immigration officers did not explain anything or give me any papers. They put me in a vehicle, shackled my wrists, waist, and ankles like I was a criminal, and sent me on a plane back to Haiti.

12. Since I was deported back to Haiti in February 2022, I have not returned to my hometown because I am afraid that the same people that previously threatened to harm me will do so again. I am living in Port-au-Prince, and I am still constantly fearful for the safety of myself and my family. Sometimes I have to move around or go into hiding at a friend's house because there are shootings and kidnappings by gangs near where I live.

13. I never had the chance to ask for asylum protection or other immigration relief in the United States, and I still want this opportunity.

14. I ask the Court to allow me to participate in this lawsuit without making my name public. I am fearful that participating in this lawsuit against the United States President and other federal government officials could jeopardize my efforts to seek immigration relief in the United States. I do not want my participation in this lawsuit to adversely affect my immigration applications or prevent me from being able to seek immigration relief in the United States. I am also afraid that if my name were revealed publicly, it could endanger me and my family in Haiti. I fear what would happen if the Haitian government or gangs found out that I am participating in this lawsuit.

15. I believe that joining this lawsuit is the right thing to do because I was treated unlawfully by U.S. government officials in Del Rio in 2021, but I would like to request that the Court permit me to proceed under pseudonym in this lawsuit for my protection and the protection of my family.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed at Port-au-Prince, Haiti on January 19, 2024.

███████████

DELGADO DOE

## CERTIFICATION OF INTERPRETATION

I, Daniel Tillias, declare that on January 19, 2024, I caused the foregoing declaration to be interpreted faithfully and accurately from English into Haitian Creole for the declarant through telephonic interpretation. I am fluent in English and Haitian Creole and employed by Haitian Bridge Alliance. Before beginning the interpretation, I confirmed that the declarant was able to understand me. After I finished reading the foregoing declaration, the declarant verified that the contents of the declaration are true and accurate. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 19, 2024 in Delray, Florida.

_____

Daniel Tillias