UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (JMC) |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

Plaintiffs and Defendants, by and through undersigned counsel, hereby move to set a joint proposed briefing schedule per the Court's March 7, 2024 Order, and state as follows.

1. During the February 22, 2024 status conference, the Court ordered Plaintiffs to file an amended complaint by March 8, 2024, and for Parties to meet and file a proposed joint briefing schedule for Defendants' anticipated motion to dismiss by March 15, 2024. Feb. 22, 2024 Status Conference Tr. at 17. The Court also ordered Parties to include "their availability for an oral argument date somewhere between 14 and 21 days after briefing is closed." *Id.*

2. On March 7, 2024, the Court granted Plaintiffs' unopposed motion for extension of time to file their amended complaint by March 18, 2024. *See* March 7, 2024 Minute Order. The Court also ordered parties "to submit a joint proposed briefing schedule by March 25, 2024." *Id.*

3. Pursuant to Local Civil Rule 7(m), the Parties conferred via e-mail regarding a proposed briefing and hearing date for Defendants' anticipated motion to dismiss. The Parties

hereby jointly move the Court to set the following briefing schedule:

    a. Defendants may file a motion to dismiss by May 17, 2024;

    b. Plaintiffs may file an opposition to the motion to dismiss by June 21, 2024; and

    c. Defendants may file a reply by July 19, 2024.

4. The Parties are not able to propose a hearing date in the range requested by the Court due to counsel scheduling conflicts, and the Parties further note a scheduled August trial on the Court's calendar. Therefore, subject to the Court's availability, or on such later date as may be convenient to the Court, the Parties are available for oral argument anytime from August 27 to August 30, 2024, or from September 3 to September 5, 2024.

Dated: March 25, 2024

Respectfully submitted,

*/s/ Tess Hellgren*

**Karen C. Tumlin** (CA00129)
karen.tumlin@justiceactioncenter.org
**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Vanessa Rivas-Bernardy*** 
vanessa.rivas-bernardy@justiceactioncenter.org
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Rachel Landry***
rachel@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Sean Tepe*
    SEAN M. TEPE, D.C. Bar #1001323
    DIANA V. VALDIVIA, D.C. Bar #1006628
    Assistant United States Attorneys
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 252-2533; (202) 252-2545
    sean.tepe@usdoj.gov
    diana.valdivia@usdoj.gov

*Counsel for the United States of America*

**Nicole Phillips\***
nphillips@haitianbridge.org
**Erik Crew\***
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Stanley Young** (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Maura A. Sokol** (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

\*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (JMC) |

**<u>PROPOSED ORDER</u>**

Upon consideration of the Joint Motion to Set Briefing Schedule and finding good cause therefore, the Court hereby ORDERS that:

1. Defendants may file a motion to dismiss by May 17, 2024;
2. Plaintiffs may file an opposition to the motion to dismiss by June 21, 2024; and
3. Defendants may file a reply by July 19, 2024.

The Court further ORDERS that oral argument in this case will be set at the following date and time: _____, 2024, at _____.

IT IS SO ORDERED.

DATE:_____                      _____
                                             District Court Judge