## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAITIAN BRIDGE ALLIANCE, et al., | Civil Action No. 21-cv-03317 |
| *Plaintiffs*, | |
| v. | |
| JOSEPH R. BIDEN, PRESIDENT OF THE UNITED STATES, *in his official capacity*, et al., | |
| *Defendants*. | |

### NOTICE OF DECLARATION OF ESTHER H. SUNG

Plaintiffs hereby provide notice to the Court of the Declaration of Esther H. Sung, filed under seal concurrently with this Notice. On March 19, 2024, the Court granted Plaintiffs' motion to proceed using pseudonym for Plaintiffs named for the first time in the First Amended Complaint ("Doe Plaintiffs"). *See* March 19, 2024 Minute Order; *see also* Dkt. 75. In its March 19, 2024 Order, the Court also ordered Plaintiffs to file under seal "a declaration containing the real names; residential addresses, and, to the extent they exist and are known, DHS-issued immigration identification numbers" of the Doe Plaintiffs. *See* March 19, 2024 Minute Order. Plaintiffs now file concurrently under seal the Declaration of Esther H. Sung containing the aforementioned information.

DATED: March 29, 2024

**Nicole Phillips\***
nphillips@haitianbridge.org
**Erik Crew\***
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Stanley Young** (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Maura A. Sokol** (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

Respectfully submitted,

*/s/ Esther H. Sung*

**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Karen C. Tumlin** (CA00129*)*
karen.tumlin@justiceactioncenter.org
**Vanessa Rivas-Bernardy\***
vanessa.rivas-
bernardy@justiceactioncenter.org
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Rachel Landry\***
rachel@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

\*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*