UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (JMC) |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants respectfully file this motion for permission to exceed the page limit set by Local Civil Rule 7(e) for their forthcoming motion to dismiss Plaintiffs' amended complaint. Specifically, Defendants seek to file a memorandum in support of Defendant's motion that exceeds the 45-page limit by no more than five pages. Pursuant to Local Civil Rule 7(m), the undersigned contacted counsel for Plaintiffs, who stated that Plaintiffs do not oppose this motion to exceed the page limit.

Defendants seek these additional pages to ensure complete briefing of the asserted jurisdictional and pleading deficiencies in Plaintiffs' 117-page, 474-paragraph amended complaint, which is over 30 pages and nearly 100 paragraphs longer than the original complaint. For these reasons, Defendants respectfully submit that there is good cause to exceed the page limit.

\*   \*   \*

Dated:  May 14, 2024                              Respectfully submitted,

                                                MATTHEW M. GRAVES, D.C. Bar. #481052
                                                United States Attorney

                                                BRIAN P. HUDAK
                                                Chief, Civil Division

                             By:    */s/ Sean M. Tepe*
                                                SEAN M. TEPE, DC Bar #1001323
                                                DIANA V. VALDIVIA, DC Bar #1006628
                                                Assistant United States Attorney
                                                601 D Street, N.W.
                                                Washington, D.C. 20530
                                                Phone: (202) 252-2533; (202) 252-2545
                                                sean.tepe@usdoj.gov
                                                diana.valdivia@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN *et al.*,<br><br>Defendants. | Civil Action No. 21-3317 (JMC) |

**Proposed Order**

Upon consideration of Defendants' Unopposed Motion for Leave to Exceed Page Limit and finding good cause therefore, it is ORDERED that the Defendants may exceed the page limit set forth in Local Civil Rule 7(e) by five pages for their memorandum in support of their forthcoming motion to dismiss.

_____    _____
DATE                                             UNITED STATES DISTRICT COURT JUDGE