UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN<br>President of the United States, et al.,<br><br>     Defendants. | Civil Action No. 21-3317 (JMC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED;

ORDERED that all claims asserted against Defendants in this action are DISMISSED.

SO ORDERED:


_____                            _____
Date                                                                JIA M. COBB
                                                                    United States District Judge