# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE, *et al.*,

    *Plaintiffs*,

v.

JOSEPH R. BIDEN, *et al.*,

    *Defendants*.

Civil Action No. 1:21-cv-03317 (JMC)

## ORDER

Pending before the Court is the unopposed motion of the Immigration Reform Law Institute ("IRLI") for leave to file a brief as amicus curiae in support of Defendants' motion to dismiss. After reviewing the motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**. It is SO ORDERED.

Dated: _____, 2024.      _____

                                                                                  JIA M. COBB, United States District Judge