IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-03317 (JMC) |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiffs respectfully file this motion for permission to exceed the page limit set by Local Civil Rule 7(e) for their forthcoming memorandum in opposition to Defendants' Motion to Dismiss Plaintiffs' Supplemental and Amended Complaint (ECF No. 82) ("Motion to Dismiss"). Specifically, Plaintiffs seek to file a memorandum in opposition that exceeds the 45-page limit by no more than five pages. Pursuant to Local Civil Rule 7(m), the undersigned contacted counsel for Defendants, who stated that Defendants do not oppose this motion to exceed the page limit. Plaintiffs seek these additional pages to ensure complete briefing of the issues raised in Defendants' 50-page memorandum in support of the Motion to Dismiss, for which Defendants received a commensurate 5-page expansion of the page limit set by Local Rule 7(e). *See* Minute Order of May 5, 2024 (granting motion at ECF No. 81). For these reasons, Plaintiffs respectfully submit that there is good cause to exceed the page limit.

DATED: June 13, 2024                                    Respectfully submitted,


                                                        /s/ Alexander L. Schultz


**Nicole Phillips***                                      **Stanley Young** (CA00146)
nphillips@haitianbridge.org                 syoung@cov.com
**Erik Crew***                                                    COVINGTON & BURLING, LLP
ecrew@haitianbridge.org                       3000 El Camino Real
HAITIAN BRIDGE ALLIANCE                5 Palo Alto Square, 10th Floor
4265 Fairmount Avenue, Suite 280       Palo Alto, CA 94306-2112
San Diego, CA 92105                              Telephone: +1 650 632-4704
Telephone: +1 949 603-5751

**Karen C. Tumlin** (CA00129*)*              **Alexander L. Schultz** (DC Bar No. 1618410)
karen.tumlin@justiceactioncenter.org     aschultz@cov.com
**Esther H. Sung** (CA00132)                  COVINGTON & BURLING, LLP
esther.sung@justiceactioncenter.org       1999 Avenue of the Stars
**Vanessa Rivas-Bernardy***                     Los Angeles, CA 90067-4643
vanessa.rivas-bernardy@justiceactioncenter.org    Telephone: +1 424 332-4788
Los Angeles, CA 90027
Telephone: +1 323 316-0944               **Maura A. Sokol** (DC Bar No. 1672674)
Facsimile: +1 323 450-7276                msokol@cov.com
                                                               COVINGTON & BURLING, LLP
**Tess Hellgren** (OR0023)                     850 Tenth Street, NW
tess@innovationlawlab.org                   Washington, DC 20001
**Stephen Manning** (OR0024)                Telephone: +1 202 662-5528
stephen@innovationlawlab.org
**Rachel Landry***
rachel@innovationlawlab.org                *Counsel for Plaintiffs*
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

*Admitted *Pro Hac Vice*