**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>                    *Plaintiffs*,<br><br>    v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>                   *Defendants*. | Case No. 1:21-cv-03317 (JMC) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Exceed Page Limit and finding good cause therefor, it is ORDERED that Plaintiffs may exceed the page limit set forth in Local Civil Rule 7(e) by five pages for their forthcoming memorandum in opposition to Defendants' Motion to Dismiss Plaintiffs' Supplemental and Amended Complaint.

_____             _____

DATE                               UNITED STATES DISTRICT COURT JUDGE