IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-03317 (JMC) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
LAURA FLORES-PERILLA**

I, Esther H. Sung, counsel for Haitian Bridge Alliance, *et al.*, hereby move the Court, pursuant to Local Civil Rule 83.2(c), for the admission and appearance of attorney Laura Flores-Perilla *pro hac vice* in the above-entitled action.

1. I am an attorney and Legal Director of Justice Action Center (Mailing address: P.O. Box 27280, Los Angeles, CA 90027; Phone: 323-450-7272). I am admitted to the State Bar of California, and I have been admitted to practice in this court since December 6, 2021.

2. Ms. Flores-Perilla is a Skadden Legal Fellow at Justice Action Center (Mailing address: P.O. Box 27280, Los Angeles, CA 90027; Phone: 323-542-6403). As reflected in the attached Declaration, Ms. Flores-Perilla is a member of the State Bar of California (CA Bar No. 355645).

3. Ms. Flores-Perilla is familiar with the facts and the law relating to this case and, upon admission pro hac vice, will assist in the litigation of this action.

DATED: July 1, 2024

Respectfully submitted,

_____

**Karen C. Tumlin** (CA00129)
karen.tumlin@justiceactioncenter.org
**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Vanessa Rivas-Bernardy***
vanessa.rivas-bernardy@justiceactioncenter.org
JUSTICE ACTION CENTER
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

**Nicole Phillips***
nphillips@haitianbridge.org
**Erik Crew***
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Stanley Young** (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Rachel Landry***
rachel@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

*Admitted *Pro Hac Vice*

**Maura A. Sokol** (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

*Counsel for Plaintiffs*

MOTION FOR ADMISSION *PRO HAC VICE*
OF LAURA FLORES-PERILLA

Case No. 1:21-cv-03317 (JMC)