AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Biden, et al. | ) |
| *Defendant* | ) |

Case No. 

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, Mayco Celon, et al.                .

Date:       07/18/2024

                                                                    /s/ Laura Flores-Perilla
                                                                    *Attorney's signature*

                                                                    Laura Flores-Perilla (CA 355645)
                                                                    *Printed name and bar number*

                                                                    Justice Action Center
                                                                    P.O. Box 27280
                                                                    Los Angeles, CA 90027

                                                                    *Address*

                                                                    laura.flores-perilla@justiceactioncenter.org
                                                                    *E-mail address*

                                                                    (323) 450-7267
                                                                    *Telephone number*

                                                                    (323) 450-7276
                                                                    *FAX number*