IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAITIAN BRIDGE ALLIANCE *et al.*,

        *Plaintiffs*,

v.

JOSEPH R. BIDEN, President of the United States, *et al.*,

        *Defendants*.

Case No. 1:21-cv-03317 (JMC)

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANA B. URGILES

Pursuant to Local Civil Rule 83.2(c), Stanley Young, a member of the bar of this Court and counsel for Plaintiffs, hereby moves for the admission *pro hac vice* of attorney Ana B. Urgiles in the above-captioned matter. In support of this motion, the undersigned states as follows:

1. I am a senior counsel with the firm of Covington & Burling, LLP, in its office located at 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA, 94306, Phone: 650-632-4700. I am admitted to the bar of the District of Columbia and have been admitted to practice in this court since March 22, 2022.

2. Ana B. Urgiles is an associate at Covington & Burling, LLP, in the office located at 415 Mission St, San Francisco, CA, Suite 5400, Phone: 415-591-6000. As reflected in the attached Declaration, Ms. Urgiles is a member of the California Bar (CA Bar No. 347837).

3. Ms. Urgiles has not been disciplined by any bar.

4. Ms. Urgiles has not been admitted *pro hac vice* in this Court within the last two years.

5. Ms. Urgiles is representing Plaintiffs in this case without compensation from Plaintiffs.

6. Pursuant to Local Civil Rule 83.2(c), Ms. Urgiles wishes to be admitted for purposes of this case.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Ana B. Urgiles to appear *pro hac vice* in the above-captioned case.

DATED: July 31, 2024                                Respectfully submitted,


                                                    */s/   Stanley Young*

                                                    **Stanley Young** (CA00146)
                                                    syoung@cov.com
                                                    COVINGTON & BURLING, LLP
                                                    3000 El Camino Real
                                                    5 Palo Alto Square, 10th Floor
                                                    Palo Alto, CA 94306-2112
                                                    Telephone: +1 650 632-4704

                                                    *Attorney for Plaintiffs*