AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-3317-JMC |
| Biden, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, Mayco Celon, et al.

Date: 08/09/2024

/s/ Ana B. Urgiles
*Attorney's signature*

Ana B. Urgiles (CA Bar No. 347837)
*Printed name and bar number*
Covington & Burling
415 Mission St., Suite 5400
San Francisco, CA 94105

*Address*

aurgiles@cov.com
*E-mail address*

(415) 591-7098
*Telephone number*

*FAX number*