IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, President of the United States, *et al.*, <br><br> *Defendants*. | Case No. 1:21-cv-03317 (JMC) |

### PLAINTIFFS' UNOPPOSED MOTION REQUESTING OPTION FOR REMOTE APPEARANCE

Plaintiffs respectfully file this motion to request that a virtual platform or phone line be provided so that plaintiffs' counsel may remotely observe the hearing scheduled on August 29, 2024. Plaintiffs' counsel, who have filed notices of appearance, are located across the country and are not all able to travel to attend the hearing in person. Plaintiffs' counsel who will be presenting argument at the hearing will be attending and arguing in person. Defendants confirmed that they do not oppose this request.

DATED: August 28, 2024

Respectfully submitted,

*/s/ Ana Urgiles*

<div style="columns: 2">

**Nicole Phillips\***
nphillips@haitianbridge.org
**Erik Crew\***
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

**Karen C. Tumlin** (CA00129*)*
karen.tumlin@justiceactioncenter.org
**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Vanessa Rivas-Bernardy\***
vanessa.rivas-bernardy@justiceactioncenter.org
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Rachel Landry\***
rachel@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

\*Admitted *Pro Hac Vice*

**Stanley Young** (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Maura A. Sokol** (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

**Ana Urgiles\***
aurgiles@cov.com
COVINGTON & BURLING, LLP
415 Mission St., Suite 5400
San Francisco, CA 94105
Telephone: +1 415 591-7098

*Counsel for Plaintiffs*

</div>