IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br><br>     *Plaintiffs*,<br><br> v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br><br>     *Defendants*. | Case No. 1:21-cv-03317 (JMC) |

**[PROPOSED] ORDER**

 Upon consideration of Plaintiffs' Unopposed Motion Requesting Option for Remote Appearance and finding good cause therefor, it is ORDERED that a platform is provided to counsel for accessing the hearing remotely.

_____            _____
DATE                            UNITED STATES DISTRICT COURT JUDGE