AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Haitian Bridge Alliance, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21cv3317 |
| Biden, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Haitian Bridge Alliance, Mirard Joseph, Madeleine Prospere, Mayco Celon, et al.      .

Date: 08/29/2024

/s/ Nicole Phillips
*Attorney's signature*

Nicole Phillips (CA 203786)
*Printed name and bar number*

4560 Alvarado Canyon Road, Suite H
San Diego, CA 92120

*Address*

nphillips@haitianbridge.org
*E-mail address*

(949) 603-5751
*Telephone number*

*FAX number*