UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (JMC) |

**JOINT MOTION FOR SUPPLEMENTAL BRIEFING**

Plaintiffs and Defendants, by and through undersigned counsel, provide the following proposal for supplemental briefing consistent with the parties' discussion at the August 29, 2024, hearing on Defendants' pending motion to dismiss.

The parties propose to file a joint supplemental submission by September 19, 2024, in which each side has up to five pages, double-spaced, to advise the Court regarding their respective views on 8 U.S.C. § 1231(b)(3) and 8 U.S.C. § 1231 note (United States Policy With Respect to Involuntary Return of Persons in Danger of Subjection to Torture) and how those provisions effect claims made in Plaintiffs' Amended Complaint (ECF No. 75). The parties have agreed to exchange drafts of their respective submissions with each other prior to filing the joint submission.

A proposed order is enclosed.

Dated: September 9, 2024

*/s/ Tess Hellgren*
Karen C. Tumlin (CA00129)
karen.tumlin@justiceactioncenter.org
Esther H. Sung (CA00132)
esther.sung@justiceactioncenter.org
Vanessa Rivas-Bernardy*
vanessa.rivas-bernardy@justiceactioncenter.org
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276

Tess Hellgren (OR0023)
tess@innovationlawlab.org
Stephen Manning (OR0024)
stephen@innovationlawlab.org
Rachel Landry*
rachel@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

**Nicole Phillips***
nphillips@haitianbridge.org
Erik Crew*
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4265 Fairmount Avenue, Suite 280
San Diego, CA 92105
Telephone: +1 949 603-5751

Stanley Young (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Sean Tepe*
    SEAN M. TEPE, D.C. Bar #1001323
    DIANA V. VALDIVIA, D.C. Bar #1006628
    Assistant United States Attorneys
    601 D Street, N.W.
    Washington, D.C. 20530
    Phone: (202) 252-2533; (202) 252-2545
    sean.tepe@usdoj.gov
    diana.valdivia@usdoj.gov

*Counsel for the United States of America*

Alexander L. Schultz (DC Bar No. 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

Maura A. Sokol (DC Bar No. 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN *et al.*, <br><br> Defendants. | Civil Action No. 21-3317 (JMC) |

**Proposed Order**

Upon consideration of the Joint Motion for Supplemental Briefing and finding good cause therefore, it is ORDERED that the parties shall file a joint supplemental brief by September 19, 2024, in which each side has up to five pages, double-spaced, to advise the Court regarding their respective views on 8 U.S.C. 1231(b)(3) and 8 U.S.C. 1231 note (United States Policy With Respect to Involuntary Return of Persons in Danger of Subjection to Torture) and how those provisions effect claims made in Plaintiffs' Amended Complaint (ECF No. 75).

_____    _____
DATE                                          UNITED STATES DISTRICT COURT JUDGE