IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br>    *Defendants*. | Civil Action No. 1:21-cv-03317 (JMC) |

## NOTICE OF WITHDRAWAL

Please take notice that Vanessa Rivas-Bernardy hereby withdraws as counsel on behalf of all Plaintiffs in *Haitian Bridge Alliance, et al. v. Biden, et al.*, Case No. 1:21-cv-03317(JMC). Plaintiffs will continue to be represented by their remaining counsel of record, including Justice Action Center.

DATED: September 26, 2024

Respectfully submitted,

/s/ *Vanessa Rivas-Bernardy*
**Vanessa Rivas-Bernardy** (*pro hac vice*)
vanessa.rivas-bernardy@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944
Facsimile: +1 323 450-7276