IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br>*Defendants*. | Civil Action No. 1:21-cv-03317 (JMC) |

**PLAINTIFFS' NOTICE REGARDING PLAINTIFF STATUS**

Plaintiffs, by and through undersigned counsel, hereby submit this notice regarding the status of named Plaintiffs Pierre and Ginette Doe. In briefing currently pending before this Court, Plaintiffs reference Pierre and Ginette Doe as among the Individual Plaintiffs who remain outside the United States. *See* Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. 86) (June 21, 2024), referencing Supplemental and Amended Class Action Complaint for Injunctive and Declaratory Relief (Dkt. 75) (March 18, 2024). Pierre and Ginette Doe are now present inside the United States. Individual Plaintiffs Eric and Florence Doe, James Doe, and Delgado Doe remain outside the United States as of the date of this filing. For the reasons explained in the above-cited briefing, the presence of Pierre and Ginette Doe inside the United States does not impact the viability of Plaintiffs' claims.

DATED: November 6, 2024  Respectfully Submitted,

  *s/ Tess Hellgren*

**Nicole Phillips\***  **Tess Hellgren** (OR0023)
nphillips@haitianbridge.org  tess@innovationlawlab.org
**Erik Crew\***  **Stephen Manning** (OR0024)
ecrew@haitianbridge.org  stephen@innovationlawlab.org
HAITIAN BRIDGE ALLIANCE  **Rachel Landry\***
4560 Alvarado Canyon Rd, Suite 1 H  rachel@innovationlawlab.org
San Diego, CA 92120  INNOVATION LAW LAB
Telephone: +1 619 228-9576  333 SW Fifth Avenue #200
  Portland, OR 97204
**Stanley Young** (CA00146)  Telephone: +1 503 922-3042
syoung@cov.com  Facsimile: +1 503 882-0281
COVINGTON & BURLING, LLP
3000 El Camino Real  **Karen C. Tumlin** (CA00129*)*
5 Palo Alto Square, 10th Floor  karen.tumlin@justiceactioncenter.org
Palo Alto, CA 94306-2112  **Esther H. Sung** (CA00132)
Telephone: +1 650 632-4704  esther.sung@justiceactioncenter.org
  **Laura Flores-Perilla\***
**Alexander L. Schultz** (DC Bar 1618410)  laura.flores-perilla@justiceactioncenter.org
aschultz@cov.com  JUSTICE ACTION CENTER
COVINGTON & BURLING, LLP  P.O. Box 27280
1999 Avenue of the Stars  Los Angeles, CA 90027
Los Angeles, CA 90067-4643  Telephone: +1 323 316-0944
Telephone: +1 424 332-4788  Facsimile: +1 323 450-7276

**Maura A. Sokol** (DC Bar 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001  \*Admitted *Pro Hac Vice*
Telephone: +1 202 662-5528

**Ana Urgiles\***
aurgiles@cov.com
COVINGTON & BURLING, LLP  *Counsel for Plaintiffs*
415 Mission Street, Ste 5400
San Francisco, CA 94105-2533
Telephone: + 415 591-7098