IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*,<br>　　　　　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>JOSEPH R. BIDEN, President of the United States, *et al.*,<br>　　　　　　　　　　　*Defendants*. | Civil Action No. 1:21-cv-03317 (JMC) |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit this notice of supplemental authority that supports Plaintiffs' Opposition to Defendants' Motion to Dismiss. *See Al Otro Lado v. Exec. Off. for Immigr. Rev.*, 2024 WL 4551637 (9th Cir. Oct. 23, 2024) ("*AOL*").

*AOL* addressed the U.S. government's "metering" policy, under which border officials turned away plaintiffs at U.S. ports of entry who lacked valid travel documents, without inspecting or processing them, when officials deemed the port of entry to be at capacity. *Id.* at *4. The Ninth Circuit held that the metering policy violated the Administrative Procedure Act (APA). *Id.* at *14. The Ninth Circuit held that noncitizens stopped at *either* side of the border are eligible to apply for asylum under 8 U.S.C. § 1158(a)(1). *Id.* at *11, 14. The court reasoned that such noncitizens are "applicant[s] for admission" under 8 U.S.C. § 1225, which triggers a mandatory statutory duty of inspection, and those mandatory inspections were unlawfully withheld under APA § 706(1). *Id.*

The Ninth Circuit affirmed the district court's order declaring the metering policy unlawful and its injunction prohibiting the government from applying a newer regulation, the Asylum Transit Rule, to class members previously subjected to the metering policy. *Id.* at *15, *18. As the Ninth Circuit explained, the newer "Asylum Transit Rule effectively barred [class members] from

1

qualifying for asylum if they were ever able to apply—even though they would not have been subject to the Rule if they had been processed when they first presented themselves at the border." *Id.* at *2. The Ninth Circuit further noted that the rescission of the metering policy does not render the case moot due to the availability of "equitable relief to ameliorate past and present harms stemming from the policy" and the court's ability to "impose[] ongoing obligations on the Government." *Id.* at *6 n. 3.

*AOL* supports Plaintiffs' argument that they have stated claims under APA § 706(1); confirms the U.S. government's statutory duties to asylum seekers at the border; and reflects that this Court can offer meaningful relief to asylum seekers whom the U.S. government unlawfully prevented from seeking protection.

DATED: November 6, 2024

Respectfully Submitted,

  *s/ Tess Hellgren*  

**Nicole Phillips*** 
nphillips@haitianbridge.org 
**Erik Crew*** 
ecrew@haitianbridge.org 
HAITIAN BRIDGE ALLIANCE 
4560 Alvarado Canyon Rd, Suite 1 H 
San Diego, CA 92120 
Telephone: +1 619 228-9576

**Stanley Young** (CA00146) 
syoung@cov.com 
COVINGTON & BURLING, LLP 
3000 El Camino Real 
5 Palo Alto Square, 10th Floor 
Palo Alto, CA 94306-2112 
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar 1618410) 
aschultz@cov.com 
COVINGTON & BURLING, LLP 
1999 Avenue of the Stars 
Los Angeles, CA 90067-4643 
Telephone: +1 424 332-4788

**Tess Hellgren** (OR0023) 
tess@innovationlawlab.org 
**Stephen Manning** (OR0024) 
stephen@innovationlawlab.org 
**Rachel Landry*** 
rachel@innovationlawlab.org 
INNOVATION LAW LAB 
333 SW Fifth Avenue #200 
Portland, OR 97204 
Telephone: +1 503 922-3042 
Facsimile: +1 503 882-0281

**Karen C. Tumlin** (CA00129) 
karen.tumlin@justiceactioncenter.org 
**Esther H. Sung** (CA00132) 
esther.sung@justiceactioncenter.org 
**Laura Flores-Perilla*** 
laura.flores-perilla@justiceactioncenter.org 
JUSTICE ACTION CENTER 
P.O. Box 27280 
Los Angeles, CA 90027  
Telephone: +1 323 316-0944 
Facsimile: +1 323 450-7276

**Maura A. Sokol** (DC Bar 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

**Ana Urgiles***                                  *Admitted *Pro Hac Vice*
aurgiles@cov.com
COVINGTON & BURLING, LLP
415 Mission Street, Ste 5400
San Francisco, CA 94105-2533
Telephone: + 415 591-7098

                                                       *Counsel for Plaintiffs*