**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAITIAN BRIDGE ALLIANCE *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br> *Defendants.* | Civil Action No. 1:21-cv-03317 (JMC) <br><br> NOTICE OF WITHDRAWAL OF NICOLE PHILLIPS AS COUNSEL |

**NOTICE OF WITHDRAWAL OF NICOLE PHILLIPS AS COUNSEL**

Pursuant to L.R. Civ. 83.6(b), Haitian Bridge Alliance submits this Notice of Withdrawal of Nicole Phillips as Counsel to provide notice that Nicole Phillips is no longer with Haitian Bridge Alliance and is no longer counsel for Plaintiffs in this case. No substitution of counsel is necessary because Plaintiffs continue to be represented by another attorney of record at Haitian Bridge Alliance whose name appears in the signature block below and also continue to be represented by additional attorneys of record at Justice Action Center, Innovation Law Lab, and Covington & Burling LLP.

RESPECTFULLY SUBMITTED this 4th day of November 2025.

By:  /s/ *Erik Crew*
**Erik Crew** (admitted *Pro Hac Vice*)
ecrew@haitianbridge.org
HAITIAN BRIDGE ALLIANCE
4560 Alvarado Canyon Rd, Suite 1 H
San Diego, CA 92120
Telephone: +1 619 228-9576

Counsel for Plaintiffs
[*Additional Counsel Listed on Next Page*]

Additional Counsel for Plaintiffs
[*Admitted *Pro Hac Vice*]

**Stanley Young** (CA00146)
syoung@cov.com
COVINGTON & BURLING, LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: +1 650 632-4704

**Alexander L. Schultz** (DC Bar 1618410)
aschultz@cov.com
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 424 332-4788

**Maura A. Sokol** (DC Bar 1672674)
msokol@cov.com
COVINGTON & BURLING, LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 202 662-5528

**Ana Urgiles***
aurgiles@cov.com
COVINGTON & BURLING, LLP
415 Mission Street, Ste 5400
San Francisco, CA 94105-2533
Telephone: + 415 591-7098

**Tess Hellgren** (OR0023)
tess@innovationlawlab.org
**Stephen Manning** (OR0024)
stephen@innovationlawlab.org
**Rachel Landry***
rachel@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 922-3042
Facsimile: +1 503 882-0281

**Karen C. Tumlin** (CA00129)
karen.tumlin@justiceactioncenter.org
**Esther H. Sung** (CA00132)
esther.sung@justiceactioncenter.org
**Laura Flores-Perilla***
laura.flores-perilla@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944